# Preliminary Draft of Proposed Rules

**Office of the Colorado Secretary of State**
**Election Rules**
**8 CCR 1505-1**

**December 15, 2015**

**Disclaimer:**
In accordance with the State Administrative Procedure Act, this draft is filed with the Secretary of State and submitted to the Department of Regulatory Agencies.[1]

This is a preliminary draft of the proposed rules that may be revised before the January 14, 2016 rulemaking hearing. If changes are made, a revised copy of the proposed rules will be available to the public and a copy will be posted on the Department of State's website no later than **January 8, 2016.**[2]

Please note the following formatting key:

| Font effect | Meaning |
|---|---|
| Sentence case | Retained/modified current rule language |
| SMALL CAPS | New language |
| ~~Strikethrough~~ | Deletions |
| *Italic blue font text* | Annotations |

---

*Amendments to 8 CCR 1505-1 follow:*

*Amendments to Rule 2.10.2 concerning voter registration; new voter notification under section 1-2-509(3), C.R.S.:*

    2.10.2    If after the 20-day period outlined in section 1-2-509(3), C.R.S, the United States Postal Service returns a new voter notification to the county clerk as undeliverable, ~~or provides the clerk with a postcard notice of mail forwarding,~~ the county clerk must mark the voter's record "Inactive" and mail a confirmation card.

*New Rule 2.14.5, concerning voter registration records and data:*

    2.14.5    IF A PERSON REQUESTS A CERTIFICATE OF REGISTRATION OR OTHER ELECTION RECORD THAT CONTAINS PERSONALLY IDENTIFIABLE INFORMATION, HE OR SHE MUST PROVIDE IDENTIFICATION AS DEFINED IN SECTION 1-1-104(19.5), C.R.S.

*New Rule 4.1.3, concerning participation in coordinated elections:*

    4.1.3    THE COUNTY CLERK MUST INCLUDE ALL COORDINATING DISTRICTS IN THE SCORE DISTRICTS AND PRECINCTS MODULE AND ELECTION SETUP MODULE BEFORE CONDUCTING A COORDINATED ELECTION.

---

[1] Sections 24-4-103(2.5) and (3)(a), C.R.S. (2015). A draft must be submitted to the Department at the time that a notice of proposed rulemaking is filed with the Secretary of State.

[2] Section 24-4-103(4)(a), C.R.S. (2015). "[A]ny proposed rule or revised proposed rule by an agency which is to be considered at the public hearing…shall be made available to any person at least five days prior to said hearing."

      number of the seal attached to the voting device at the end of the test, any problems discovered, and any other documentation necessary to provide a full and accurate account of the condition of a given device.

   (4) ~~After testing, the testing board must watch the county create a backup copy of the election database.~~

   (5) The county may not change the programming of any voting device after completing the logic and accuracy test for an election, except as required to conduct a recount or as authorized by the Secretary of State.

*Amendments to Rule 11.9:*

11.9 Purchases and Contracts

  11.9.1 In accordance with section 1-5-623(3), C.R.S., a political subdivision may not purchase, lease, transfer, or receive an electronic voting device or system or any related component of a device or system without approval from the Secretary of State.

  11.9.2 A political subdivision may only purchase or lease a certified voting system OR COMPONENT if:

   (a) ~~The contract contains training and maintenance costs; and~~ THE SECRETARY OF STATE CERTIFIED THE VOTING SYSTEM BEFORE JANUARY 1, 2015. OR

   (b) ~~The voting system components and accessories appear complete and capable of successfully conducting an election in Colorado.~~ THE SECRETARY OF STATE CERTIFIED AND SELECTED THE VOTING SYSTEM AS COLORADO'S UNIFORM VOTING SYSTEM ON OR AFTER DECEMBER 15, 2015.

  11.9.3 A POLITICAL SUBDIVISION'S CONTRACT TO PURCHASE OR LEASE A VOTING SYSTEM UNDER RULE 11.9.2 MUST PROVIDE FOR USER TRAINING AND PREVENTATIVE MAINTENANCE.

  11.9.4 THE SECRETARY OF STATE WILL ONLY APPROVE A POLITICAL SUBDIVISION'S APPLICATION TO PURCHASE OR LEASE A VOTING SYSTEM OR COMPONENT IF THE VOTING SYSTEM OR COMPONENT ALLOWS THE DESIGNATED ELECTION OFFICIAL TO CONDUCT ELECTIONS IN ACCORDANCE WITH COLORADO LAW, AS AMENDED.

  ~~11.9.3~~ 11.9.5 The Secretary of State will maintain a list of all components used and purchased. The list will include, at minimum, the name of the jurisdiction, the date of purchase, the serial number(s) of voting devices and name of the voting systems that were purchased.

*Amendments to Rule 11.10:*

11.10 Election Night Reporting (ENR). The county must report election night results for all primary, general, coordinated and recall elections.

  11.10.1 A data entry county must program the election to support the exporting of election night results in accordance with the following upload requirements:

Page 21 of 28