## PERC Committee Vote Record
## December 17, 2015

Questions posed to the PERC committee board members:

1. If Colorado selects a single system, which one does the member support?
2. Does the member support more than one system?
3. What other system(s) does the member support in a multi-system environment?

| Committee Member | Votes Cast |
|---|---|
| Jennifer | 1. Dominion<br>2. Abstain<br>3. Abstain |
| Connie | 1. Dominion<br>2. Yes, supports multiple systems<br>3. Hart |
| Donetta | 1. Dominion<br>2. No, supports single vendor<br>3. Clear Ballot |
| Chuck | 1. Dominion<br>2. Yes, supports multiple systems<br>3. Clear Ballot |
| Steve | 1. Dominion<br>2. No, supports single vendor<br>3. Hart |
| Clarice | 1. Abstain<br>2. Yes, supports multiple systems<br>3. Hart and Dominion |
| Teak | 1. Dominion<br>2. Yes, supports multiple systems<br>3. Hart |
| Dwight | 1. Dominion<br>2. Yes, supports multiple systems<br>3. Hart and Clear Ballot |

**EXHIBIT 6**