**STATE OF COLORADO**
**Department of State**

1700 Broadway
Suite 200
Denver, CO 80290



**Wayne W. Williams**
Secretary of State

**Judd Choate**
Director, Elections Division

December 22, 2015

Dear County Clerks and Recorders:

As you know, the Pilot Election Review Committee (PERC) evaluated four competing voting systems during pilot elections conducted by eight counties in the 2015 Coordinated Election. PERC held its final meeting on Thursday, December 17, 2015, and overwhelmingly recommended the selection of Dominion's Democracy Suite voting system, if Colorado moves to a single voting system in and after 2016. I am writing to advise you that I accept this recommendation, and intend to enter into contract negotiations with Dominion Voting Systems as Colorado's sole voting system provider going forward. My acceptance of the committee's recommendation depends on the quick and successful negotiation of mutually agreeable terms with Dominion – I reserve the right to select other or more voting system providers if these negotiations are not successful.

I base this conditional acceptance of the committee's recommendation on numerous factors, including:

- Although the committee split on the issue of whether Colorado should move to a single or more than one voting system in the future, the committee recommended including Dominion in every scenario. The same was not true for other providers.

- Dominion was the only provider that received consistently high marks for customer service and support of the Colorado counties that currently utilize its legacy systems. Again, the same was not true for the other providers that support legacy systems.

- The committee member representing the interests of citizens with disabilities, Jennifer Levin, personally used, and organized groups of citizens with disabilities to test, the accessible ballot marking devices offered by each of the competing providers. Based on those experiences, and Ms. Levin's review of the 1,763 evaluation forms submitted by in-person voters during the pilot elections, Ms. Levin concluded that Dominion Voting's ImageCast X accessible voting device received the highest usability ranking by in-person voters with disabilities. Ms. Levin also opined that Colorado's adoption of a single statewide voting system would best facilitate the ability of citizens with disabilities to vote independently and privately, while minimizing voter confusion.

- Our internal review and assessment of the financial health and sustainability of the four providers, based on financial statements submitted to chief of staff Gary Zimmerman.

While I respect the committee's majority view regarding the relative advantages and disadvantages of selecting one or multiple voting system providers in the future, I have conditionally decided to select a single voting system for future use in Colorado. This aspect of my decision is based on numerous factors, including:

- My office can negotiate more quickly the most favorable pricing, support level agreements, warranties, and software and hardware licenses with a sole provider on a statewide basis.

Main Number   (303) 894-2200           Web Site   www.sos.state.co.us
Fax           (303) 869-4861           E-mail     public...ate.co.us
TDD/TTY       (303) 869-4867                      EXHIBIT 7

County Clerks and Recorders
December 22, 2015
Page 2

- Transitioning to a single voting system on a statewide basis will enable my office to better support counties, and counties to better support one another, in the following areas:
  - Initial training, acceptance testing, and implementation of the new voting system in the first election in each county that acquires it;
  - Requiring the voting system provider's hardware and software licenses to permit inter-county transfers and loans of certified voting devices or components in exigent circumstances;
  - Requiring the voting system provider's licenses to permit a county that acquires the components necessary to define elections, build election databases, layout ballots and generate ballot artwork, to perform these services for other Colorado counties;
  - Ongoing training and technical support.
- Transitioning to a single voting system on a statewide basis will create administrative efficiencies in the Elections Division of my office, including:
  - Enabling me to better discharge my statutory obligation of making uniform interpretations under the Uniform Election Code of 1992, and ensuring that elections are conducted in a uniform manner in all Colorado counties[1];
  - Enabling my office to formulate clear and specific Election Rules, approved forms, and best practices applicable to voting system use and security, rather than conceptual pronouncements of general applicability[2];
  - Ensuring that the voting system accurately interfaces with other dependent or ancillary systems, including:
    - Developing one or more election definition exports from the statewide voter registration system, SCORE, for importation into the voting system's election management subsystem;
    - Conditioning political subdivisions' future purchases of the voting system[3] on the provider's development of:
      - Ballot style exports and artwork suitable for use with the state's present and future electronic ballot delivery system(s) for military and overseas voters;
      - Ballot style exports and artwork suitable for use with the statewide ballot-on-demand system, in addition to any proprietary ballot-on-demand system offered by the voting system provider;
      - Summary results exports suitable for use with the state's current and any future Election Night Reporting system;

---

[1] Sections 1-1-107(1)(c), 1-1-109, C.R.S.

[2] My office issued a Notice of Proposed Rulemaking on December 15, 2015. Some of the proposed rules address the objective of uniformity in the voting systems utilized in Colorado's political subdivisions. County clerks, voting system providers and members of the public are invited to submit written comments regarding the proposed rules.

[3] Section 1-5-617(5); *see also* sections 1-5-613(3), 1-5-623((3), C.R.S.

- Ballot-level cast vote record (CVR) exports, suitable for use in conducting risk-limiting post-election audits before the 2017 Coordinated Election.

In my opinion, the foregoing benefits outweigh the risks of pairing Colorado counties with a single provider in the future, a concern expressed by some PERC members and in numerous public comments. In addition, assuming the impending contract negotiations are successful, Dominion will be required to escrow its source code with my office or a third party as a condition of certification, which will protect all of us in the event its business operations are disrupted. Further, before making this decision, my office independently assessed the relative financial strength of the competing providers, based on the financial statements submitted to my chief of staff.

This has been a long and arduous process, but I am proud of what we've accomplished. For the first time, Colorado piloted multiple voting systems in actual elections, and endeavored to evaluate their relative strengths and weaknesses in a transparent manner. I am confident that this decision will serve Colorado well, and I sincerely thank the members of the Pilot Election Review Committee, the Clerks and Recorders and election staff of the pilot counties, and the voting system providers, for their dedication and hard work in successfully conducting all of the pilot elections.

Sincerely,

*Wayne W. Williams*

Wayne W. Williams
Colorado Secretary of State

cc:   Clear Ballot Group
      Dominion Voting Systems
      Election Systems and Software
      Hart InterCivic