**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 200
Denver, CO 80290



**Wayne W. Williams**
Secretary of State

**Suzanne Staiert**
Deputy Secretary of State

# Notice of Permanent Adoption

Office of the Secretary of State
Election Rules
8 CCR 1505-1

**February 9, 2016**

## I. Adopted Rule Amendments

As authorized by Colorado Elections Law[1] and the State Administrative Procedure Act[2], the Colorado Secretary of State gives notice that the following amendments to the Election Rules[3] are adopted on a permanent basis.

The Secretary of State considered the amendments at the January 14, 2016 rulemaking hearing in accordance with the State Administrative Procedure Act[4].

Please note the following formatting key:

| Font effect | Meaning |
| --- | --- |
| Sentence case | Retained/modified current rule language |
| SMALL CAPS | New language |
| Strikethrough | Deletions |
| *[Italic blue font text]* | Annotations and publication notes |

*[Current 8 CCR 1505-1 is amended as follows:]*

*Amendments to Rule 2.10.2 concerning voter registration; new voter notification under section 1-2-509(3), C.R.S.:*

> 2.10.2 If after the 20-day period outlined in section 1-2-509(3), C.R.S, the United States Postal Service returns a new voter notification to the county clerk as undeliverable, or provides the clerk with a postcard notice of mail-forwarding, the county clerk must mark the voter's record "Inactive" and mail a confirmation card.

*New Rule 2.14.5, concerning voter registration records and data:*

---

[1] Sections 1-1-107(2)(a) and 1-1.5-104(1)(e), C.R.S. (2015).
[2] Section 24-4-103(3)(a), C.R.S. (2015).
[3] 8 CCR 1505-1.
[4] Section 24-4-103(3)(a), C.R.S. (2015).

| Main Number | (303) 894-2200 | TDD | (303) 869-4867 |
| Administration | (303) 860-6900 | Web Site | www.sos.state.co.us |
| Fax | (303) 869-4860 | E-mail | administration@sos.state.co.us |

**EXHIBIT 9**

(2)(3) After testing, the Testing Board must watch the county reset and seal each voting device.

(3)(4) The Testing Board and the county clerk must sign a written statement attesting to the qualification of each device successfully tested, the number of the seal attached to the voting device at the end of the test, any problems discovered, and any other documentation necessary to provide a full and accurate account of the condition of a given device.

(4) After testing, the testing board must watch the county create a backup copy of the election database.

(5) The county may not change the programming of any voting device after completing the logic and accuracy test for an election, except as required to conduct a recount or as authorized by the Secretary of State.

*Amendments to Rule 11.9:*

11.9 Purchases and Contracts

11.9.1 In accordance with ~~section~~ SECTIONS 1-5-617(5) AND 1-5-623(3), C.R.S., a political subdivision may not purchase, lease, transfer, or ~~receive an~~ USE A CERTIFIED ELECTROMECHANICAL OR electronic voting SYSTEM, device, or ~~system or any~~ related component ~~of a device or system without approval~~, UNLESS THE POLITICAL SUBDIVISION FIRST APPLIES FOR AND OBTAINS APPROVAL from the Secretary of State.

11.9.2 IN THE CASE OF ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEMS, DEVICES, OR RELATED COMPONENTS CERTIFIED FOR USE IN COLORADO BEFORE JANUARY 1, 2016, THE SECRETARY OF STATE WILL APPROVE A~~a~~ political ~~subdivision may only~~ SUBDIVISION'S APPLICATION TO purchase, ~~or~~ lease, OR USE THE ~~a certified~~ voting system, DEVICE, OR RELATED COMPONENT, ONLY if:

(a) ~~The contract contains training and maintenance costs; and~~ THE POLITICAL SUBDIVISION PURCHASED, LEASED OR USED THE SAME VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, BEFORE JANUARY 1, 2016; AND

(b) ~~The voting system components and accessories appear complete and capable of successfully conducting an election in Colorado.~~ THE POLITICAL SUBDIVISION'S APPLICATION FOR APPROVAL IS LIMITED TO THE ACQUISITION OR USE OF VOTING SYSTEM APPLICATIONS, COMPONENTS OR VOTING DEVICES INTENDED TO REPLACE THE SAME OR SUBSTANTIALLY SIMILAR APPLICATIONS, DEVICES AND COMPONENTS THAT ARE DAMAGED, DEFECTIVE OR INOPERABLE; AND

 (C) APPROVAL OF THE APPLICATION, AND THE POLITICAL SUBDIVISION'S PURCHASE, LEASE OR USE OF THE VOTING SYSTEM COMPONENTS OR VOTING DEVICES, WILL NOT MATERIALLY IMPAIR THE POLITICAL SUBDIVISION'S FUTURE FISCAL ABILITY TO PURCHASE OR LEASE A VOTING SYSTEM CERTIFIED FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016.

