IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237- JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.
_____

**D.C.COLO.LCivR 65.1(a) CERTIFICATE OF PLAINTIFFS' COUNSEL**
_____

In accordance with D.C.Colo.LCivR 65.1(a), Thomas P. McMahon, undersigned counsel for plaintiffs Election Systems & Software, LLC and Hart InterCivic, Inc., certifies that:

1.    On May 20, 2016, in accordance with D.C.Colo.LCivR 7.1a, I conferred by telephone with First Assistant Attorney General LeeAnn Morrill of the Colorado Attorney General's Office. The call apprised her of the anticipated filing of this litigation and that initial equitable relief would be requested. I inquired regarding the Secretary of State's position on the request for initial equitable relief, and informed her that I did not intend to seek such relief *ex parte*. Later that day Ms. Morrill responded, not surprisingly, that the Secretary was opposed to initial equitable relief.

2.    Still later that day, I e-mailed Ms. Morrill to inquire whether she would accept service on the Secretary's behalf. She responded by e-mail, indicating that the normal procedure of her office was to receive and review a copy of the complaint before making that decision. I replied by e-mail, stating that would not be a problem.

3.    On May 23, 2016, my office filed the following documents in this matter: a Civil

Cover Sheet; Complaint and Jury Demand ("Complaint"); Motion with Authorities for Temporary Restraining Order and/or Preliminary Injunction ("Motion"), accompanied by 10 supporting exhibits ('Exhibits"); and a proposed Order on Plaintiffs' Motion with Authorities for Temporary Restraining Order and/or Preliminary Injunction ("Order") were filed in this matter.

4. After the Civil Cover Sheet and Complaint were filed, but before (or while) the Motion with Exhibits and the proposed Order were (being) filed, I e-mailed Ms. Morrill a copy of the Complaint so that it could be reviewed and a determination made regarding acceptance and waiver of service. I also mentioned that we would need to coordinate with the Court on a date and time for a hearing.

5. Today, May 24, 2016, a copy of the Civil Cover Sheet and Complaint (both at ECF No. 1), Motion with Exhibits (ECF No. 2) and proposed Order (ECF No. 3), all as filed yesterday, were emailed to Ms. Morrill at approximately 9:00 a.m. by my paralegal, Renae Mesch.

Dated:  May 24, 2016.

>JONES & KELLER, P.C.
> *S/ T.P. McMahon*
> Thomas P. McMahon
> tmcmahon@joneskeller.com
> Aaron D. Goldhamer
> agoldhamer@joneskeller.com
> 1999 Broadway, Ste. 3150
> Denver, CO 80202
> Tel. (303) 573-1600
> Fax  (303) 573-8133
> Attorneys for Plaintiffs