IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237- JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.
_____

### ENTRY OF APPEARANCE
_____

Aaron D. Goldhamer, Esq., of Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado 80202, hereby enters his appearance as co-counsel on behalf of plaintiffs Election Systems & Software, LLC and Hart InterCivic, Inc., and requests service of all pleadings, motions, orders or other papers filed in this action.

Dated:  May 25, 2016.

                                                    JONES & KELLER, P.C.
                                                      S/ Aaron D. Goldhamer
                                                      Thomas P. McMahon
                                                      tmcmahon@joneskeller.com
                                                      Aaron D. Goldhamer
                                                      agoldhamer@joneskeller.com
                                                      1999 Broadway, Ste. 3150
                                                      Denver, CO 80202
                                                      Tel. (303) 573-1600
                                                      Fax  (303) 573-8133
                                                  Attorneys for Plaintiffs