IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237- JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
   a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
   a Texas corporation;
       Plaintiffs,

v.

**WAYNE W. WILLIAMS,**
   in his official capacity as Colorado Secretary of State.
       Defendant.

## WAIVER AND ACCEPTANCE OF SERVICE

I, Grant T. Sullivan, Esq., Assistant Attorney General, Colorado Attorney General's Office, am authorized to and do hereby accept service on behalf of Wayne W. Williams, in his official capacity as Colorado Secretary of State, and acknowledge receipt of the attached: Complaint and Jury Demand (ECF No. 1); Civil Cover Sheet (ECF No. 1); Motion with Authorities for Temporary Restraining Order and/or Preliminary Injunction, including Exhibits (ECF No. 2), and Proposed Order (ECF No. 3); Court Minute Order dated May 24, 2016 (ECF No. 4); Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; (ECF No. 5); Certificate of Compliance (ECF No. 6); Court Minute Order dated May 25, 2016 (ECF No. 8); and two copies of this waiver form.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence

JK00821377 1

of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 25, 2016, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: May 25, 2016.

_____, #40151
Grant T. Sullivan, Esq.

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located inthe United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence ofa summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.