IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cv-1237-JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
   a Delaware limited liability company; and
**HART INTERCIVIC, INC.**,
   a Texas corporation;

      Plaintiff,

      v.

**CAMPUS VILLAGE APARTMENTS, LLC**,
   a Delaware limited liability company,

      Defendant.

_____

**PLAINTIFFS' FIRST DOCUMENT PRODUCTION REQUEST TO DEFENDANT**
_____

Pursuant to Fed.R.Civ.P. 34, Plaintiffs submit this document production request to the defendant Colorado Secretary of State (the "Secretary").

**I.**   **Requests for Production**

In accordance with Fed.R.Civ.P. 34(b)(1), please produce for inspection and copying at the offices of Plaintiffs' undersigned counsel on or before June 10, 2016, the following documents or electronically stored information[1] (as defined in Fed.R.Civ.P. 34(a)(1)(A)) and the following tangible things (as referenced in Fed.R.Civ.P. 34(a)(1)(B)) – collectively referred to as "Items" – in the Secretary possession, custody or control embodying:

1.   For the period from November 4, 2015 through the date of your response, all communications between the Colorado Department of State – *i.e.*, the Secretary of State's office –

---

[1] Initially, electronically stored information consisting of e-mails may be produced in written form, but Plaintiffs reserve the right to later seek production of such information in native electronic format. *See* Fed.R.Civ.P. 34(b)(1)(C).

and Dominion Voting Systems, Inc. ("Dominion"), about: Dominion becoming or possibly becoming (i) Colorado's single or sole voting system provider, (ii) the provider of a uniform voting system for Colorado and/or (iii) the provider of voting systems to Colorado counties.

2. For the period from November 4, 2015 through the date of your response, all communications between the Colorado Department of State – *i.e.*, the Secretary of State's office – and Dominion Voting Systems, Inc. ("Dominion"), about: the following previously-existing (*see* 8 CCR 1505-1), proposed or adopted (*see id.*) election rules:

- 11.9.2(b) – as it existed commencing 12/30/13, its amendment as proposed 12/15/15, and as actually adopted in revised amended form 2/9/16;

- 11.9.3(c), (d), (g)(1) and (g)(2) – as actually adopted 2/9/16;

- 11.9.4(a), (b) and (c) – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16;

- 11.9.5 – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16;

- 21.4.7(e) – as actually adopted 2/9/16;

- 21.4.14(b) and (c) – as proposed 12/15/15 for adoption, and as actually adopted 2/9/16;

- 21.4.15(b), (c) and (d) – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16; and

- 21.4.16(a) – as actually adopted 2/9/16.

Dated:  May 27, 2016

   *S/ T.P. McMahon*
Thomas P. McMahon
Aaron D. Goldhamer
   Jones & Keller, P.C.
   1999 Broadway, #3150
   Denver, Colorado 80202
   Tel. (303) 573-1600
   Fax  (303) 573-8133
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I served a true and correct copy of the foregoing "**PLAINTIFFS' FIRST DOCUMENT PRODUCTION REQUEST TO DEFENDANT**" via U.S. mail, first-class postage prepaid, addressed to

>Wayne W. Williams
>Colorado Secretary of State
>Colorado Department of Sate
>1700 Broadway, #200
>Denver, CO 80290

and

>Grant T. Sullivan
>Assistant Attorney General
>Public Official Unit
>State Services Section
>Colorado Attorney General's Office
>1300 Broadway, 7th Flr.
>Denver, CO 80203

with a courtesy e-mail addressed to

>Grant T. Sullivan
>Grant.Sullivan@coag.gov


                                        *s/Tammy Harris*
                                        Tammy Harris