IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cv-1237-JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC**,
   a Delaware limited liability company; and
**HART INTERCIVIC, INC.**,
   a Texas corporation;

   Plaintiff,

   v.

**WAYNE W. WILLIAMS**,
   in his official capacity as Colorado Secretary of State.

   Defendant.
_____

**PLAINTIFFS' NOTICE OF FED.R.CIV.P. 30(b)(6) DEPOSITION
OF DEFENDANT COLORADO SECRETARY OF STATE**
_____

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), on June 17, 2016, at 9:00 a.m., at the offices of Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado 80202, Plaintiffs Election Systems & Software, LLC, and Hart InterCivic, Inc., will take the deposition upon oral examination of the defendant Colorado Secretary of State (the "Secretary").

The Secretary shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on his behalf.  He/she/they shall give testimony at the deposition concerning the following matters as to which information is known or reasonably available to the Secretary upon which examination is requested:

1.   For the period from November 4, 2015 through the date of deposition, all communications between the Colorado Department of State – *i.e.*, the Secretary of State's office – and Dominion Voting Systems, Inc. ("Dominion"), about Dominion becoming or possibly becoming

(i) Colorado's single or sole voting system provider, (ii) the provider of a uniform voting system for Colorado and/or (iii) the provider of voting systems to Colorado counties.

2. For the period from November 4, 2015 through the date of deposition, all communications between the Colorado Department of State – *i.e.*, the Secretary of State's office – and Dominion Voting Systems, Inc. ("Dominion"), about: the following previously-existing (*see* 8 CCR 1505-1), proposed or adopted (*see id.*) election rules:

- 11.9.2(b) – as it existed commencing 12/30/13, its amendment as proposed 12/15/15, and as actually adopted in revised amended form 2/9/16;

- 11.9.3(c), (d), (g)(1) and (g)(2) – as actually adopted 2/9/16;

- 11.9.4(a), (b) and (c) – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16;

- 11.9.5 – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16;

- 21.4.7(e) – as actually adopted 2/9/16;

- 21.4.14(b) and (c) – as proposed 12/15/15 for adoption, and as actually adopted 2/9/16;

- 21.4.15(b), (c) and (d) – as proposed 12/15/15 for adoption, and as actually adopted in revised form 2/9/16; and

- 21.4.16(a) – as actually adopted 2/9/16.

The deposition will be stenographically recorded before a Notary Public authorized to administer oaths and will continue until completed.

Dated: May 27, 2016.    *S/ T.P. McMahon*
Thomas P. McMahon
Aaron D. Goldhamer
  Jones & Keller, P.C.
  1999 Broadway, #3150
  Denver, Colorado 80202
  Tel. (303) 573-1600
  Fax  (303) 573-8133
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I served a true and correct copy of the foregoing "**PLAINTIFFS' NOTICE OF FED.R.CIV.P. 30(b)(6) DEPOSITION OF DEFENDANT COLORADO SECRETARY OF STATE**" via U.S. mail, first-class postage prepaid, addressed to

>Wayne W. Williams
>Colorado Secretary of State
>Colorado Department of Sate
>1700 Broadway, #200
>Denver, CO 80290

and

>Grant T. Sullivan
>Assistant Attorney General
>Public Official Unit
>State Services Section
>Colorado Attorney General's Office
>1300 Broadway, 7th Flr.
>Denver, CO 80203

with a courtesy e-mail addressed to

>Grant T. Sullivan
>Grant.Sullivan@coag.gov


*s/Tammy Harris*
Tammy Harris