IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237 - JLK - MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.

---

**PLAINTIFFS' D.C.Colo.LCivR 7.1(A) RECERTIFICATION REGARDING MOTION FOR LIMITED EXPEDITED DISCOVERY**

---

      On Friday, May 27, 2016, counsel for Plaintiffs placed two calls to defense counsel's direct line. Both calls went to voice mail, which stated that defense counsel was unavailable but did not indicate he was out of the office. Both times, counsel for Plaintiffs left a detailed message about wishing to confer regarding expedited limited discovery involving two document production requests and one related Rule 30(b)(6) deposition. Both times, counsel for Plaintiffs then requested a return call and left his direct-line phone number. When no response was forthcoming, counsel for Plaintiffs filed the motion. There was no return call by the end of the day.

Dated:  May 31, 2016.

JONES & KELLER, P.C.
  *S/ T.P. McMahon*
Thomas P. McMahon
tmcmahon@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Fax  (303) 573-8133
Attorneys for Plaintiffs

JK00822434.1 /font=8

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I

1. Filed a true and correct copy of the foregoing "**PLAINTIFFS' D.C.Colo.LCivR 7.1(A) RECERTIFICATION REGARDING MOTION FOR LIMITED EXPEDITED DISCOVERY**" – with the Clerk of Court using the CM/ECF system; and

2. Served the same via U.S. mail, first-class postage prepaid, addressed to

> Wayne W. Williams
> Colorado Secretary of State
> Colorado Department of Sate
> 1700 Broadway, #200
> Denver, CO 80290

and

> Grant T. Sullivan
> Assistant Attorney General
> Public Official Unit
> State Services Section
> Colorado Attorney General's Office
> 1300 Broadway, 7th Flr.
> Denver, CO 80203

with a courtesy e-mail addressed to

> Grant T. Sullivan
> Grant.Sullivan@coag.gov

          *s/Tammy Harris*
          Tammy Harris