IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237-JLK-MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,** a Delaware limited liability company; and
**HART INTERCIVIC, INC.,** a Texas corporation,

      Plaintiffs,

      v.

**WAYNE W. WILLIAMS,** in his official capacity as Colorado Secretary of State,

      Defendant.

---

### ORDER ON PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY
---

      Plaintiffs Election Systems & Software, LLC ("ES&S"), and Hart InterCivic, Inc. ("Hart"), have moved under Fed.R.Civ.P. 26(d)(1) for leave to serve two early Fed.R.Civ.P. 34 document production requests, to be responded to in 14 days and to take one related early Fed.R.Civ.P. 30(b)(6) deposition 7 days thereafter.

      Based on the matters set out in Plaintiffs' motion (Doc. 11), I find that good cause has been shown for the limited expedited discovery sought.  A preliminary injunction has been requested and a hearing set for July 6, 2016.  The discovery sought is particularized and narrowly tailored to the specific issues to be addressed at the hearing.

      Accordingly, it is ORDERED that Plaintiffs' Motion (Doc. 11) is GRANTED.  Plaintiffs may serve two early Fed.R.Civ.P. 34 document production requests, to be responded to by Defendant on or before June 10, 2016, and that Plaintiffs may take one related early Fed.R.Civ.P. 30(b)(6) deposition on or before June 17, 2016.

      Dated this 31st day of May, 2016.

BY THE COURT:

_/s/ John L. Kane_
John L. Kane
Senior U.S. District Court Judge