IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237 - JLK - MJW

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on May 31, 2016, I served a true and correct copy of the foregoing "ORDER granting [11] Motion for Discovery" via U.S. mail, first-class postage prepaid, addressed to

    Wayne W. Williams
    Colorado Secretary of State
    Colorado Department of Sate
    1700 Broadway, #200
    Denver, CO 80290

and

    Grant T. Sullivan
    Assistant Attorney General
    Public Official Unit
    State Services Section
    Colorado Attorney General's Office
    1300 Broadway, 7th Flr.
    Denver, CO 80203

with a courtesy e-mail addressed to
    Grant T. Sullivan
    Grant.Sullivan@coag.gov

                *s/Tammy Harris*
                Tammy Harris

JK00822751.1 /font=8