IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

## ENTRY OF APPEARANCE

LeeAnn Morrill, Grant T. Sullivan, and Christopher Jackson hereby enter their appearances on behalf of the Defendant Wayne W. Williams, in his official capacity as Colorado Secretary of State.

Respectfully submitted this 3rd day of June, 2016.

                                      CYNTHIA H. COFFMAN
                                      Attorney General

                                      *s/ LeeAnn Morrill*
                                      LEEANN MORRILL, No. 38742*
                                      First Assistant Attorney General

*s/ Grant T. Sullivan*
GRANT T. SULLIVAN, No. 40151*
Assistant Solicitor General


*s/ Christopher Jackson*
CHRISTOPHER JACKSON, No. 49202*
Assistant Attorney General
*Counsel of Record
*Counsel for the Secretary*

Public Officials Unit
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
Phone:  (720) 508-6000
Fax:  (720) 508-6041
Email:  leeann.morrill@coag.gov
          grant.sullivan@coag.gov
          christopher.jackson@coag.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I served a true and complete copy of the within **ENTRY OF APPEARANCE** upon all parties through ECF-file and serve or as indicated below:

*Attorneys for Plaintiffs*:
    Thomas P. McMahon
    Aaron D. Goldhamer
    JONES & KELLER, P.C.
    1999 Broadway, Ste. 3150
    Denver, CO 80202
    tmcmahon@joneskeller.com
    agoldhamer@joneskeller.com

                                            *s/ LeeAnn Morrill*
                                            LeeAnn Morrill