

AARON D. GOLDHAMER
ATTORNEY AT LAW

303-785-1695
AGOLDHAMER@JONESKELLER.COM

March 29, 2016

Colorado Secretary of State
ATTN: Megan Waples, Public Information Officer
1700 Broadway, Suite 250
Denver, CO 80290
**Via email to megan.waples@sos.state.co.us**

**RE: CORA Request**

Dear Ms. Waples,

    I am writing to request certain documents in the possession of the Colorado Secretary of State's Office pursuant to the Colorado Open Records Act ("CORA"), C.R.S. §§ 24-72-201 *et seq*. I direct this request to your attention per the Secretary of State's published guidance on its website.[1]

    I am requesting the following information:

1. All public records in the Secretary of State Office's ("SoS") possession, custody, or control concerning the consideration, proposal, and promulgation of amendments, additions, modification, or deletions to Rule 11 of the Secretary of State, 8 CCR 1505-1, since January 1, 2014 (henceforth "Rule 11 Changes").

2. All public records in the SoS's possession, custody, or control concerning communications with or the work of the Pilot Election Review Committee ("PERC") which relate to the Rule 11 Changes.

3. All public records in the SoS's possession, custody, or control reflecting meetings—as well as calendar entries pertaining to and notes or minutes generated by such meetings—which relate to the Rule 11 Changes.

4. All public records in the SoS's possession, custody, or control related to the SoS's approval of Dominion Voting Systems, Inc. (or any of its subsidiaries

---

[1] *See* http://www.sos.state.co.us/pubs/info_center/coraFAQ.html (last accessed March 28, 2016).

{JK00797902.1 }

EXHIBIT 1

    or affiliates), as a voting device or system provider pursuant to Rule 11 of the Secretary of State, 8 CCR 1505-1.

5. All public records in the SoS's possession, custody, or control related to the SoS's decision to approve or certify—or decision to not approve or not certify—any voting device or system under either the present Rule 11 of the Secretary of State, or the version of Rule 11 in effect on December 22, 2015.

6. All public records in the SoS's possession, custody, or control reflecting communication with Dominion Voting Systems, Inc.—or any entity or person acting on behalf of Dominion Voting Systems, Inc.—since January 1, 2014.

7. All public records in the SoS's possession, custody, or control reflecting communication related to Dominion Voting Systems, Inc., since January 1, 2014.

If you have any questions about this request, please feel free to contact me at 303.785.1695 or agoldhamer@joneskeller.com. Delivery of responses to this request can be made electronically via email at agoldhamer@joneskeller.com, which is preferred, or via mail directed to my attention to Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202. If there is some alternative to obtaining the requested information not described above within the timeframe contemplated by C.R.S. § 24-72-203(3)(b) (providing for a presumptive three working day timeline—or by April 1, 2016—for providing responsive information), please let me know. If certain records responsive to this request cannot be furnished within this timeframe, I would appreciate being able to obtain or inspect the remaining records within the presumptive timeline.

Thank you for your public service in ensuring the transparent operation of the Colorado Secretary of State's Office. I appreciate your hard work on behalf of the people of Colorado.

    Very truly yours,

    JONES & KELLER, P.C.

    Aaron D. Goldhamer

{JK00797902.1 }