## LeeAnn Morrill

**From:** LeeAnn Morrill
**Sent:** Tuesday, May 24, 2016 4:51 PM
**To:** 'Tom McMahon'
**Subject:** RE: TRO Hearing

Hi, Tom. We'd like to discuss handling the PI motion in a manner that avoids prejudicing either party, so please call us at your earliest convenience. My direct dial/cell is below and my colleagues' are as follows:

Grant Sullivan – (direct) 720-508-6349 / (cell) 720-448-5865
Chris Jackson – (direct) 720-508-6178 / (cell) 775-233-0499
LeeAnn – (cell) 303-725-9971

Thanks,
LeeAnn

**LeeAnn Morrill**
First Assistant Attorney General
Public Officials Unit
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
Direct: 720-508-6159
Email: leeann.morrill@coag.gov

*Please note that my email address has changed to:* *leeann.morrill@coag.gov*

---

**From:** Tom McMahon [mailto:tmcmahon@joneskeller.com]
**Sent:** Tuesday, May 24, 2016 2:52 PM
**To:** LeeAnn Morrill
**Subject:** TRO Hearing

LeeAnn, we just got an order in (which is being forwarded to you) setting a hearing for 2 pm tomorrow. Does that work for you? If not. we can be available any other day/time this week. Let me know. Thanks. --Tom

*Thomas P. McMahon*

JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Dir. (303) 785-1617
Fax (303) 573-8133
tmcmahon@joneskeller.com
www.joneskeller.com
www.ColoradoAntitrustLaw.com



EXHIBIT 2

1

NOTICE - THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER BY THE INTERNAL REVENUE SERVICE.  FOR INFORMATION ABOUT THIS STATEMENT CONTACT JONES & KELLER, P.C.  (The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.)  This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety.  Thank you.