## LeeAnn Morrill

| | |
|---|---|
| **From:** | Grant Sullivan |
| **Sent:** | Tuesday, May 31, 2016 9:23 AM |
| **To:** | Tom McMahon; Aaron Goldhamer |
| **Cc:** | LeeAnn Morrill |
| **Subject:** | RE: Election Systems & Software, LLC v. Wayne W. Williams USDC 16-CV-1237-JLK-MJW |

Tom –

I will confer with my client and get back to you on this early discovery request. In the future, please allow additional time for a more meaningful conferral before you file your motions. I was out of the office on Thursday and Friday and did not receive your voicemail until this morning. You also have my email address, cell phone number, and the direct, cell, and email address of my co-counsel, LeeAnn Morrill. Yet we did not hear from you through any of these other communication lines. We will also allow time to engage in meaningful conferral before filing our own motions.

Also, I am aware that your office has previously made a CORA request to my client seeking some of the same information your early discovery seeks. Now that we are in litigation, please refrain from contacting my client directly. All communication should now go through counsel.

Thank you in advance,

**Grant T. Sullivan**
Assistant Solicitor General
Office of the Colorado Attorney General
State Services Section
Public Officials Unit
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Tel: (720) 508-6349
Fax: (720) 508-6041
Email: grant.sullivan@coag.gov

*Please note my email has changed to* grant.sullivan@coag.gov.

Confidentiality Statement: This e-mail and any attachments from the Colorado Attorney General's Office are confidential and intended solely for the use of the individual or entity to which it is addressed. The information contained herein may include protected or otherwise privileged information. Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender by replying to this message with "Received in Error" in the Subject Line and delete the e-mail without further disclosure.

**From:** Tammy Harris [mailto:tharris@joneskeller.com]
**Sent:** Friday, May 27, 2016 2:04 PM
**To:** Grant Sullivan
**Cc:** Tom McMahon; Renae Mesch; Aaron Goldhamer
**Subject:** Election Systems & Software, LLC v. Wayne W. Williams USDC 16-CV-1237-JLK-MJW

Mr. Sullivan,

Please find attached the Plaintiff's Motion for Limited Expedited Discovery, Exhibits 1 & 2, and Proposed Order that was filed in the above referenced case with the United States District Court, District of Colorado today.

**EXHIBIT 3**

Regards,

# JONES&KELLER

**Tammy Harris**
Legal Assistant to:
 Barry L. Wilkie
 Mary Ellen Wilkie
John Kezer
Stuart Bennett
Aaron D. Goldhamer

1999 Broadway, Suite 3150
Denver, Colorado 80202
P: 303.573.1600 | F: 303.573.8133
JONES&KELLER, P.C.
tharris@joneskeller.com
www.joneskeller.com

**CONFIDENTIALITY NOTICE:**  This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law. This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety. Thank you.