## Grant Sullivan

| | |
|---|---|
| **From:** | Tom McMahon <tmcmahon@joneskeller.com> |
| **Sent:** | Thursday, June 02, 2016 3:04 PM |
| **To:** | Grant Sullivan |
| **Subject:** | Deadlines |

Grant – From your call yesterday, I understand your client's concern about not being able to respond in accordance with the discovery deadlines. That, in turn, impacts Plaintiffs' ability to file their reply brief, etc., which affects the preliminary injunction hearing.

For my clients part, they are concerned about losing customers to Dominion due to further delay. Remember, they already agreed to a 1½-month delay from the originally-scheduled 5/25 TRO hearing to the 7/6 PI hearing. Another 3 weeks would extend the delay to over 2 months. Meanwhile, the county survey cited in the 1/20 Power Point presentation by the SoS indicates that the following ES&S and Hart county customers have indicated they were going to switch to Dominion in 2016 due to the uniform voting system mandate: (i) ES&S – Adams, Mineral, Pitkin, Teller; and (ii) Hart – Baca, Chaffee, Clear Creek, Eagle, Gilpin, Gunnison, Lake, Logan, Park, Phillips, Sedgwick, Washington. So, the concern over losing customers with a further delay is a realistic one.

In an effort to be cooperative, however, we are willing to agree to the 3-week pushback if the SoS will agree not to grant any counties approval to acquire the Dominion system between now and the date Judge Kane rules on the preliminary injunction request. We believe that is a realistic compromise that accommodates the interests of each side. I trust your client will agree. – Tom

*Thomas P. McMahon*

JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Dir. (303) 785-1617
Fax (303) 573-8133
tmcmahon@joneskeller.com
www.joneskeller.com
www.ColoradoAntitrustLaw.com



NOTICE - THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER BY THE INTERNAL REVENUE SERVICE. FOR INFORMATION ABOUT THIS STATEMENT CONTACT JONES & KELLER, P.C. (The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.) This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law. This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed. If you are not the intended recipient or the

employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety.  Thank you.