**Grant Sullivan**

**From:** Tom McMahon <tmcmahon@joneskeller.com>
**Sent:** Thursday, June 02, 2016 3:04 PM
**To:** Grant Sullivan
**Subject:** Discovery Response Search Terms

Grant – In our call yesterday, you informed me that in responding to Plaintiffs' two document production requests the Secretary's office proposes to utilize the same search terms being used to generate a response to our CORA request. Upon re-reviewing those terms, I don't believe that they are quite encompassing enough.

    I.    As you k now, the first document requests asks for all communications 11/4/15 onward between the Secretary's office and Dominion about Dominion becoming or possibly becoming
    (i) Colorado's single or sole voting system provider,
    (ii) the provider of a uniform voting system for Colorado and/or
    (iii) the provider of voting systems to Colorado counties.

Based on that, the following search terms for communications within the time period between the Secretary's office and Dominion should be added:
    "single voting system provider"
    "sole voting system provider"
    "provider of a uniform voting system"
    "uniform voting system provider"
    "provider of voting system"
    "provider of voting systems"
    "voting system provider"
    "voting systems provider"

    II.    The second document requests asks for all communications 11/4/15 onward between the Secretary's office and Dominion about certain specified previously-existing, proposed or adopted election rules.

Based on that, the following search terms for communications within the time period between the Secretary's office and Dominion should be added:
    "adopt"
    "adopted"
    "election rule"
    "election rules"
    "proposed"
    "rules"
as well as the numbers of the particular rules and rules subsections
    "11.9"
    "11.9.2"
    "11.9.2(b)"
    "11.9.3"
    "11.9.3(c)"
    "11.9.3(d)"
    "11.9.3(g)(1)"
    "11.9.3(g)(2)"

EXHIBIT 5

"11.9.4"
"11.9.4(a)"
"11.9.4(b)"
"11.9.4(c)"
"11.9.5"
"21.4"
"21.4.7"
"21.4.7(e)"
"21.4.14"
"21.4.14(b)"
"21.4.14(c)"
"21.4.15"
"21.4.15(b)"
"21.4.15(c)"
"21.4.15(d)"
"21.4.16"
"21.4.16(a)"

If these items are all added, we believe a responsive production should ensue. – Tom

**Thomas P. McMahon**


JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Dir. (303) 785-1617
Fax (303) 573-8133
tmcmahon@joneskeller.com
www.joneskeller.com
www.ColoradoAntitrustLaw.com

NOTICE - THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER BY THE INTERNAL REVENUE SERVICE. FOR INFORMATION ABOUT THIS STATEMENT CONTACT JONES & KELLER, P.C. (The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.) This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law. This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety. Thank you.