IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

## ORDER

For the reasons stated in the Defendant's Unopposed Motion for Protective Order (Doc. 17), the Court finds that the Secretary has shown good cause for the issuance of a protective order to alleviate the undue burden imposed by the current discovery and preliminary injunction deadlines. Accordingly, it is ORDERED that:

    A. The deadline to respond to the Vendors' Request for Production shall be extended from June 10, 2016, through and including July 1, 2016;

    B. The deadline for the Vendors to conduct a Fed.R.Civ.P. 30(b)(6) deposition of the Secretary's Office shall be extended from June 17, 2016, through and including July 8, 2016;

C. The deadline for the Secretary to respond to the Vendors' motion for preliminary injunction shall be extended from June 14, 2016, through and including July 5, 2016,

D. The deadline for the Vendors to file a reply brief in support of their motion for preliminary injunction shall be extended from June 28, 2016, through and including July 19, 2016; and

E. The preliminary injunction hearing scheduled for 10:00 A.M. on July 6, 2016, is VACATED and rescheduled to 1:00 P.M. on July 27, 2016, in Courtroom A802 of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, before Judge John L. Kane.

Dated this 6th day of June, 2016.

BY THE COURT:

\_\_\_\_\_*John L. Kane*\_\_\_\_\_
John L. Kane
Senior U.S. District Court Judge