IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

### SECRETARY'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS

Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), submits this First Set of Requests for Production to Plaintiffs, which are due within twenty-one days after service.

### DEFINITIONS AND INSTRUCTIONS

1. "Document" or "documentation" shall mean any handwritten, typewritten, printed, recorded, or graphic material in any form, including originals, copies, and drafts, including without limitation, any correspondence, minutes of meetings, written memoranda or communications, e-mail, transcripts of testimony, studies, reports, notes,

1

notebooks, telephone message slips, diaries, computer diskettes or printouts, contracts, work papers, books, bookkeeping entries, bills, invoices, calendar entries, microfilm or microfiche, together with all other items which are subject to request for production pursuant to the Federal Rules of Civil Procedure.

2. "New election rules" refers to the administrative rules the Secretary adopted on February 9, 2016 as identified in paragraph 47 of the Complaint and which serve as the basis for the claims brought by Plaintiffs in this action.

3. "You" or "your" shall include, in addition to Plaintiffs, counsel for Plaintiffs and all agents, servants, employees, representatives, and others who are in possession of or who may have obtained information for or on behalf of Plaintiffs.

4. Please respond to each request fully and separately, setting forth the text of each immediately prior to your response.

5. If a claim of privilege or work product is asserted concerning any documents for which identification or production is requested, provide the following: (1) the date of the document; (2) its subject matter; (3) the type of document (e.g. letter, memo, report, minutes and the like); (4) the identities of each person(s) who prepared, authored, received, viewed, or

has had possession, custody, or control of the document since it was created and; (5) the privilege claimed and the basis therefore.

6. If any documents for which identification is requested have been lost and/or are no longer in existence, provide the following: (1) the date of the document; (2) its subject matter; (3) the type of document (e.g. letter, memo, report, minutes, and the like); (4) the identities of all persons who prepared, authored, received, viewed, or has had possession, custody or control of the document since it was created; (5) the identities of all persons who had a copy of the document; and (6) an explanation as to why the document is no longer in your possession.

7. If you cannot answer any request in full, answer to the extent possible and explain why you cannot answer the remainder of the request.

8. In case of doubt as to the scope of a clause including "and," "or," "any," "all," "each," or "every," the intended meaning is inclusive rather than exclusive.

9. If you find the meaning of any term in these requests to be unclear, then you should assume a reasonable meaning, identify that assumed meaning, and respond to the requests on the basis of that assumed meaning.

## REQUESTS FOR PRODUCTION

**Request No. 1:**  Please produce all documents reflecting either of the Plaintiffs' communications, whether internally within each company or externally with any third party, about the new election rules.

**Request No. 2:**  Please produce all documents reflecting either of the Plaintiffs' communications, whether internally within each company or externally with any third party, about efforts to have any of its products, systems, or services comply with the new election rules, including but not limited to the costs of doing so, or the decision not to make any such efforts.

DATED:  June 20, 2016

CYNTHIA H. COFFMAN
Colorado Attorney General


  *s/  LeeAnn Morrill*
LEEANN MORRILL, No. 38742*
First Assistant Attorney General
GRANT T. SULLIVAN, No. 40151*
Assistant Solicitor General
CHRISTOPHER JACKSON, No. 49202*
Assistant Attorney General
*Counsel of Record
*Counsel for the Secretary*

        Public Officials Unit
        State Services Section
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Phone: (720) 508-6000
        Fax: (720) 508-6041
        Email: leeann.morrill@coag.gov
              grant.sullivan@coag.gov
              christopher.jackson@coag.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on June 20, 2016, I served a true and complete copy of the **SECRETARY'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS** upon all parties through ECF-file and serve or as indicated below:

  Thomas P. McMahon
  Aaron D. Goldhamer
  Jones & Keller P.C.
  1999 Broadway, Ste. 3150
  Denver, CO 80202
  tmcmahon@joneskeller.com
  agoldhamer@joneskeller.com
  *Attorneys for Plaintiffs*

               *s/ LeeAnn Morrill*