IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237 - JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.
_____

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
FOR RECIPROCAL LIMITED EXPEDITED DISCOVERY**
_____

        Plaintiffs Election Systems & Software, LLC ("ES&S"), and Hart InterCivic, Inc. ("Hart"), respond as follows to the above-referenced motion filed by the Defendant, Colorado Secretary of State Wayne W. Williams (the "Secretary").  Plaintiffs do not object to the concept of the Secretary being granted reciprocal limited expedited discovery.  The two document production requests will be responded to in accordance with the Federal Rules of Civil Procedure.

        Dated:  June 21, 2016

        JONES & KELLER, P.C.
        *S/ T.P. McMahon*
        Thomas P. McMahon
        tmcmahon@joneskeller.com
        Aaron D. Goldhamer
        agoldhamer@joneskeller.com
        1999 Broadway, Ste. 3150
        Denver, CO 80202
        Tel. (303) 573-1600
        Fax  (303) 573-8133
        Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016, I filed a true and correct copy of the foregoing "**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR RECIPROCAL LIMITED EXPEDITED DISCOVERY**" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

LeeAnn Morrill
LeeAnn.Morrill@coag.gov

Grant T. Sullivan
Grant.Sullivan@coag.gov

Christopher Jackson
Christopher.Jackson@coag.gov

*s/Renae Mesch*
Renae Mesch