IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

## DECLARATION OF SUZANNE STAIERT

    I, Suzanne Staiert, pursuant to 28 U.S.C. § 1746, do depose and state as follows:

    1.    I am the Colorado Deputy Secretary of State, a position I have held since March 2012. In that role, I have full authority to act on behalf of the Colorado Secretary of State ("the Secretary") in all things relating to the Colorado Department of State. I am familiar with the applications for certification submitted to the Secretary by vendors of electronic and electromechanical voting systems pursuant to §1-5-617, C.R.S. (2015). I am also familiar with the election rules adopted by the Secretary, including the rules being challenged by the Plaintiffs in this case.

**EXHIBIT A**

2. The Secretary received Election Systems & Software, LLC's ("ES&S's") application for certification of one of its voting systems on January 26, 2016. The Secretary has not yet acted on the application. On May 24, 2016, counsel for the Secretary and ES&S agreed that no action would be taken on the application until after the Court in this lawsuit resolves the outstanding motion for a preliminary injunction.

3. The Secretary received Hart InterCivic, Inc.'s ("Hart's") application for certification of one of its voting systems on January 27, 2016. The Secretary has not yet acted on the application. On May 24, 2016, counsel for the Secretary and Hart agreed that no action would be taken on the application until after the Court in this lawsuit resolves the outstanding motion for a preliminary injunction.

4. The election rules being challenged by ES&S and Hart in this lawsuit, codified in 8 COLO. CODE REGS. § 1505-1, were permanently adopted by the Secretary on February 9, 2016, and became effective on March 30, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of June 20th, 2016.

_____
Suzanne Staiert

**EXHIBIT A**