IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

Christopher Jackson hereby enters his appearance on behalf of Defendant Wayne W. Williams, in his official capacity as Colorado Secretary of State.

Respectfully submitted this 27th day of June 2016.

CYNTHIA H. COFFMAN
Attorney General

*/s/ Christopher Jackson*

CHRISTOPHER JACKSON, No. 49202*
Assistant Attorney General
***Counsel of Record*

State Services Section
Public Officials Unit
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720-508-6178
FAX:  720-508-6041
E-Mail:  Christopher.Jackson@coag.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2016, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE OF COUNSEL** upon all parties through the Court's electronic filing CM/ECF system or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller P.C.
1999 Broadway, Ste. 3150
Denver, CO  80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

*/s/ Christopher Jackson*
Christopher Jackson