IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

## SECRETARY'S REPLY IN SUPPORT OF THE MOTION FOR RECIPROCAL LIMITED EXPEDITED DISCOVERY

Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), submits this Reply in Support of the Motion for Reciprocal Limited Discovery under Fed. R. Civ. P. 26(d)(1) [Doc. 19].

The Plaintiffs' response to the Secretary's motion notes that they "do not object to the concept of the Secretary being granted reciprocal limited expedited discovery." [Doc. 20], at 1. But while the Plaintiffs write that the two "production requests will be responded to in accordance with the Federal Rules of Civil Procedure," *id.*, they do not address the Secretary's request that Plaintiffs respond "within twenty-one days of service." [Doc. 19-1], at 1.

1

To ensure the Secretary receives the production early enough to meaningfully prepare for the July 27 preliminary injunction hearing, the Court should order that Plaintiffs produce the requested documents within that twenty-one day period, which runs on July 11, 2016.

In addition, Plaintiffs' response does not address the Secretary's request to take one Rule 30(b)(6) deposition of each Plaintiff prior to the preliminary injunction hearing.  *See* [Doc. 19], at 6.  This request is narrowly tailored to give the Secretary the same opportunity to conduct discovery given to the Plaintiffs.  Moreover, the Plaintiffs have never indicated any opposition to this request.

For these reasons, the Court should grant the motion, permit the Secretary to take one Rule 30(b)(6) deposition for each Plaintiff, and order Plaintiffs to respond to the Secretary's two proposed discovery requests by July 11, 2016.

Respectfully submitted this 28th day of June, 2016.

        CYNTHIA H. COFFMAN
        Colorado Attorney General


        */s/ Christopher M. Jackson*
        LEEANN MORRILL, No. 38742*
        First Assistant Attorney General
        GRANT T. SULLIVAN, No. 40151*
        Assistant Solicitor General
        CHRISTOPHER JACKSON, No. 49202*
        Assistant Attorney General
        *Counsel of Record
        *Counsel for the Secretary*

        Public Officials Unit
        State Services Section
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Phone:  (720) 508-6000
        Fax:  (720) 508-6041
        Email:  leeann.morrill@coag.gov
          grant.sullivan@coag.gov
          christopher.jackson@coag.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2016, I served a true and complete copy of the Secretary's Reply in Support of the Motion for Reciprocal Limited Discovery upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

              */s/ Christopher M. Jackson*