IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237 - JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and
**HART INTERCIVIC, INC.,**
    a Texas corporation;
        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.
        Defendant.

_____

**PLAINTIFFS' OBJECTION TO ONE CRITICAL ASPECT
OF DEFENDANT'S PROPOSED PROTECTIVE ORDER**

_____

Plaintiffs object to a single, critical aspect of the Proposed Protective Order sought by Defendant. The point in dispute concerns the persons to be allowed access to Confidential Information marked "Attorneys' Eyes Only." As explained in greater detail in their simultaneously-filed motion to modify the proposed protective order in that respect, Plaintiffs object to the exclusion from that group of one "technical advisor" each in order to provide interpretation and advice to counsel. The advisors would be prohibited from disclosing any such information to anyone else in their organization.

Dated:  June 28, 2016.

                                        JONES & KELLER, P.C.
                                        *S/ T.P. McMahon*
                                        Thomas P. McMahon
                                        tmcmahon@joneskeller.com
                                        Aaron D. Goldhamer
                                        agoldhamer@joneskeller.com

1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Fax  (303) 573-8133
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2016, I filed a true and correct copy of the foregoing "PLAINTIFFS' OBJECTION TO ONE CRITICAL ASPECT OF DEFENDANT'S PROPOSED PROTECTIVE ORDER"with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

LeeAnn Morrill
LeeAnn.Morrill@coag.gov

Grant T. Sullivan
Grant.Sullivan@coag.gov

Christopher Jackson
Christopher.Jackson@coag.gov

*S/ Tammy Harris*
Tammy Harris

JK00836130.1 /font=8    2