# Election Systems & Software: Election Equipment and Election Supplies



## We Support Elections

As the world's largest elections-only company, Election Systems & Software has provided election equipment, software and services that are used by U.S. municipalities and counties to help run fair and accurate elections for more than 30 years.

We hold ourselves to a higher standard, knowing that our products and services help maintain democracy in the jurisdictions we service. With ever-evolving technology and systems, designed to fit multiple voter and election law needs, we work to ensure accurate and fair elections for all citizens, an incredible responsibility that we take seriously.

### Our Core Mission

Maintaining voter confidence and enhancing the voting experience

From Our Blog

- 

**EXHIBIT A.1**