Voting Types    Voting Solutions    Election Services    Our Company    News

# Advancing democracy for over 100 years

The full service election solutions innovator



## Verity

Unlike any voting system you've ever seen.

Verity is the only all-new system built on more than a decade of election technology experience. Verity's integrated platform supports end-to-end election management for all voting types.

Learn more



### Navigating Change

Resources to help you plan and manage change.



### ROI Factors

Getting the most for your voting system dollars



### The Hart Difference

100+ years election-savvy, Hart is a technical innovator with exceptional customer focus.

**Connect with a Hart voting expert today. 1-800-223-4278**

| VIEW ALL PRODUCTS | SALES & SUPPORT | ELECTION RESOURCES | ABOUT HART INTERCIVIC |
|---|---|---|---|
| Verity | Customer Support | Election Supply Order Forms | Hart InterCivic helps state and local governments conduct secure, accurate, |
| Electronic Poll Book | Contact Us | White Papers | |

**EXHIBIT A.2**

| Hart Voting System | 1-800-223-HART | HVS Product Catalog | and reliable elections. |
| Hardware | | Verity Product Catalog | 15500 Wells Port Drive, Austin, TX 78728 |
| Software | | | **News** |
| Services | | | |
| All Products | | | |

Copyright © 2016 Hart InterCivic Inc. All rights reserved.  Terms of Use | Privacy Policy

Voting Types    Voting Solutions    Election Services    Our Company    News

About Hart                              Why Hart  |  Board of Directors  |  Management Team  |  Ethics in Business  |  Careers

# Hart InterCivic

## Advancing Democracy



Hart InterCivic is a full service election solutions innovator, partnering with state and local governments to deliver secure, accurate and reliable elections. Working side by side with election professionals for more than 100 years, we share our customers' dedication to ensuring the sanctity of the vote. Our mission is to help advance democracy one election at a time. This mission fuels our passionate customer focus and our continuous drive for technological innovation that makes voting more straightforward, more equitable and more accessible—and makes managing elections more transparent, more efficient and easier.

Headquartered in the vibrant city of Austin, Texas Hart InterCivic fosters an environment that spurs innovation and empowers employees to deliver great experiences to our customers.

Home    Our Company

| VIEW ALL PRODUCTS | SALES & SUPPORT | ELECTION RESOURCES | ABOUT HART INTERCIVIC |
|---|---|---|---|
| Verity | Customer Support | Election Supply Order Forms | Hart InterCivic helps state and local governments conduct secure, accurate, and reliable elections. |
| Electronic Poll Book | Contact Us | White Papers | |
| Hart Voting System | | HVS Product Catalog | 15500 Wells Port Drive, Austin, TX 78728 |
| Hardware | 1-800-223-HART | Verity Product Catalog | **News** |
| Software | | | |
| Services | | | |
| All Products | | | |

Copyright © 2016 Hart InterCivic Inc. All rights reserved.  Terms of Use | Privacy Policy