STATE OF COLORADO
**Department of State**

1700 Broadway, Suite 200
Denver, CO 80290



Wayne W. Williams
Secretary of State

**Judd Choate**
Director, Elections

June 2, 2016

Ms. Ed Smith
State Certification Manager
Clear Ballot Group, Inc.
7 Water Street, Suite 700
Boston, MA  02109

Via email to ed.smith@clearballot.com

**RE: Application for Certification of ClearVote 1.1**

Dear Mr. Smith:

This letter responds to the Application for Certification submitted by Clear Ballot Group dated February 19, 2016, and to John Moye's letter to Secretary Williams dated April 25, 2016.

Based on our review of the Application for Certification and the technical and other documentation submitted in support, and our knowledge of the voting system based on the Secretary's temporary approval version 1.0 of the same system in 2015, we conclude that ClearVote 1.1 facially complies with all applicable federal and state voting system requirements currently in effect in the state of Colorado, as set forth in the 2002 Voting System Standards promulgated by the Federal Election Commission, parts 6-8 of article 5 of Title 1, C.R.S., and the Secretary of State's Election Rule 21.  Therefore, we are prepared to proceed to a formal certification campaign.

We note that, on May 4, 2016, the Election Assistance Commission approved the application package for federal certification of a more recent iteration of the voting system, ClearVote 1.4.  We invite Clear Ballot Group to amend its Colorado application to request certification of the same version currently under review by the EAC.  Doing so will enable us to coordinate to the greatest possible extent the test plans for the Colorado and federal certification campaigns, as authorized by section 1-5-608.5(5), C.R.S.

Please be advised that, even if the Clear Ballot's voting system is certified in Colorado, the Secretary will approve political subdivisions' applications to acquire the system only if the voting system and the provider satisfy the criteria specified in Election Rules 11.9.3 and 11.9.4.  In other words, the Secretary's certification of the voting system does not necessarily mean that he will authorize its acquisition for use by political subdivisions in Colorado, because certification and acquisition approval are separate inquiries.

**EXHIBIT A.3**

Mr. Ed Smith
Clear Ballot Group, Inc.
June 2, 2016
Page 2

Thank you, and please contact me or Voting Systems Manager Jessi Romero ((303) 894-2200 ext. 6348) if you have any questions.

Very truly yours,

Dwight Shellman
County Support Manager
State Elections Division
(303) 894-2200 ext. 6313

cc: Secretary of State Wayne Williams (wayne.williams@sos.state.co.us)
Deputy Secretary Suzanne Staiert (suzanne.staiert@sos.state.co.us)
Voting Systems Manager Jessi Romero (jessi.romero@sos.state.co.us)
John E. Moye, Esq. (john.moye@moyewhite.com)