11.9.3 ~~The Secretary of State will maintain a list of all components used and purchased. The list will include, at minimum, the name of the jurisdiction, the date of purchase, the serial number(s) of voting devices, and name of the voting systems that were purchased.~~ IN THE CASE OF ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEMS, DEVICES OR RELATED COMPONENTS CERTIFIED FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016, THE SECRETARY OF STATE WILL APPROVE A POLITICAL SUBDIVISION'S APPLICATION TO PURCHASE, LEASE, OR USE THE VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, AFTER CONSIDERING ALL RELEVANT FACTORS, INCLUDING WITHOUT LIMITATION:

 (A) EVALUATIONS OF THE VOTING SYSTEM PERFORMED BY PUBLIC COMMITTEES ORGANIZED BY THE SECRETARY OF STATE, AND ANY RECOMMENDATIONS REGARDING THE USE OF THE VOTING SYSTEM BY ANY SUCH PUBLIC COMMITTEE;

 (B) THE VOTING SYSTEM'S ABILITY TO SUPPORT THE EFFICIENT AND UNIFORM CONDUCT OF ELECTIONS UNDER THE UNIFORM ELECTION CODE OF 1992, AS AMENDED;

 (C) THE VOTING SYSTEM'S UTILIZATION OF COMMERCIAL OFF-THE-SHELF HARDWARE COMPONENTS, RATHER THAN PROPRIETARY, PURPOSE-BUILT HARDWARE COMPONENTS;

 (D) THE VOTING SYSTEM'S INTEGRATION OF ITS DATA MANAGEMENT APPLICATION, IF ANY, WITH OTHER COMPONENTS OF ITS ELECTION MANAGEMENT SYSTEM, SO THAT SYSTEM USERS CAN OPERATE OR ACCESS ALL ELECTION MANAGEMENT SYSTEM COMPONENTS WITHIN A SINGLE INTERFACE ON THE SAME SERVER OR WORKSTATION;

 (E) THE VOTING SYSTEM'S ABILITY TO SUPPORT EFFICIENT RISK-LIMITING AUDITS, OR THE COMMITMENT OF THE VOTING SYSTEM PROVIDER TO DEVELOP SUCH CAPABILITY, IN TIME FOR THE 2017 COORDINATED ELECTION, AS REQUIRED BY SECTION 1-7-515.5, C.R.S.;

 (F) THE VOTING SYSTEM'S COMPATIBILITY, OR THE VOTING SYSTEM PROVIDER'S COMMITMENT TO DEVELOP SUCH COMPATIBILITY ON OR BEFORE DECEMBER 31, 2016, WITH DEPENDENT SYSTEMS THAT ARE NOT DIRECTLY RELATED TO THE TABULATION OF VOTES AND BALLOTS, BUT ARE NEVERTHELESS UTILIZED BY DESIGNATED ELECTION OFFICIALS IN CONDUCTING ELECTIONS IN COLORADO, INCLUDING:

  (1) BALLOT-ON-DEMAND SYSTEMS,

(2) ELECTION NIGHT REPORTING SYSTEMS,

(3) ELECTRONIC BALLOT DELIVERY SYSTEMS, AND

(4) ELECTION DEFINITION DATA EXPORTED FROM SCORE;

(G) THE VOTING SYSTEM'S ABILITY TO EFFICIENTLY SUPPORT ELECTIONS PRINCIPALLY CONDUCTED BY MAIL BALLOT, IN ALL POLITICAL SUBDIVISIONS, REGARDLESS OF THEIR SIZE, NUMBER OF REGISTERED ELECTORS, OR FISCAL RESOURCES, INCLUDING:

    (1) THE VOTING SYSTEM'S INCLUSION OF APPLICATIONS ENABLING ELECTION JUDGES TO DIGITALLY, RATHER THAN MANUALLY, ADJUDICATE, RESOLVE, AND DUPLICATE BALLOTS WITH MARGINAL OR AMBIGUOUS VOTER MARKINGS, AND

    (2) THE VOTING SYSTEM'S USE OF BALLOT SCANNERS EQUIPPED WITH AUTOMATIC DOCUMENT FEEDERS, ENABLING ELECTION JUDGES TO SCAN MULTIPLE BALLOTS RATHER THAN A SINGLE BALLOT AT A TIME;

(H) THE VOTING SYSTEM'S ABILITY TO ENABLE VOTERS WITH DISABILITIES TO VOTE INDEPENDENTLY AND PRIVATELY, AND ON THE SAME OR SUBSTANTIALLY SIMILAR DEVICES THROUGHOUT COLORADO, WITHOUT REGARD TO THEIR COUNTY OF RESIDENCE;

(I) THE VOTING SYSTEM'S SCALABILITY AND AFFORDABILITY, ENABLING ALL POLITICAL SUBDIVISIONS TO UTILIZE THE SAME OR SUBSTANTIALLY SIMILAR EQUIPMENT, REGARDLESS OF THEIR SIZE, NUMBER OF REGISTERED VOTERS, OR FISCAL RESOURCES;

(J) THE VOTING SYSTEM'S PORTABILITY AS PROVIDED IN THE PROVIDER'S HARDWARE AND SOFTWARE LICENSE AGREEMENTS, ENABLING POLITICAL SUBDIVISIONS THAT PURCHASE, LEASE, OR USE THE SYSTEM TO LOAN OR BORROW VOTING DEVICES AND RELATED COMPONENTS TO OR FROM ONE ANOTHER WITHOUT CHARGE, AS EXIGENCIES AND OTHER CIRCUMSTANCES WARRANT, AND AS APPROVED BY THE SECRETARY OF STATE;

(K) THE VOTING SYSTEM'S ABILITY TO EASILY EXPORT IMAGES OF VOTED BALLOTS, IN RESPONSE TO REQUESTS FILED UNDER SECTION 24-72-205.5(3)-(4), C.R.S., OF THE COLORADO OPEN RECORDS ACT;

(L) THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF SUCCESSFULLY IMPLEMENTING ITS VOTING SYSTEM IN MULTIPLE JURISDICTIONS SIMULTANEOUSLY;

(M) THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF SUCCESSFULLY TRAINING LOCAL ELECTION OFFICIALS TO USE ITS VOTING SYSTEM IN MULTIPLE JURISDICTIONS SIMULTANEOUSLY;

(N) THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF POST-IMPLEMENTATION CUSTOMER AND TECHNICAL SUPPORT FOR POLITICAL SUBDIVISIONS THAT ACQUIRE ITS VOTING SYSTEM;

(O) THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF COMPLIANCE WITH COLORADO LAW REGARDING VOTER ANONYMITY, AND RESPONSIVENESS TO OTHER ISSUES AND CONCERNS RAISED BY DESIGNATED ELECTION OFFICIALS AND SECRETARY OF STATE STAFF MEMBERS;

(P) THE VOTING SYSTEM PROVIDER'S FINANCIAL STABILITY AND SUSTAINABILITY AS AN ONGOING BUSINESS CONCERN; AND

(Q) THE EXTENT TO WHICH THE VOTING SYSTEM PROVIDER'S HARDWARE AND SOFTWARE LICENSE AGREEMENTS PERMIT THE SECRETARY OF STATE, OR POLITICAL SUBDIVISIONS THAT LICENSE THE HARDWARE AND SOFTWARE APPLICATIONS NECESSARY TO PROGRAM ELECTIONS AND VOTING DEVICES, TO PERFORM THOSE SERVICES WITHOUT CHARGE FOR OTHER POLITICAL SUBDIVISIONS THAT ARE LICENSED TO USE THE VOTING SYSTEM.

11.9.4 THE SECRETARY OF STATE WILL APPROVE A COUNTY'S APPLICATION FOR THE PURCHASE, LEASE, OR USE OF AN ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, CERTIFIED ON OR AFTER JANUARY 1, 2016, ONLY IF:

(A) THE VOTING SYSTEM INCLUDES, AND THE COUNTY ACQUIRES, DIGITAL BALLOT RESOLUTION AND ADJUDICATION CAPABILITY;

(B) THE VOTING SYSTEM INCLUDES, AND THE COUNTY ACQUIRES, CENTRAL COUNT BALLOT SCANNERS EQUIPPED WITH AUTOMATIC DOCUMENT FEEDERS CAPABLE OF SCANNING MULTIPLE BALLOTS RATHER THAN A SINGLE BALLOT AT A TIME;

(C) THE VOTING SYSTEM INTEGRATES ALL COMPONENTS OF THE ELECTION MANAGEMENT SYSTEM, INCLUDING THE DATA MANAGEMENT APPLICATION, IF ANY, INTO A SINGLE USER INTERFACE THAT IS OPERABLE OR ACCESSIBLE FROM THE SAME SERVER OR WORKSTATION;

(D) THE VOTING SYSTEM IS CAPABLE OF SUPPORTING EFFICIENT RISK-LIMITING AUDITS, OR THE COMMITMENT OF THE VOTING SYSTEM PROVIDER TO DEVELOP SUCH CAPABILITY, ON OR BEFORE DECEMBER 31, 2016, IN THE MANNER REQUIRED BY RULE 21.4.14;

(E) THE VOTING SYSTEM IS COMPATIBLE, OR THE VOTING SYSTEM PROVIDER COMMITS TO DEVELOP SUCH COMPATIBILITY ON OR BEFORE DECEMBER 31,

>
> 2016, WITH DEPENDENT SYSTEMS THAT ARE NOT DIRECTLY RELATED TO THE TABULATION OF VOTES AND BALLOTS, BUT ARE NEVERTHELESS UTILIZED BY DESIGNATED ELECTION OFFICIALS IN CONDUCTING ELECTIONS IN COLORADO, INCLUDING:
>
>> (1) BALLOT-ON-DEMAND SYSTEMS,
>>
>> (2) ELECTION NIGHT REPORTING SYSTEMS,
>>
>> (3) ELECTRONIC BALLOT DELIVERY SYSTEMS, AND
>>
>> (4) ELECTION DEFINITION DATA EXPORTED FROM SCORE;;
>
> (F) THE VOTING SYSTEM PROVIDER'S SOFTWARE AND HARDWARE LICENSE AGREEMENTS EXPRESSLY PERMIT POLITICAL SUBDIVISIONS THAT PURCHASE, LEASE, OR USE THE SYSTEM TO LOAN OR BORROW VOTING DEVICES AND RELATED COMPONENTS TO OR FROM ONE ANOTHER, WITHOUT CHARGE, AS EXIGENCIES AND OTHER CIRCUMSTANCES WARRANT, AND AS APPROVED BY THE SECRETARY OF STATE; AND
>
> (H) THE VOTING SYSTEM PROVIDER'S SOFTWARE AND HARDWARE LICENSE AGREEMENTS EXPRESSLY PERMIT THE SECRETARY OF STATE, OR POLITICAL SUBDIVISIONS THAT LICENSE THE HARDWARE AND SOFTWARE APPLICATIONS NECESSARY TO PROGRAM ELECTIONS AND VOTING DEVICES, TO PERFORM THOSE SERVICES WITHOUT CHARGE FOR OTHER POLITICAL SUBDIVISIONS THAT ARE LICENSED TO USE THE VOTING SYSTEM.

11.9.5 DUE TO THEIR UNSUITABILITY FOR RISK-LIMITING AUDITS, THE SECRETARY OF STATE WILL NOT APPROVE A COUNTY'S APPLICATION TO PURCHASE, LEASE OR USE A BALLOT SCANNER CERTIFIED FOR USE ON OR AFTER JANUARY 1, 2016, THAT IS NOT EQUIPPED WITH AN AUTOMATIC DOCUMENT FEEDER, WHETHER INTENDED FOR USE BY VOTERS AT POLLING LOCATIONS, OR BY ELECTION JUDGES AT CENTRAL COUNT LOCATIONS.

11.9.6 A POLITICAL SUBDIVISION'S CONTRACT TO PURCHASE OR LEASE A VOTING SYSTEM UNDER RULE 11.9.1 MUST PROVIDE FOR USER TRAINING AND PREVENTATIVE MAINTENANCE.

11.9.7 THE SECRETARY OF STATE WILL ONLY APPROVE A POLITICAL SUBDIVISION'S APPLICATION TO PURCHASE OR LEASE A VOTING SYSTEM OR COMPONENT IF THE VOTING SYSTEM OR COMPONENT ALLOWS THE DESIGNATED ELECTION OFFICIAL TO CONDUCT ELECTIONS IN ACCORDANCE WITH COLORADO LAW, AS AMENDED.

~~11.9.3~~ 11.9.8 The Secretary of State will maintain a list of all CERTIFIED ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEMS, DEVICES AND RELATED components, PURCHASED, LEASED, OR used ~~and purchased~~ BY COLORADO POLITICAL SUBDIVISIONS. The list will include, at minimum, the name of the jurisdiction, THE NAME AND VERSION OF THE

27

20.3.1   DREs, ~~ballot-marking devices~~BMDs, and Judge's Booth Controllers (JBCs)

*[The remainder of Rule 20.3.1 is retained: unaltered]*

*Amendments to Rule 20.6:*

20.6   ~~Temperature-controlled storage.~~ The county must ~~maintain~~KEEP all components of the voting system, ~~and~~ ballots, SERVERS, WORKSTATIONS, DREs, OPTICAL SCANNERS, BMDs, VVPAT RECORDS, AND VIDEO DATA RECORDS in a temperature-controlled storage environment THAT MAINTAINS A MINIMUM TEMPERATURE OF 50 DEGREES FAHRENHEIT AND A MAXIMUM TEMPERATURE OF 90 DEGREES FAHRENHEIT. THE STORAGE ENVIRONMENT MUST BE DRY WITH STORAGE AT LEAST FOUR INCHES ABOVE THE FLOOR. The county must ~~attest to the temperature-control settings used with the following components of a voting system. Information submitted to the Secretary of State must indicate the specifics for each type of component, as well as~~ PROVIDE THE SECRETARY OF STATE WITH A DESCRIPTION OF the specific environment used FOR EACH TYPE OF COMPONENT.~~, which may include, but is not limited to controlled offices, controlled vaults, and controlled warehouses. The county must maintain the following required temperature settings:~~

   ~~20.6.1 Servers, and workstations. The county must maintain the temperature so that the maximum temperature at no time exceeds 90 degrees Fahrenheit.~~

   ~~20.6.2 DREs and optical scanners. The county must maintain the temperature at a minimum of 50 degrees Fahrenheit and a maximum of 90 degrees Fahrenheit.~~

   ~~20.6.3 VVPAT records, paper ballots, and video data records. In addition to the requirements set forth in Rule 11, the county must maintain a dry environment and a temperature at a minimum of 50 degrees Fahrenheit and a maximum of 90 degrees Fahrenheit, with storage at least four inches above the finished floor, for a period of 25 months following the election.~~

*Amendments to Rule 21.4.2 concerning voting system standards:*

   21.4.2  All voting systems must meet the REQUIREMENTS OF THE 2002 Voting Systems Standards, PARTS 5 – 7 OF ARTICLE 5 OF TITLE 1, C.R.S., AS AMENDED, AND THIS RULE 21.

*Amendments to Rule 21.4.5(f) concerning voting system functional requirements:*

   (f)   The election management system must ensure that an election setup RECORD may not be changed once ballots are printed and/or election media devices are downloaded without proper authorization and acknowledgement by the application administrative account. The application and database audit transaction logs must accurately reflect the name of the system operator making the change(s)~~,~~ AND the date and time of the change(s)~~, and~~. THE APPLICATION AND DATABASE AUDIT

TRANSACTION LOGS MUST SUPPORT USER'S ABILITY TO EXAMINE the "old" and "new" values of the change(s).

*Amended Rule 21.4.7(d), and New Rule 21.4.7(e), and Amended Rule 21.4.7(f), concerning ballot definition subsystem requirements:*

(d) The ballot definition subsystem must:

(1) Provide a facility for the definition of the ballot, including the definition of the number of allowable choices for each office and contest and for special voting options such as write-in candidates; ~~and~~

(2) Generate all required masters and distributed copies of the ballot definition files~~.~~; AND

(3) PERMIT A USER TO PROGRAM THE ELECTION, BUILD THE ELECTION DATABASE, GENERATE AND LAYOUT BALLOTS, AND REPORT RESULTS, BY BALLOT STYLE OR PRECINCT, AS PERMITTED OR REQUIRED BY SECTION 1-7.5-208, C.R.S.

(E) DATA MANAGEMENT APPLICATIONS THAT COLLECT, CONVERT, MANAGE OR EXPORT ELECTION DEFINITION INFORMATION IN ONE OR MORE FORMAT(S) SUITABLE FOR IMPORT INTO THE ELECTION MANAGEMENTSYSTEM , ARE AN ESSENTIAL COMPONENT OF, AND MUST BE INTEGRATED WITH AND OPERATE IN THE SAME USER INTERFACE AND ON THE SAME SERVER OR WORKSTATION, AS THE ELECTION MANAGEMENT SYSTEM.

(F) THE VOTING SYSTEM MAY NOT ADD ANY CAPTION OR ENDORSEMENT TO BALLOT ARTWORK GENERATED BY THE VOTING SYSTEM, INCLUDING WITHOUT LIMITATION COPYRIGHT NOTICES OR THE NAME OF THE VOTING SYSTEM PROVIDER. THE COUNTY MUST HAVE THE ABILITY TO SUPPRESS ANY CAPTIONS AND ENDORSEMENTS GENERATED BY THE VOTING SYSTEM THAT ARE NOT AUTHORIZED BY SECTION 1-5-407(1), C.R.S.

*Repeal of duplicate Rule 21.4.8 from publication:*

~~21.4.8 Trusted Build. The voting system must allow the operating system administrative account to verify that the software installed is the certified software by comparing it to the trusted build or other reference information.~~

*Amendments to Rule 21.4.10(g):*

(g) All voting systems must meet the following minimum requirements for removable storage media with data controls:

(1) All ~~voting~~ data stored that includes~~,~~ ballot images, tally data, and cast vote records must be authenticated, ENCRYPTED OR SECURED AGAINST TAMPERING, and validated.

30

~~(2) All non-voting data stored must be authenticated, encrypted, and validated.~~

~~(3)~~(2) All removable media, upon insertion on server and~~/or~~ workstations hosting the elections management software, must automatically be scanned by antivirus software OR SECURED AGAINST EXECUTION OF UNAUTHORIZED SOFTWARE.

*Amendments to Rule 21.4.11:*

- 21.4.11 Telecommunications requirements

    (a) Telecommunications includes all components of the system that transmit data outside of the closed network as defined in this Rule.

    (b) All electronic transmissions from a voting system must meet the 2002 Voting System Standards.

    ~~(c) Modems from remote devices must be programmed to be "dial-only" and not receive a call;~~

    ~~(d) Any modem that fails to meet the requirements of this Rule may not be used by any voting system.~~

    ~~(e)~~(C) Line of sight infrared technology may only be used in a closed environment where the transmission and reception is shielded from external infrared signals and can only accept infrared signals generated from within the system.

    ~~(f)~~(D) All systems that transmit data over public telecommunications networks must maintain an audit trail when election results are transmitted.

    ~~(g)~~(E) Voting systems that transmit data through any telecommunications medium must be able to recover, either automatically or with manual intervention, from incomplete or failed transmission sessions and resume transmissions when telecommunications are reestablished.

    - (1) Recovery of transmissions must include notations of the interrupted transmission session and the resumed transmission session in the system and application transaction logs.

    - (2) Failure and recovery of transmissions must not cause any error in data transmitted from the voter service and polling centers to the central election site during a recovered transmission session.

*Amendments to Rule 21.4.12(b)(1) concerning VVPAT component requirements:*

  (1) A paper audit trail writer or printer that must be attached, built into or used in conjunction with the DRE OR BMD, and must duplicate a voter's selections from the DRE OR BMD onto a paper record;

*Amendments to Rule 21.4.12(c)(7) concerning VVPAT functional requirements:*

  (7) ~~Upon spoiling, the voter must be able~~ ALLOW A VOTER to modify and verify selections on the DRE OR BMD without having to reselect all of his or her choices.

*Amendments to Rule 21.4.12(d)(3) concerning VVPAT design requirements:*

  (3) Allow each voter to verify his or her vote on a paper record in the same language that they voted in on the DRE OR BMD.

*Amendments to Rule 21.4.13(l) through (r) concerning documentation requirements:*

- ~~(l) The voting system provider must publish and specify processing standards for each component of the voting system as part of the documentation required for certification.~~

- ~~(m)~~ (L) For the purpose of evaluating software, the voting system provider must provide detailed information as to the type of hardware required to execute the software.

- ~~(n)~~ (M) The documentation supplied by the voting system must include a statement of all requirements and restrictions regarding environmental protection, electrical service, telecommunications service and any other facility or resource required for the installation, operation and storage of the voting system.

- ~~(o)~~ (N) The voting system provider must provide any available data on problems caused for persons who experience epileptic seizures due to the DRE voting device's screen refresh rate.

- ~~(p)~~ (O) The voting system provider must deliver to the Secretary of State documentation detailing estimated time of battery operation for each type of device submitted for certification, assuming continuous use of the devices by voters during an interruption of normal electrical power.

- ~~(q)~~ (P) The voting system provider must deliver to the Secretary of State documentation specifying the steps and times required for charging batteries for each type of device submitted for certification.

- ~~(r)~~ (Q) The voting system provider must submit documentation containing a list of minimum EQUIPMENT, services, and executables required to run the election management system.

*New Rules 21.4.14, 21.4.15, and 21.4.16:*

21.4.14 BALLOT-LEVEL CAST VOTE RECORDS AND EXPORTS. ALL VOTING SYSTEMS CERTIFIED BY THE SECRETARY OF STATE FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016 MUST MEET THE FOLLOWING REQUIREMENTS FOR BALLOT-LEVEL CAST VOTE RECORDS AND EXPORTS ON OR BEFORE DECEMBER 31, 2016:

(A) THE VOTING SYSTEM MUST CAPTURE A BALLOT-LEVEL CAST VOTE RECORD (CVR) CONSISTING OF A SINGLE RECORD FOR EACH BALLOT TABULATED, SHOWING THE MANNER IN WHICH THE VOTING SYSTEM INTERPRETED AND TABULATED THE VOTER'S MARKINGS ON THE BALLOT, AS ADJUDICATED AND RESOLVED BY ELECTION JUDGES, IF APPLICABLE.

(B) THE VOTING SYSTEM MUST BE ABLE TO AGGREGATE IN A SINGLE FILE AND EXPORT ALL CVRS IN COMMA-SEPARATED VALUE (CSV) TEXT FORMAT.

(C) THE CVR EXPORT MUST CONTAIN THE FOLLOWING FIELDS, WITH VALUES OR DATA POPULATED BY THE VOTING SYSTEM:

(1) CVR NUMBER. A SEQUENTIAL NUMBER FROM ONE TO THE NUMBER OF CVRS IN THE EXPORT FILE. THIS CAN BE USED AS AN ALTERNATE METHOD TO IDENTIFY EACH CVR.

(2) BATCH ID. IDENTIFIES THE BATCH IN WHICH THE PAPER BALLOT CORRESPONDING TO THE CVR IS LOCATED.

(3) BALLOT POSITION. IDENTIFIES THE POSITION OF THE PAPER BALLOT CORRESPONDING TO THE CVR WITHIN THE BATCH. TARGET CARDS SCANNED TO IDENTIFY THE BATCH MUST NOT BE INCLUDED IN THIS COUNT.

(4) IMPRINTED ID. IF THE SCANNER MODEL SUPPORTS IMPRINTING A UNIQUE CHARACTER STRING ON THE BALLOT DURING THE SCANNING PROCESS, THE VOTING SYSTEM MUST POPULATE THIS FIELD WITH THE UNIQUE CHARACTER STRING.

(5) BALLOT STYLE. INDICATES THE BALLOT STYLE OF THE PAPER BALLOT CORRESPONDING TO THE CVR.

(6) DEVICE ID. IDENTIFIES THE SCANNING DEVICE BY MODEL, SERIAL NUMBER, AND/OR SCANNING STATION IDENTIFIER.

(7) CONTEST AND CHOICE NAMES. EACH CONTEST AND CHOICE ON ANY BALLOT IN THE ELECTION MUST HAVE ITS OWN FIELD SO THAT VOTERS' CHOICES IN ALL CONTESTS CAN BE EASILY AND INDEPENDENTLY TABULATED AFTER THE CVR EXPORT IS IMPORTED INTO A SPREADSHEET APPLICATION.

(A) THE HEADER OR FIELD NAMES IN THE CVR EXPORT MUST UNAMBIGUOUSLY CORRESPOND TO NAMES OF THE CONTESTS AND CHOICES ON THE PAPER

33

ballots. The use of choice ID and contest ID to identify each choice must be avoided because they require cross-referencing to other sources to determine the choice and contest names.

(B) The contests and choices must be listed in the same order as they appear on the ballots.

(C) A vote for a choice must be indicated by a "1". No vote for a choice or an overvoted condition must be indicated by a "0". Choices that are not applicable to the CVR must be left blank.

21.4.15 Election Night Reporting data and exports. All voting systems certified by the Secretary of State for use in Colorado on or after January 1, 2016 must meet the following requirements for Election Night Reporting data and exports by December 31, 2016:

(A) The voting system must be able to generate and export results data suitable for use in the Secretary of State's Election Night Reporting (ENR) system, as specified in the remaining subsections of this Rule.

(B) The ENR export file must be in a tabular format that uses comma-separated value (CSV) format, or a format based on a range of character positions within a line.

(C) The ENR export file must contain a header line that defines all of the fields contained in the export file.

(1) The header names need not exactly correspond to the field names specified subsection (D) of this Rule, but must unambiguously identify the content of each field.

(2) The order of the fields within the export file may deviate from the order specified in subsection (D) of this Rule.

(3) Additional fields contained in the ENR export file but not specified or addressed in subsection (D) of this Rule must not contain only alphanumeric characters.

(D) The ENR export file must include the following items or fields:

(1) Precinct Name. If the county defines the election to report results by precinct, an alphanumeric string consisting of a 10-digit precinct code.

(2) Ballot Style Name. If the county defines the election to report results by ballot style or district, a unique, alphanumeric string for each ballot style.

34

(2) PRECINCT ID. IF THE COUNTY DEFINES THE ELECTION TO REPORT RESULTS BY PRECINCT, A UNIQUE INTEGER FOR EACH PRECINCT OR PRECINCT SPLIT.

(3) REGISTERED VOTERS. THE NUMBER OF REGISTERED VOTERS ELIGIBLE TO VOTE EACH UNIQUE BALLOT STYLE, OR IN EACH PRECINCT OR PRECINCT SPLIT, AS APPLICABLE.

(4) BALLOTS CAST. THE NUMBER OF BALLOTS CAST OF EACH UNIQUE BALLOT STYLE, OR IN EACH PRECINCT OR PRECINCT SPLIT, AS APPLICABLE.

(5) CONTEST NAME. THE CONTEST NAME AS IT APPEARS ON THE BALLOTS. IF THE CONTEST NAME CONTAINS CARRIAGE RETURN(S) FOR BALLOT FORMATTING PURPOSES, THEN THE CARRIAGE RETURN(S) MUST NOT APPEAR IN THE EXPORT.

(6) CONTEST ID. A UNIQUE INTEGER FOR EACH CONTEST.

(7) CONTEST SEQUENCE NUMBER. A UNIQUE INTEGER THAT DEFINES THE SEQUENCE OF CONTESTS AS THEY APPEAR ON THE BALLOTS.

(8) VOTES ALLOWED. THE MAXIMUM NUMBER OF CHOICES THAT A VOTER MAY SELECT IN EACH CONTEST (E.G., "VOTE FOR 2").

(9) CHOICE NAME. THE CHOICE NAME AS IT APPEARS ON THE BALLOTS. PARTY AFFILIATION MAY NOT BE INCLUDED IN THE CHOICE NAME.

10) CHOICE ID. A UNIQUE INTEGER FOR EACH CHOICE WITHIN A CONTEST.

(11) PARTY CODE. AN INDICATOR OF PARTY AFFILIATION FOR EACH CHOICE, IF APPLICABLE.

(12) VOTE COUNT. THE TOTAL NUMBER OF VOTES CAST FOR EACH CHOICE.

(13) REPORTING FLAG. THE REPORTING FLAG FIELD MUST CONTAIN A VALUE OF "0".

21.4.16   CENTRAL BALLOT COUNTING FUNCTIONALITY. ALL VOTING SYSTEMS CERTIFIED FOR USE IN COLORADO BY THE SECRETARY OF STATE ON OR AFTER JANUARY 1, 2016, MUST MEET THE FOLLOWING FUNCTIONAL REQUIREMENTS FOR CENTRALLY COUNTING BALLOTS:

(A) DIGITAL BALLOT ADJUDICATION: THE VOTING SYSTEM MUST INCLUDE A DIGITAL BALLOT ADJUDICATION SOFTWARE APPLICATION, ENABLING ELECTION JUDGES TO RESOLVE, ADJUDICATE, AND DUPLICATE BALLOTS

35

        WITH MARGINAL OR AMBIGUOUS VOTER MARKINGS DIGITALLY RATHER THAN MANUALLY.

  (B)  BALLOT SCANNERS. THE VOTING SYSTEM MUST INCLUDE CENTRAL COUNT BALLOT SCANNERS EQUIPPED WITH AUTOMATIC DOCUMENT FEEDERS, ENABLING ELECTION JUDGES TO SCAN MULTIPLE BALLOTS RATHER THAN A SINGLE BALLOT AT A TIME.

*Amendments to Rule 21.5.2(e)(2):*

  (2)  Polling location / DRE OR BMD = 500;

## II. Basis, Purpose, and Specific Statutory Authority

A Statement of Basis, Purpose, and Specific Statutory Authority follows this notice and is incorporated by reference.

## III. Effective Date of Adopted Rules

These new and amended rules will become permanently effective twenty days after publication in the Colorado Register.[5]

        Dated this 9th day of February, 2016,

        *[signature]*

        Suzanne Staiert
        Deputy Secretary of State

        For

        Wayne W. Williams
        Colorado Secretary of State

---

[5] Section 24-4-103(5), C.R.S. (2015).