**COLORADO SECRETARY OF STATE**

**8 CCR 1505-1**
**Election Rules**

**Rules as Adopted – Redline**
**February 9, 2016**

Please note the following formatting key:

| Font effect | Meaning |
|---|---|
| Sentence case | Retained/modified current rule language |
| SMALL CAPS | New language |
| ~~Strikethrough~~ | Deletions |
| *Italic blue font text* | Publication notes and annotations |

1  *[Current 8 CCR 1505-1 is amended as follows:]*

2  *Amendments to Rule 2.10.2 concerning voter registration; new voter notification under section*
3  *1-2-509(3), C.R.S.:*

4  2.10.2  If after the 20-day period outlined in section 1-2-509(3), C.R.S, the United States
5  Postal Service returns a new voter notification to the county clerk as
6  undeliverable, ~~or provides the clerk with a postcard notice of mail forwarding,~~ the
7  county clerk must mark the voter's record "Inactive" and mail a confirmation
8  card.

9  *New Rule 2.14.5, concerning voter registration records and data:*

10  2.14.5  IF A PERSON REQUESTS A CERTIFICATE OF REGISTRATION OR OTHER ELECTION
11  RECORD THAT CONTAINS PERSONALLY IDENTIFIABLE INFORMATION, HE OR SHE
12  MUST PROVIDE A COPY OF IDENTIFICATION AS DEFINED IN SECTION 1-1-104(19.5),
13  C.R.S.

14  *New Rule 4.1.3, concerning participation in coordinated elections:*

15  4.1.3  THE COUNTY CLERK MUST INCLUDE ALL COORDINATING DISTRICTS IN THE SCORE
16  DISTRICTS AND PRECINCTS MODULE AND ELECTION SETUP MODULE BEFORE
17  CONDUCTING A COORDINATED ELECTION. IF THE COUNTY CLERK IS UNABLE TO
18  INCLUDE ONE OR MORE DISTRICTS IN SCORE, THE CLERK MUST LIST THE DISTRICTS
19  AND EXPLAIN THE ISSUE IN THE MAIL BALLOT PLAN REQUIRED UNDER RULE 7.1.1.

20  *New Rule 4.8.6, concerning ballot format and printing:*

21  4.8.6  THE COUNTY CLERK MUST USE THE SECRETARY OF STATE APPROVED NAMING
22  CONVENTION FOR NAMING BALLOT STYLES IN THE COUNTY'S ELECTION
23  MANAGEMENT SYSTEM, SCORE, AND .PDFS. THE COUNTY CLERK MUST USE THE

**EXHIBIT B**

1      APPROVED NAMING CONVENTION FOR CONTEST NAMES IN THE ELECTION NIGHT
2      REPORTING SYSTEM.

3

4    *Amendments to Rule 6:*

5

6    **Rule 6.**      **Election Judges**

7    6.1     Appointment of election judges under section 1-6-104, C.R.S.

8      6.1.1   The county clerk must request an updated list of election judges from each major
9             party before each election the clerk conducts UNDER THE UNIFORM ELECTION
10            CODE.

11     *[Current Rule 6.1.2 is amended and recodified as New Rule 6.2.1]*

12      ~~6.1.3~~6.1.2   The county clerk must reasonably attempt to exhaust the UPDATED list
13             provided by the major parties before supplementing with ADDITIONAL MAJOR
14             PARTY JUDGES OR minor party or unaffiliated judges~~, or staff~~.

15      6.1.3   IF A MAJOR POLITICAL PARTY FAILS TO PROVIDE AN ADEQUATE LIST OF ELECTION
16             JUDGES BY THE 60TH DAY BEFORE ELECTION DAY, THE COUNTY CLERK MUST
17             NOTIFY THE SECRETARY OF STATE. THE COUNTY CLERK MAY CONSIDER A
18             SUPPLEMENTAL LIST FROM A MAJOR POLITICAL PARTY AFTER THE 60-DAY
19             DEADLINE.

20      6.1.4   THE COUNTY CLERK MUST PROVIDE A LIST OF ELECTION JUDGES, INCLUDING
21             POLITICAL PARTY AFFILIATIONS AND ASSIGNMENTS, IF KNOWN, TO EACH
22             APPOINTING PARTY NO LATER THAN 35 DAYS BEFORE ELECTION DAY. UPON
23             REQUEST BY AN APPOINTING PARTY, THE CLERK MUST PROVIDE A SUPPLEMENTAL
24             LIST NO LATER THAN SEVEN DAYS BEFORE THE DATE ON WHICH THE COUNTY WILL
25             OPEN ITS FIRST VOTER SERVICE AND POLLING CENTER.

26      6.1.5   THE COUNTY CLERK MAY NOT ASK AN ELECTION JUDGE OR COUNTY STAFF MEMBER
27             TO CHANGE HIS OR HER PARTY AFFILIATION TO ACHIEVE THE BIPARTISAN BALANCE
28             REQUIRED UNDER SECTION 1-6-109, C.R.S.

29    *[Current Rules 6.2, 6.3, and 6.4 are amended and recodified as New Rules 6.5, 6.6, and 6.7.]*

30    6.2    ASSIGNMENT OF ELECTION JUDGES

31      ~~6.1.2~~6.2.1   The county clerk may assign AN election ~~judges to positions~~ JUDGE based
32             upon appropriate skill level and interest. IF A MAJOR PARTY OBJECTS TO THE
33             INITIAL ELECTION JUDGE ASSIGNMENTS PROVIDED BY THE CLERK UNDER RULE

1        6.1.4, THE POLITICAL PARTY MAY CONTACT THE CLERK AND NOMINATE JUDGES FOR
2        REPLACEMENT. THE CLERK MUST CONSIDER THE NEW NOMINATIONS.

3    6.2.2  THE COUNTY CLERK MAY REMOVE OR REASSIGN AN ELECTION JUDGE PERFORMING
4        SIGNATURE VERIFICATION AT ANY TIME FOR CAUSE, WHICH MAY INCLUDE, BUT IS
5        NOT LIMITED TO:

6      (A)  AN INABILITY TO PERFORM SIGNATURE VERIFICATION;

7      (B)  AN INABILITY TO SERVE FOR THE REQUISITE AMOUNT OF TIME NEEDED; OR

8      (C)  AN IRREGULAR ACCEPTANCE OR REJECTION RATE, AS DETERMINED BY THE
9        COUNTY CLERK.

10  6.3  THE COUNTY CLERK MAY NOT PERSONALLY CONDUCT SIGNATURE VERIFICATION.

11  6.4  EXCEPT FOR UOCAVA BALLOTS AND BALLOTS RECEIVED FOR COUNTING AFTER ELECTION
12      DAY:

13    6.4.1  ABSENT WRITTEN CONSENT BY EACH MAJOR PARTY COUNTY CHAIR, A COUNTY
14        WITH MORE THAN 5,000 ACTIVE ELECTORS BY THE 90TH DAY BEFORE ELECTION DAY
15        MAY NOT USE REGULAR STAFF AS SIGNATURE VERIFICATION JUDGES.

16    6.4.2  A COUNTY WITH FEWER THAN 5,001 ACTIVE ELECTORS BY THE 90TH DAY BEFORE
17        ELECTION DAY MAY USE REGULAR COUNTY STAFF THAT ARE SWORN IN AS ELECTION
18        JUDGES TO CONDUCT SIGNATURE VERIFICATION.

19  ~~6.2~~ 6.5 For purposes of training election judges, an "election cycle" means all elections held
20      during a calendar year beginning January 1 and ending December 31.

21  ~~6.3~~ 6.6 In lieu of the oath for other election judges prescribed in section 1-6-114, C.R.S., each
22      student election judge must take a self-affirming oath or affirmation before serving, in
23      substantially the following form:

24      *" I, _____ do solemnly swear (or affirm) that I am a citizen of the United*
25      *States and state of Colorado; that I am at least 16 years of age and a High School Junior*
26      *or Senior; that I will perform the duties of an election judge according to law and to the*
27      *best of my ability; that I will studiously strive to prevent fraud, deceit, and abuse in*
28      *conducting the same; that I will not try to determine how any elector voted, nor will I*
29      *disclose how any elector voted if in the discharge of my duties as a student election judge*
30      *such knowledge shall come to me, unless called upon to disclose the same before some*
31      *court of justice; that I have never been convicted of election fraud, any other election*
32      *offense, or fraud and that, if any ballots are counted before the polls close on the date of*
33      *the election, I will not disclose the result of the votes until after the polls have closed.* ~~"~~ *"*

34  ~~6.4~~ 6.7 A supervisor judge in a voter service and polling center must complete a training course
35      ~~provided by or approved by the Secretary of State~~ CONDUCTED BY THE COUNTY CLERK.
36      THE SECRETARY OF STATE MUST PROVIDE OR APPROVE THE TRAINING CONTENT.

6.8 A SIGNATURE VERIFICATION JUDGE MUST COMPLETE A TRAINING COURSE CONDUCTED BY THE COUNTY CLERK AT LEAST ONCE PER ELECTION CYCLE. THE SECRETARY OF STATE MUST PROVIDE OR APPROVE THE TRAINING CONTENT.

*Amendments to Rule 7.1:*

**Rule 7.        Elections Conducted by the County Clerk and Recorder**

7.1     Mail ballot plans

7.1.1    The county clerk must submit a mail ballot plan to the Secretary of State by email no later than 90 days before every election. The county clerk must submit with the mail ballot plan the voter instructions and secrecy sleeve that the clerk intends to use in the election.

7.1.2    THE COUNTY CLERK MUST LIST IN THE MAIL BALLOT PLAN ALL MATERIALS IT WILL INCLUDE IN ITS MAIL BALLOT PACKET.

~~7.1.2~~ 7.1.3    Approval of mail ballot plans and submission of amendments

(a)    If the Secretary of State requests modifications to a plan ~~prior to~~ BEFORE approval, the county clerk must submit the modified plan within ten days from the request. The Secretary of State will approve or disapprove the modified plan within 15 days from the date it is received.

(b)    A county clerk may amend a timely submitted mail ballot plan by submitting a written statement outlining the amendment. The amendment must state the specific section of the plan amended and the reason for the amendment. The Secretary of State will approve or disapprove the amendment within 15 days from the date it is received. If the amendment is received within 30 days before the election, the Secretary of State will approve or disapprove the amendment within two business days.

~~7.1.3~~ 7.1.4    The county clerk must submit a security plan under Rule 20 in addition to the mail ballot plan submitted in accordance with this Rule.

*Amended Rule 7.2.6, concerning ballot return envelope:*

7.2.6    ~~Effective January 1, 2016, each~~ EACH mail ballot return envelope ~~must~~ MAY include the following STATEMENT: "I am voluntarily giving my ballot to (name and address) for delivery on my behalf." IF THE VOTER LEAVES THE FILLABLE PORTION OF THE STATEMENT BLANK, THE COUNTY CLERK MUST ACCEPT THE BALLOT FOR COUNTING IF IT IS OTHERWISE VALID.

*New Rules 7.2.8 and 7.2.9, concerning ballots and ballot packets:*

7.2.8    WHERE PRACTICABLE, THE COUNTY MUST PRINT THE ELECTOR'S FULL NAME UNDER OR NEAR THE SELF-AFFIRMATION SIGNATURE LINE ON EACH BALLOT RETURN

1  ENVELOPE. IF NOT PRACTICABLE FOR SOME OR ALL BALLOT RETURN ENVELOPES,
2  THE COUNTY MUST EXPLAIN WHY IN ITS MAIL BALLOT PLAN.

3  7.2.9   ON ALL BALLOT-RETURN ENVELOPES PRINTED AFTER APRIL 1, 2016, THE COUNTY
4  CLERK MUST PROVIDE A SPACE ON THE BALLOT-RETURN ENVELOPE FOR A WITNESS
5  TO THE ELECTOR'S MARK TO PROVIDE HIS OR HER FULL LEGAL NAME.

6  *Amendments to Rule 7.5.1(c), concerning receipt and processing of ballots:*

7   (c)   Signage at each drop-off location must inform voters that it is a violation
8        of law FOR ANY PERSON to ~~drop off~~ COLLECT more than ten ballots FOR
9        MAILING OR DELIVERY in any election, AND THAT ELECTIONEERING IS
10       PROHIBITED WITHIN 100 FEET OF ANY DROP-BOX.

11 *Amendments to Rule 7.5.1(d):*

12  (d)   The minimum number of drop-off locations must be open during
13        reasonable business hours as defined in Rule ~~7.8.1(a)~~7.9.1(A) and from
14        7:00 a.m. through 7:00 p.m. on election day.

15 *Amendments to Rule 7.8:*

16 7.8   Signature verification procedures

17 *[Current Rule 7.8.1 is amended and recodified as New Rule 7.8.3]*

18 *[Current Rule 7.8.2 is amended and recodified as New Rules 7.8.4, 7.8.5, and 7.8.6]*

19 7.8.1   A SINGLE ELECTION JUDGE MAY CONDUCT THE FIRST LEVEL OF SIGNATURE
20       VERIFICATION.

21 7.8.2   IF THE ELECTOR'S SIGNATURE APPEARS ANYWHERE ON THE BACK OF THE BALLOT
22       RETURN ENVELOPE, THE ELECTION JUDGE MUST REVIEW THE SIGNATURE.

23 ~~7.8.1~~7.8.3   ~~The election judges~~ AN ELECTION JUDGE CONDUCTING SIGNATURE
24       VERIFICATION must compare the signature on the self-affirmation on each BALLOT
25       return envelope with the ELECTOR'S signature in SCORE. ~~The election judges~~
26       ~~must research the signature further if there is:~~ IN ACCORDANCE WITH THE
27       SECRETARY OF STATE'S SIGNATURE VERIFICATION GUIDE.

28  ~~(a)   An obvious change in the signature's slant.~~

29  ~~(b)   A printed signature on one document and a cursive signature on the other~~
30       ~~document.~~

31  ~~(c)   A difference in the signature's size or scale.~~

32  ~~(d)   A difference in the signature's individual characteristics, such as how the~~
33       ~~"t's" are crossed, "i's" are dotted, or loops are made on "y's" or "j's".~~

1      (e)    ~~A difference in the voter's signature style, such as how the letters are~~
2      ~~connected at the top and bottom.~~

3      (f)    ~~Evidence that ballots or envelopes from the same household have been~~
4      ~~switched.~~

5      (g)    ~~Any other noticeable discrepancy such as misspelled names.~~

6  *Current Rule 7.8.2 is amended and recodified as New Rules 7.8.4, 7.8.5, and 7.8.6 as*
7  *follows:*

8  ~~7.8.2~~ 7.8.4   ~~In conducting further research, the election judges~~ IF AN ELECTION JUDGE
9  MUST CONDUCT FURTHER RESEARCH ON AN ELECTOR'S SIGNATURE, HE OR SHE
10  must check SCORE for ~~at least two~~ additional documents signed by the voter, if
11  available.

12  7.8.5   ~~The judges~~ AN ELECTION JUDGE may compare additional information written by
13  the voter on the return envelope, such as the voter's address and date of signing.
14  Any similarities noted when comparing other information may be used as part of
15  the signature verification decision process.

16  7.8.6   ~~If it appears to the judges that members of the same household have inadvertently~~
17  ~~switched envelopes or ballots, the ballot or ballots must be counted and no letter~~
18  ~~of advisement to the electors is necessary.~~ IF AN ELECTION JUDGE DETERMINES
19  THAT A VOTER INADVERTENTLY RETURNED HIS OR HER BALLOT IN ANOTHER
20  HOUSEHOLD MEMBER'S BALLOT RETURN ENVELOPE, THE ELECTION JUDGE MUST
21  PROCESS AND PREPARE THE BALLOT OF THE ELECTOR WHO SIGNED THE SELF-
22  AFFIRMATION FOR COUNTING IF IT IS OTHERWISE VALID. THE ELECTION JUDGE NEED
23  NOT SEND A SIGNATURE DISCREPANCY LETTER TO THE VOTER.

24  ~~7.8.3~~ 7.8.7   If, AFTER BIPARTISAN REVIEW, the election judges ~~dispute the signature~~
25  ~~they~~ DETERMINE THAT A SIGNATURE IS DISCREPANT, THE JUDGES must document
26  the discrepancy and the research steps taken in a log~~.~~ THAT:

27      (A)    ~~The election judges must identify~~ IDENTIFIES the elector ONLY BY NAME
28      AND VOTER IDENTIFICATION NUMBER. ~~in the log using a unique tracking~~
29      ~~number. The tracking number may not contain the elector's social security~~
30      ~~number, Colorado driver's license number, or the identification number~~
31      ~~issued by the Department of Revenue.~~

32      (B)    ~~The log may~~ DOES not contain the elector's signature.

33      (C)    ~~The election judges must note~~ NOTES the final resolution and ballot
34      disposition ~~on the research log~~.

35      (D)    IDENTIFIES THE ELECTION JUDGES RESPONSIBLE FOR FINAL RESOLUTION
36      AND BALLOT DISPOSITION.

7.8.8   THE COUNTY CLERK MUST PERIODICALLY AUDIT SIGNATURE VERIFICATION JUDGES. IF A JUDGE OR TEAM OF JUDGES HAS AN UNEXPLAINED, IRREGULAR ACCEPTANCE OR REJECTION RATE, THE COUNTY CLERK MUST RETRAIN OR REMOVE THAT JUDGE OR TEAM OF JUDGES FROM CONDUCTING SIGNATURE VERIFICATION.

7.8.4 7.8.9   The election official must use the letter and the signature verification form approved by the Secretary of State. (Section 1-7.5-107.3(2)(a), C.R.S.) The letter and signature verification form does not violate section 1-13-801 C.R.S.

7.8.5   All uncounted ballots must remain sealed in the return envelope and stored as election records in accordance with section 1-7-802, C.R.S.

7.8.6 7.8.10   Use of ballot envelope sorters and signature capture devices. If the county uses a ballot sorting and signature capture device, the county clerk must test the device before using it in an election to ensure that it properly sorts envelopes, and accurately and clearly captures the signature on the envelope for comparison to the correct voter record.

7.8.7 7.8.11   Use of automated Signature Verification Devices under section 1-7.5-107.3(5)(b), C.R.S.

(a)   If the county uses a signature verification device for automated signature verification on ballot envelopes, the THE county clerk must test the device SIGNATURE VERIFICATION DEVICES before using it USE in an election.

(1)   The testing must verify the accuracy of the device and ensure that the device will not accept a signature that a reasonably trained election judge would reject.

(2)   The county must pull and test a minimum of 150 ballot envelopes received in the election and conduct an audit of the machine-verified signatures.

(A)   A team of bipartisan election officials must manually review the signatures identified on the Automated Signature Recognition report following the procedures in section 1-7.5-107.3, C.R.S., and this Rule.

(B)   The election judges conducting the audit must sign and date the Automated Signature Recognition Report and the report must be maintained with all other election records under section 1-7-802, C.R.S.

(b)   In addition to the initial test, the THE county must conduct a regular audit of the device EACH SIGNATURE VERIFICATION DEVICE during its use.

(1)   The county must pull a random sampling of no fewer than AT LEAST one in every fifty machine-verified signatures daily.

(2)      A team of bipartisan election judges must manually review the signatures identified on the Automated Signature Recognition report following the procedures in section 1-7.5-107.3, C.R.S., and this Rule.

(3)      The election judges conducting the audit must sign and date the Automated Signature Recognition Report and the report must be maintained with all other election records under section 1-7-802, C.R.S.

(4)      If the device fails the audit, the county must immediately cease use of automated signature verification and notify the Secretary of State. The Secretary of State and the county must work in coordination to identify the issue and implement a solution.

(c)      The county must operate the device on a ~~dedicated and~~ secure network.

(1)      The county may connect the device to the county network only for maintenance and support.

(2)      The device must be secured by the county firewall.

(3)      The county must maintain a maintenance and support log that includes the name of the person providing maintenance or support, the date and time the device was accessed, and the specific reason for access.

~~7.8.8~~ 7.8.12      If a county uses a signature capture device to compare a ballot envelope signature to a signature maintained in SCORE, the system may display only one voter's signature at a time.

7.8.13      FOLLOWING THE ELECTION, THE COUNTY CLERK MUST REPORT TO THE SECRETARY OF STATE IN WRITING THE NUMBER OF BALLOT RETURN ENVELOPES WITH DISCREPANT SIGNATURES THAT THE CLERK FORWARDED TO THE DISTRICT ATTORNEY FOR INVESTIGATION.

*Current Rule 7.8.9 is amended and recodified as New Rule 7.9.1(d):*

7.9      Voter service and polling centers

7.9.1      The county clerk must designate and open the minimum number of voter service and polling centers. The centers must be open during reasonable business hours for the minimum number of days outlined in section 1-5-102.9, C.R.S., for a general election and 1-7.5-107(4.5), C.R.S., for all other elections.

*[Current Rules 7.9.1(a-c) are retained, unaltered]*

7.8.9 (D)     Signage at each voter service and polling center must indicate that it is a violation of law FOR ANY PERSON to ~~drop off~~ COLLECT more than ten ballots FOR DELIVERY in any election.

*Amendments to Rule 7.9.5:*

7.9.5   Any eligible elector may vote in-person at a voter service and polling center. An election judge must VOID ~~mark~~ the elector's mail ballot ~~"surrendered"~~ in SCORE before issuing an in-person ballot.

*Amendments to Rules 7.11 through 7.14:*

7.11   Voter service and polling center connectivity

7.11.1  The county must have real-time access to SCORE and WebSCORE at every voter service and polling center. ~~designated by the county clerk.~~

*[Current Rule 7.11.2 is amended and recodified as New Rule 7.12]*

~~7.11.3~~ 7.11.2  At no time may an election official open simultaneous sessions of both SCORE and WebSCORE on a single workstation.

~~7.11.4~~ 7.11.3  Every voter service and polling center designated by the county clerk must meet the minimum security procedures for transmitting voter registration data as outlined in section 1-5-102.9, C.R.S., and Rule 2.16.

~~7.11.2~~ 7.12  ~~The county clerk must instruct~~ AT EACH VOTER SERVICE AND POLLING CENTER, election judges and, if appropriate, election staff, ~~to~~ MUST:

7.12.1  PROVIDE ALL SERVICES OUTLINED IN 1-5-102.9, C.R.S.;

~~(a)~~ 7.12.2     Use WebSCORE to register voters; update existing voter registrations; issue and replace mail ballots; and issue, spoil, and replace in-person ballots~~:~~; and

~~(b)~~ 7.12.3     Offer an in-person voter the opportunity to obtain a replacement mail ballot rather than a provisional ballot in the event the voter service and polling center loses connectivity to WebSCORE but retains connectivity to SCORE.

~~7.12~~ 7.13     Assisting voters with disabilities in a voter service and polling center

~~7.12.1~~ 7.13.1  The designated election official must post a sign at the voter service and polling center that states:

*NOTICE*

*VOTING ASSISTANCE FOR ELECTORS WITH DISABILITIES*

*Colorado law protects a voter's legal right to assistance in voting if assistance is needed because of a disability.*

1       *1.*     *If you require assistance, please inform an election judge.*

2       *2.*     *Any person, including an election judge, may assist you.*

3       *3.*     *If you select a person other than an election judge, he or she must*
4                    *complete a Voter Assistance Form, which includes an oath that states:*

5                    *I, ………, certify that I am the individual chosen by the elector to assist the*
6                    *elector in casting a ballot. I further certify that I will not in any way*
7                    *attempt to persuade or induce the elector to vote in a particular manner,*
8                    *nor will I cast the elector's vote other than as directed by the elector I am*
9                    *assisting.*

10      *4.*     *The person you select may provide any assistance you need, including*
11                    *entering the voting booth, preparing the ballot, or operating the voting*
12                    *machine.*

13      *5.*     *The person assisting you may not seek to persuade you or induce you to*
14                    *vote in a particular manner.*

15      *6.*     *The election judge must record the name of each voter who receives*
16                    *assistance and the name of the person who provides assistance on the*
17                    *signature card.*

18     ~~7.12.2~~ 7.13.2   If a voter has spoiled two ballots and requests a third ballot, an election
19                   official must offer assistance in voting ~~procedures~~ and casting the ballot.

20 ~~7.13~~ 7.14      **Voter history**

21     ~~7.13.1~~ 7.14.1   After the canvass, the designated election official must give vote credit to
22                   each ~~voter~~ PERSON who voted in the election.

23     ~~7.13.2~~ 7.14.2   If the voter history records do not match the number of voters ~~who voted~~
24                   at that election, the designated election official must ensure the following:

25        (a)     Each voter received credit ~~for voting~~; and

26        (b)     All signature cards are accounted for.

27     ~~7.13.3~~ 7.14.3   ~~All~~ THE DESIGNATED ELECTION OFFICIAL MUST EXPLAIN AND DOCUMENT
28                   ALL research concerning discrepancies. ~~must be explained and documented.~~

29 ~~7.14~~ 7.15      Reimbursement to counties for state ballot measure elections. No later than 90
30               days after an election, the county must submit a completed request for reimbursement
31               under section 1-5-505.5, C.R.S. The county must submit the request using the form
32               provided by the Secretary of State.

33 *Amendments to Rule 8:*

**Rule 8.**            **Watchers**

8.1   ~~Watchers must affirm that they are qualified under sections 1-1-104(51), 1-7-105, 1-7-106, 1-7-107, and 1-7-108(2), C.R.S., as applicable. Watchers must take the oath described in section 1-7-108(1), C.R.S. and, upon first entering the polling location, surrender the certificate of appointment to the supervisor judge at each location where the watcher is designated to observe.~~ A WATCHER MUST AFFIRM THAT HE OR SHE IS QUALIFIED TO ACT AS A WATCHER UNDER COLORADO LAW. THE COUNTY CLERK MUST ACCEPT THE APPOINTMENT OF ALL ELIGIBLE WATCHERS DULY CERTIFIED BY A POLITICAL PARTY, CANDIDATE, OR ISSUE COMMITTEE UNDER SECTIONS 1-1-104(51), 1-7-105, 1-7-106, OR 1-7-107, C.R.S.

*[Stricken portions of Current Rule 8.1 are amended and recodified in Rule 8.1, New Rule 8.5,*

*[Current Rule 8.11 is amended and recodified as the last sentence of Rule 8.1]*

*[Current Rules 8.1.1, 8.1.2, and 8.1.3 are amended and recodified as New Rules 8.4.1, 8.4.2, and 8.4.3]*

8.1.1   THE REGISTERED AGENT OR DESIGNATED FILING AGENT FOR AN ISSUE COMMITTEE IS THE AUTHORIZED REPRESENTATIVE TO APPOINT WATCHERS FOR THE ISSUE COMMITTEE.

8.1.2   THE COUNTY CLERK MUST CONFIRM A WATCHER'S ELIGIBILITY BEFORE ALLOWING THE WATCHER TO PERFORM HIS OR HER DUTIES. IF THE COUNTY CLERK IS UNABLE TO CONFIRM THE WATCHER'S ELIGIBILITY, THE CLERK MUST PROMPTLY INFORM THE APPOINTING ENTITY.

8.1.3   A WATCHER MAY PROVIDE A COPY OF HIS OR HER CURRENT REGISTRATION RECORD FROM THE SECRETARY OF STATE'S WEBSITE WITH THE CERTIFICATE OF APPOINTMENT TO SATISFY THE ELIGIBILITY-CONFIRMATION REQUIREMENT.

8.1.4   A WATCHER FOR AN ISSUE COMMITTEE MAY PROVIDE A TRACER PRINT-OUT OF THE ISSUE COMMITTEE REGISTRATION WITH THE CERTIFICATE OF APPOINTMENT TO SHOW THAT THE PERSON APPOINTING THE WATCHER IS PERMITTED TO APPOINT UNDER RULE 8.1.1.

8.1.5   A WATCHER MUST COMPLETE A TRAINING PROVIDED BY OR APPROVED BY THE SECRETARY OF STATE BEFORE OBSERVING ELECTION ACTIVITIES WHERE CONFIDENTIAL OR PERSONALLY IDENTIFIABLE INFORMATION MAY BE WITHIN VIEW.

~~8.14~~ 8.2   ~~Watchers may be appointed~~ INTERESTED PARTIES MAY APPOINT AND CERTIFY WATCHERS to observe recall elections held under Article 12, Title I, C.R.S., ~~and must be certified~~ in accordance with sections 1-7-106 and 1-7-107, C.R.S.

~~8.2~~ 8.3   A political party attorney may not be in the polling location unless he or she is a duly appointed watcher or is casting his or her ballot.

1 ~~8.3     The supervisor judge must provide to each watcher on request a list, log, check-in card,~~
2 ~~or other similar information of voters appearing in the polling location to vote. The~~
3 ~~watcher may not remove the information or documents from the polling location. A~~
4 ~~watcher may maintain a list of eligible electors who have voted by using only information~~
5 ~~provided by the supervisor judge or a list of electors previously maintained by the~~
6 ~~watcher. [Section 1-7-108(3), C.R.S.]~~

7 ~~8.13~~ 8.4     ~~Watchers~~ A WATCHER may be certified to observe more than one ~~polling~~ location
8 IN WHICH THE COUNTY IS CONDUCTING ELECTION ACTIVITIES. ~~See section 1-7-106, C.R.S.~~
9 A WATCHER MUST PRESENT A CERTIFICATE OF APPOINTMENT AT EACH LOCATION WHERE
10 THE WATCHER IS DESIGNATED TO OBSERVE, UNLESS THE COUNTY CLERK HAS ESTABLISHED
11 AN ALTERNATE PROCESS.

12 ~~8.1.1~~ 8.4.1     If a watcher leaves a ~~polling~~ location but returns to the same location,
13 another certificate of appointment is not necessary.

14 ~~8.1.2~~ 8.4.2     A new watcher who is replacing an original watcher must provide HIS OR
15 HER ~~an original~~ certificate of appointment for that polling location.

16 ~~8.1.3~~ 8.4.3     A certificate of appointment as a watcher is not transferable to another
17 individual.

18 8.5     A WATCHER MUST TAKE THE OATH DESCRIBED IN SECTION 1-7-108(1), C.R.S.

19 *[New Rule 8.5 is a recodified portion of current Rule 8.1]*

20 ~~8.12~~ 8.6     Removal of Watchers.

21 ~~8.12.1~~ 8.6.1     A county clerk or his or her designee may remove a watcher upon finding
22 that the watcher:

23 (a)     ~~Commits or encourages~~ COMMITTED OR ENCOURAGED fraud in connection
24 with his or her duties;

25 (b)     ~~Violates~~ VIOLATED any of the limitations outlined in Rule ~~8.6~~ 8.15;

26 (c)     ~~Violates~~ VIOLATED his or her oath; or

27 (d)     ~~Is~~ WAS abusive or threatening toward election officials or voters.

28 ~~8.12.2~~ 8.6.2     Upon removal of a watcher, the county clerk must inform the political
29 party, candidate, or committee who appointed the watcher.

30 ~~8.12.3~~ 8.6.3     A removed watcher may be replaced by an alternate watcher duly certified
31 in accordance with sections 1-7-105, 1-7-106, or 1-7-107, C.R.S.

8.7    THE COUNTY CLERK MUST SUBMIT A WATCHER ACCOMMODATION PLAN TO THE SECRETARY OF STATE BY EMAIL USING THE APPROVED FORM NO LATER THAN 90 DAYS BEFORE AN ELECTION.

8.7.1    WATCHERS MAY BE PRESENT AT EACH STAGE OF THE CONDUCT OF THE ELECTION, INCLUDING WHEN ELECTORS ARE VOTING OR WHEN ELECTION JUDGES ARE PRESENT AND PERFORMING ELECTION ACTIVITIES.

8.7.2    THE COUNTY CLERK MUST PROVIDE, AND IDENTIFY IN SOME MANNER, AT LEAST ONE PRIMARY CONTACT FOR WATCHERS AT EACH LOCATION WHERE ELECTION ACTIVITIES ARE PERFORMED WHEN WATCHERS ARE PRESENT.

~~8.4.1~~ 8.7.3    ~~The~~ AT VOTER SERVICE AND POLLING CENTERS, THE designated election official must position the voting equipment, voting booths, and the ballot box so that they are in plain view of the election officials and watchers.

~~8.4.2(b)~~ 8.7.4    Watchers must remain outside the immediate voting area while an elector is voting. THE SIX-FOOT LIMIT IN RULE 1.1.26 APPLIES ONLY TO VOTING.

8.8    THE MINIMUM NUMBER OF WATCHERS THE COUNTY CLERK MUST ACCOMMODATE FOR EACH APPOINTING ENTITY IS AS FOLLOWS:

8.8.1    IN A CENTRAL COUNT FACILITY, ONE WATCHER PER CENTRAL COUNT PROCESS, BUT IN ANY CASE NOT LESS THAN ONE WATCHER FOR EVERY TEN ELECTION JUDGES.

8.8.2    DURING SIGNATURE VERIFICATION, ONE WATCHER FOR EVERY FOUR ELECTION JUDGES.

8.8.3    AT EACH VOTER SERVICE AND POLLING CENTER, ONE WATCHER, OR ONE WATCHER PER VOTER SERVICE AND POLLING CENTER PROCESS.

~~8.4.2(e)~~ 8.8.4    The number of watchers permitted in any room at one time is subject to SPACE LIMITATIONS AND local safety codes.

8.9    A WATCHER MAY OBSERVE ELECTION ACTIVITIES AT A GROUP RESIDENTIAL FACILITY, AS DEFINED IN SECTION 1-1-104(18.5), C.R.S., ONLY IF THE WATCHER CONTACTS THE COUNTY CLERK BEFOREHAND TO ARRANGE THE TIME AND LOCATION. WHILE AT A GROUP RESIDENTIAL FACILITY, A WATCHER MUST MAINTAIN AN ADEQUATE DISTANCE FROM THE ELECTOR SO THE ELECTOR MAY MARK OR RECEIVE ASSISTANCE MARKING HIS OR HER BALLOT IN PRIVATE. A WATCHER MAY NOT ENTER A VOTER'S PRIVATE ROOM OR APARTMENT UNLESS THE VOTER CONSENTS.

~~8.4~~ 8.10    Watchers are subject to the provisions of section 1-5-503, C.R.S.

~~8.4.3~~ 8.10.1    A watcher may witness and verify activities described in Title 1, C.R.S.~~, that are outside the immediate voting area, including ballot processing and counting.~~ If election officials are conducting ~~elections~~ ELECTION activities in separate rooms or areas of a building or buildings, the county clerk must allow

1  additional watchers to observe and verify each separate activity in each room or
2  area in the building or buildings.

3  ~~8.4.2~~ 8.10.2  Watchers must be permitted access that would allow them to attest to the
4  accuracy of election-related activities~~, including recall elections~~. This includes
5  personal visual access at a reasonable proximity to read documents, writings or
6  electronic screens and reasonable proximity to hear election-related discussions
7  between election judges and electors. ~~Witness and verify means to personally~~
8  ~~observe actions of election officials in each step of the conduct of an election.~~

9  *[The last sentence of Current Rule 8.4.2 is recodified as New Rule 8.10.2(b)]*

10  (a)  Election ~~related~~ activities include ~~all activities in a polling location and~~
11  ~~ballot processing and counting, such as~~:

12  ~~8.4.2(c)~~ (1)  ~~Watchers may be present at each stage of the conduct of the~~
13  ~~election, including the setup~~ Setup and breakdown of ~~polling~~
14  ~~locations and ballot receipt and processing~~ VOTER SERVICE AND
15  POLLING CENTERS.

16  ~~(1)~~ (2)  ~~Observing voter~~ VOTER check-in and registration activities.

17  (3)  BALLOT RECEIPT AND PROCESSING.

18  *[A portion of Current Rule 8.4.2(c) is recodified as this New Rule*
19  *8.10.2(a)(3)]*

20  ~~(2)~~ (4)  ~~Witnessing the signature~~ SIGNATURE verification of mail ballot
21  envelopes at close enough distance to ~~verify or~~ challenge the
22  signature.

23  ~~(3)~~ (5)  ~~Witnessing ballot~~ BALLOT duplication ~~to verify accuracy according~~
24  ~~to voter intent~~.

25  ~~(4)~~ (6)  ~~Observing the~~ BALLOT tabulation. ~~process or display screens of~~
26  ~~voting equipment at any time that an elector is not in the~~
27  ~~immediate voting area for purposes of voting or casting a ballot.~~

28  ~~(5)~~  ~~Witnessing hand count tabulations as they are being conducted.~~

29  ~~(6)~~ (7)  ~~Observing all documents and materials during the LAT~~ THE LOGIC
30  AND ACCURACY TEST and post-election audit.

31  *[Portions of Current Rule 8.4.2(d) are amended and recodified as New*
32  *Rules 8.10.2(a)(8) and (9):]*

33  (8)  PROVISIONAL BALLOT PROCESSING.

1                          (9)      UOCAVA BALLOT PROCESSING.

2                     *[Current Rule 8.4.4 is amended and recodified as New Rule 8.10.2(a)(10)]*

3                          (10)    CANVASS.

4                     *[Current Rule 10.11 is amended and recodified as New Rule*
5                     *8.10.2(a)(11)]*

6                          (11)    RECOUNT.

7                *[The last sentence of Current Rule 8.4.2 is recodified as New Rule 8.10.2(b)]*

8                (B)      WITNESS AND VERIFY MEANS TO PERSONALLY OBSERVE ACTIONS OF
9                     ELECTION OFFICIALS IN EACH STEP OF THE CONDUCT OF AN ELECTION.

10                *[Current Rule 8.4.2(c) is recodified as New Rules 8.10.2(a)(1) and 8.10.2(a)(3)]*

11              (d)    ~~Watchers may be present during provisional ballot processing, signature~~
12                    ~~verification, and UOCAVA ballot processing, but may not have access to~~
13                    ~~confidential voter information.~~

14                     *[A portion of Current Rule 8.4.2(d) is recodified as New Rule*
15                     *8.10.2(a)(8)]*

16                *[Current Rule 8.4.2(e) is recodified as New Rule 8.8.4]*

17  ~~8.10~~ 8.11    ~~To assist Watchers in performing their tasks at a polling location, the~~ THE county
18               clerk must provide a list of all voters who have ~~voted or returned~~ CAST a ballot in the
19               county. ~~The~~ IF REQUESTED, THE county clerk must make the list available at least daily at
20               the clerk's main office or provide the list electronically.

21             ~~8.4.4   Watchers appointed under this Rule 8 may observe the canvass board while it~~
22                    ~~performs its duties.~~

23              *[A portion of Current Rule 8.4.4 is recodified as New Rule 8.10.2(a)(10)]*

24  ~~8.4.5~~ 8.12    A watcher may track the names of electors who have cast ballots, challenge
25               electors under section 1-9-203, C.R.S., and Rule 9, and submit written complaints in
26               accordance with section 1-1.5-105, C.R.S., and Rule 13. ~~A watcher may observe all~~
27               ~~activities in a polling location and the processing and counting of ballots. A watcher may~~
28               ~~be present at each stage of the election including the receiving and bundling of the~~
29               ~~ballots.~~

30  8.13    DURING INITIAL SIGNATURE REVIEW BY AN ELECTION JUDGE, THE COUNTY CLERK MAY
31              ALLOW A WATCHER TO ESCALATE BALLOT ENVELOPE SIGNATURES FOR SECONDARY
32              REVIEW BY A BIPARTISAN TEAM OF ELECTION JUDGES.

~~8.5~~ 8.14   In addition to the oath required by section 1-7-108(1), C.R.S., a watcher must affirm that he or she will not:

~~8.5.1~~ 8.14.1   Attempt to determine how any elector voted ~~or review confidential voter information~~;

~~8.5.2~~ 8.14.2   Disclose or record any confidential voter information that he or she may observe; or

~~8.5.3~~ 8.14.3   Disclose any results before the polls are closed.

~~8.6~~ 8.15   A watcher may not:

~~8.6.1~~ 8.15.1   Personally interrupt or disrupt the processing, verification, and counting of any ballots or any other stage of the election~~,~~ EXCEPT AS PERMITTED BY THE COUNTY CLERK UNDER RULE 8.13.

~~8.6.2~~ 8.15.2   Write down any ballot numbers or any other PERSONALLY identifying information about the electors.

~~8.6.3~~ 8.15.3   Touch or handle the official signature cards, ballots, mail ballot envelopes, provisional ballot envelopes, voting or counting machines, or machine components.

~~8.6.4~~ 8.15.4   Interfere with the orderly conduct of any election process, including issuance of ballots, receiving of ballots, and voting or counting of ballots.

~~8.6.5~~ 8.15.5   Interact with election judges ~~except for the supervisor judge~~ OTHER THAN A DESIGNATED WATCHER CONTACT, EXCEPT AS PERMITTED BY THE COUNTY CLERK UNDER RULE 8.13.

~~8.6.6~~ 8.15.6   Use a mobile phone or other electronic device to make or receive a call in any polling location or other place election activities are conducted.

~~8.6.7~~ 8.15.7   Use any electronic device to take or record pictures, video, or audio in any polling location or other place election activities are conducted.

~~8.6.8~~ 8.15.8   Attempt to determine how any elector voted.

~~8.6.9~~ 8.15.9   Disclose or record any confidential voter information as defined in section 24-72-204(8), C.R.S., that he or she may observe.

~~8.6.10~~ 8.15.10 Disclose any results before the polls have closed.

8.16   UNLESS THE COUNTY CLERK HAS ESTABLISHED ANOTHER PROCESS, IF A WATCHER DISPUTES A DECISION MADE BY AN ELECTION JUDGE OR ALLEGES A DISCREPANCY, THE WATCHER MUST ALERT THE DESIGNATED WATCHER CONTACT.

8.7 8.17     The Secretary of State must approve Official Observers appointed by the federal government. Official observers are subject to Colorado law and these Rules as they apply to Watchers. But an Official Observer is not required to be an eligible elector in the jurisdiction. This Rule does not apply to Official Observers appointed by the United States Department of Justice. Official Observers appointed by the Secretary of State are subject to the rules and regulations as prescribed by the Secretary of State. Official Observers must obtain a letter of authority from the Secretary of State and surrender the letter to the county clerk.

8.8     Watchers, Official Observers, and Media Observers may be present during a recount. Watchers, Official Observers, and Media Observers must be qualified and sworn in for a recount as described in Rule 8.1 and are subject to all other provisions related to the recount process. Any political party or candidate involved in the recount or proponents or opponents of an issue or question involved in the recount may appoint one or more watchers to be present at any time during the recount. A candidate who is subject to a recount may appoint himself or herself, or a member of the candidate's family as a watcher at a recount. [Sections 1-7-105 and 1-7-106, C.R.S.]

8.9 8.18     Media Observers may witness all election activities. A county clerk may, in his or her discretion, require a media observer to appoint a pool reporter and a pool photographer to represent all media observers. All media observers are subject to the Guidelines established by the Colorado Press Association in conjunction with the Colorado County Clerks' Association and the Secretary of State as outlined below:

> *Guidelines for Member of the Media Who Observe Election Counts and Recounts (to be distributed to members of the Colorado Press Association):*

> *The Colorado State Association of County Clerks and Recorders, Colorado Broadcasters' Association and Colorado Press Association have collaborated to develop the following guidelines and protocols for use when members of the media observe the counting or recounting of ballots. You are strongly encouraged to follow these guidelines to allow meaningful media access while not disrupting the work of county clerks to count ballots or doing anything to compromise the integrity of the election process.*

> 1.     *If practical, please contact the county clerk's office prior to coming to observe the counting of ballots. If the county clerk knows you are coming, it will be easier to accommodate your request for a place to observe the count or to interview an election official.*

> 2.     *At the discretion of the county clerk, a specific viewing area for members of the media and other observers may be available. To the extent practicable, the area will have been designated with sight lines to allow you to observe and take pictures or video of the counting process. If there are insufficient sight lines for you to take the photos or video you need, the county clerk may be able to make arrangements to accommodate your needs.*

3.      *Please observe counting procedures without disrupting the count. Please take pictures or video without the use of supplemental lighting. Do not talk to people participating in counting ballots. There may be workers who ask you not to include their images in your pictures or video. We encourage you to honor those requests if you can reasonably do so.*

4.      *The Secretary of State's Election Rules state that if observers leave the area during a recount, they may not reenter without the consent of the county clerk. If you have occasion to leave the area, you may be denied re-admittance.*

5.      *Please do not use the information you see when observing vote counts to report on partial election results. Please do not report anything that could be used to identify the person who casts a particular ballot.*

*The Colorado State Association of County Clerks and Recorders, Colorado Broadcasters' Association and Colorado Press Association are all committed to working together to ensure the media has access to election counts and recounts, but that access is afforded in manners that do not disrupt the counts and do nothing to compromise the integrity of the process. Your cooperation in following these standards will help us to meet all these goals.*

*[Current Rule 8.11 is amended and recodified as the last sentence of Rule 8.1]*

*Amendments to Rule 10.5.2:*

10.5.2  A COUNTY MUST SUBMIT THE STATE PORTION OF THE ABSTRACT AND THE ENR UPLOAD REQUIRED BY RULE 11.10.5 TO THE SECRETARY OF STATE IN THE FORMAT APPROVED BY THE SECRETARY OF STATE. The state portion of the abstract, which the county must use the format approved by the Secretary of State and transmit to the Secretary of State, must include:

(a)     The total number of active registered electors on election day;

(b)     The total number of registered electors (active and inactive) on election day;

(c) (A)  The summary of votes cast for each state race and each ballot question or issue; AND

(d) (B)  The total number of ballots cast in the election; and.

(e)     The Canvass ENR upload required under Rule 11.10.4.

*New Rule 10.8.3, concerning recount generally:*

10.8.3  IF THERE IS A RECOUNT IN A LOCAL JURISDICTION WHOSE BORDERS ENCOMPASS AREA IN MORE THAN ONE COUNTY, THE CONTROLLING COUNTY, AS DEFINED IN

1      RULE 4.2.2, MUST COORDINATE THE SCHEDULING AND CONDUCT OF THE RECOUNT
2      WITH EACH COUNTY THAT SHARES THE JURISDICTION.

3  *[Current Rule 10.11 is amended and recodified as New Rule 8.10.2(a)(11)]*

4  ~~10.11   Watchers and observers during a recount~~

5      ~~10.11.1        The Secretary of State may appoint official observers in any recount.~~

6      ~~10.11.2        Each candidate or the candidate's watcher, media observers, and official~~
7      ~~observers, may be present and witness the recount in accordance with Rule 8.~~

8      ~~10.11.3        The recount board must take the canvass board oath, assisting election~~
9      ~~judges must take the election judge's oath, and any person observing the recount~~
10     ~~must take a watcher's oath.~~

11     ~~10.11.4        Complaints. A watcher may submit a complaint in writing to the county~~
12     ~~clerk or designee. Written complaints during a recount will be addressed in~~
13     ~~accordance with Rule 13.~~

14 *The remainder of Rule 10 is renumbered. Additionally, the following rule cross-references are*
15 *amended accordingly:*

16     ~~10.13.1~~ 10.12.1        In accordance with section 1-10.5-102(3)(b), C.R.S., if there are no
17     discrepancies in the test under Rule ~~10.12~~ 10.11, the recount must be conducted in
18     the same manner as the ballots were counted in the election except as outlined in
19     this Rule. If there are unresolvable discrepancies in the test, the recount must be
20     conducted as a hand count under Rule ~~10.13.5~~ 10.12.5.

21     ~~10.13.6~~ 10.12.6        For tabulation of DREs, if there are no discrepancies in the test
22     under Rule ~~10.12.3~~ 10.11.3, the county clerk must upload the memory cards.

23 *Amendments to Rule 11.2.3 concerning Voting System Inventory:*

24     11.2.3  The designated election official must file the inventory with the Secretary of State
25     no later than ten days before the election for use in the Logic and Accuracy Test
26     and the Post-Election Audit ~~Test~~.

27 *Amendments to Rule 11.3.2:*

28     11.3.2  Logic and Accuracy Test

29     (a)     The county clerk must conduct the public Logic and Accuracy Test no
30     later than the 18th day before election day.

31     (b)     The county must ensure that the Logic and Accuracy Test is open to the
32     extent allowable in accordance with section 1-7-509(2)(b), C.R.S. The

1  county clerk may limit the number of representatives from each group
2  because of space limitations.

3  (c)  Preparing for the Logic and Accuracy Test

4  (1)  The county must prepare a ~~sufficient number of test ballots that~~
5  ~~represent~~TEST DECK OF BALLOTS THAT INCLUDES every ballot style
6  and, WHERE APPLICABLE, precinct~~, if applicable,~~. THE COUNTY TEST
7  DECK MUST INCLUDE ~~allow for~~ a sufficient number of ballots to
8  mark every vote position for every ~~candidate on every~~
9  ~~race~~CONTEST including write-in candidates, allow for situations
10  where a ~~race may~~CONTEST ~~permit~~PERMITS an elector to vote for
11  two or more positions, ~~where applicable,~~ and include overvotes
12  and undervotes for each ~~race~~CONTEST.

13  (2)  The county must ~~create~~CONVENE a Testing Board of one registered
14  elector from each of the major political parties~~, if appointed~~.
15  Testing Board members must be registered to vote in the county.

16  (3)  The county must provide at least 25 ballots that are clearly marked
17  as test ballots to each Testing Board member.

18  (4)  Testing Board members must ~~secretly vote~~MARK their TEST ballots
19  following the instructions printed on the ballots and retain a record
20  of the tally.

21  (5)  The Testing Board must test the ballots on each type of voting
22  device used in the election and each type of ballot including audio
23  ballots.

24  (d)  Conducting the Test

25  (1)  The county and Testing Board must observe the tabulation of all
26  test ballots, compare the tabulation with the previously retained
27  records of the test vote count, and correct any discrepancies before
28  the device is used in the election.

29  (2)  The county must reset the public counter to zero on all devices and
30  present zero tapes to the Testing Board for verification. ~~For any~~
31  ~~device capable of producing or verifying the trusted build hash~~
32  ~~value (MD5 or SHA-1) of the firmware or software, the county~~
33  ~~clerk must verify and document the accuracy of the value for the~~
34  ~~device.~~

35  (3)  The county must make an appropriate number of voting devices
36  available and the Testing Board may witness the programming
37  and/or downloading of memory devices necessary for the test.

(4)    The Testing Board and designated election official must count the test ballots as follows, IF APPLICABLE:

    (A)    Optical Scanners:

        (i)    The Testing Board must ~~count test ballots on~~TEST at least one~~, but not more than five,~~ central count optical ~~scanners~~SCANNER and at least one optical scanner used at a voter service and polling center, if applicable.

        (ii)    The Testing Board must randomly select the machines to test.

        (iii)    The Testing Board must count the board and county's test ballot batches separately and generate reports to verify that the machine count is identical to the predetermined tally.

    (B)    DREs:

        (i)    The Testing Board must ~~count the test ballots on at least one, but not more than five, DREs.~~TEST AT LEAST ONE DRE.

        (ii)    The Testing Board must randomly select the machines to test.

        (III)    EACH MEMBER OF THE TESTING BOARD MUST SEPARATELY CAST HIS OR HER TEST BALLOTS ON THE SELECTED DRES. EACH TESTING BOARD MEMBER MUST CAST AT LEAST ONE OF HIS OR HER TEST BALLOTS USING THE AUDIO BALLOT PLAYBACK AND ACCESSIBLE INPUT DEVICES.

        ~~(iii)~~(IV)    ~~The Testing Board must identify and test two ballots as audio ballots.~~ EACH TESTING BOARD MEMBER MUST EXAMINE THE TABULATION TAPE OR REPORT AND VERIFY THAT THE DRE TABULATED THE BALLOTS AND VOTES CAST IN THE SAME MANNER THAT THE TESTING BOARD MEMBER MANUALLY MARKED HIS OR HER TEST BALLOTS.

        (iv)    ~~The Testing Board must count at least 50 of the board's ballots and a random sampling of at least 25 of the county's test ballots separately and generate reports to verify that the machine count is identical to the predetermined tally. For DREs with VVPAT~~

1    ~~devices, the Testing Board must manually count the~~
2    ~~paper record to verify that the pre-determined totals~~
3    ~~of the Testing Board and county test ballot batches~~
4    ~~match the VVPAT total.~~

5    (C)    BALLOT MARKING DEVICES (BMDS):

6        (I)    THE TESTING BOARD MUST TEST AT LEAST ONE
7               BMD.

8        (II)   AT LEAST TWO MEMBERS OF THE TESTING BOARD
9               MUST USE THE SELECTED BMD TO MARK AND PRINT
10              AT LEAST 25 BALLOTS IN THE SAME MANNER THAT
11              THE TESTING BOARD MEMBER MANUALLY MARKED
12              HIS OR HER TEST BALLOTS. AT LEAST TWO MEMBERS
13              OF THE TESTING BOARD MUST MARK AT LEAST ONE
14              OF HIS OR HER TEST BALLOTS USING THE AUDIO
15              BALLOT PLAYBACK AND ACCESSIBLE INPUT DEVICES.

16       (III)  A TESTING BOARD MEMBER OR COUNTY ELECTION
17              OFFICIAL MUST SEPARATELY SCAN AND TABULATE
18              THE TEST BALLOTS MARKED WITH AND PRINTED
19              FROM THE BMD ON ONE CENTRAL COUNT OR
20              POLLING LOCATION SCANNER, AND GENERATE A
21              RESULTS REPORT.

22       (IV)   EACH TESTING BOARD MEMBER MUST VERIFY THAT
23              THE RESULTS REPORT GENERATED FROM THE
24              SCANNER EXACTLY CORRESPONDS TO THE TESTING
25              BOARD MEMBER'S TALLY OF THE VOTES ON THE
26              MANUALLY MARKED PAPER BALLOTS COMPRISING
27              HIS OR HER TEST BALLOTS.

28  (e)    Completing the ~~Test~~ TEST

29    (1)    The county must keep all test materials, when not in use, in a
30           durable, secure box. Each member of the Testing Board must
31           verify the seals and initial the chain-of-custody log maintained by
32           the county clerk. If the records are opened for inspection, at least
33           two election officials must verify the seals and initial the chain-of-
34           custody log.

35    (2)    THE COUNTY MUST UPLOAD THE RESULTS FROM ALL TESTED
36           SCANNERS AND DRES TO THE TABULATION SOFTWARE, AND SAVE
37           THE TABULATION RESULTS FOR THE ENR TEST REQUIRED UNDER
38           RULE 11.10.3.

(2)(3)  After testing, the Testing Board must watch the county reset and seal each voting device.

(3)(4)  The Testing Board and the county clerk must sign a written statement attesting to the qualification of each device successfully tested, the number of the seal attached to the voting device at the end of the test, any problems discovered, and any other documentation necessary to provide a full and accurate account of the condition of a given device.

(4)  ~~After testing, the testing board must watch the county create a backup copy of the election database.~~

(5)  The county may not change the programming of any voting device after completing the logic and accuracy test for an election, except as required to conduct a recount or as authorized by the Secretary of State.

*Amendments to Rule 11.9:*

11.9  Purchases and Contracts

11.9.1  In accordance with ~~section~~ SECTIONS 1-5-617(5) AND 1-5-623(3), C.R.S., a political subdivision may not purchase, lease, transfer, or ~~receive an~~ USE A CERTIFIED ELECTROMECHANICAL OR electronic voting SYSTEM, device, or ~~system or any~~ related component ~~of a device or system without approval~~, UNLESS THE POLITICAL SUBDIVISION FIRST APPLIES FOR AND OBTAINS APPROVAL from the Secretary of State.

11.9.2  IN THE CASE OF ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEMS, DEVICES, OR RELATED COMPONENTS CERTIFIED FOR USE IN COLORADO BEFORE JANUARY 1, 2016, THE SECRETARY OF STATE WILL APPROVE A~~a~~ political ~~subdivision may only~~ SUBDIVISION'S APPLICATION TO purchase, ~~or~~ lease, OR USE THE ~~a certified~~ voting system, DEVICE, OR RELATED COMPONENT, ONLY if:

(a)  ~~The contract contains training and maintenance costs; and~~ THE POLITICAL SUBDIVISION PURCHASED, LEASED OR USED THE SAME VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, BEFORE JANUARY 1, 2016; AND

(b)  ~~The voting system components and accessories appear complete and capable of successfully conducting an election in Colorado.~~ THE POLITICAL SUBDIVISION'S APPLICATION FOR APPROVAL IS LIMITED TO THE ACQUISITION OR USE OF VOTING SYSTEM APPLICATIONS, COMPONENTS OR VOTING DEVICES INTENDED TO REPLACE THE SAME OR SUBSTANTIALLY SIMILAR APPLICATIONS, DEVICES AND COMPONENTS THAT ARE DAMAGED, DEFECTIVE OR INOPERABLE; AND

(C) APPROVAL OF THE APPLICATION, AND THE POLITICAL SUBDIVISION'S PURCHASE, LEASE OR USE OF THE VOTING SYSTEM COMPONENTS OR VOTING DEVICES, WILL NOT MATERIALLY IMPAIR THE POLITICAL SUBDIVISION'S FUTURE FISCAL ABILITY TO PURCHASE OR LEASE A VOTING SYSTEM CERTIFIED FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016.

11.9.3 ~~The Secretary of State will maintain a list of all components used and purchased. The list will include, at minimum, the name of the jurisdiction, the date of purchase, the serial number(s) of voting devices, and name of the voting systems that were purchased.~~ IN THE CASE OF ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEMS, DEVICES OR RELATED COMPONENTS CERTIFIED FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016, THE SECRETARY OF STATE WILL APPROVE A POLITICAL SUBDIVISION'S APPLICATION TO PURCHASE, LEASE, OR USE THE VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, AFTER CONSIDERING ALL RELEVANT FACTORS, INCLUDING WITHOUT LIMITATION:

(A) EVALUATIONS OF THE VOTING SYSTEM PERFORMED BY PUBLIC COMMITTEES ORGANIZED BY THE SECRETARY OF STATE, AND ANY RECOMMENDATIONS REGARDING THE USE OF THE VOTING SYSTEM BY ANY SUCH PUBLIC COMMITTEE;

(B) THE VOTING SYSTEM'S ABILITY TO SUPPORT THE EFFICIENT AND UNIFORM CONDUCT OF ELECTIONS UNDER THE UNIFORM ELECTION CODE OF 1992, AS AMENDED;

(C) THE VOTING SYSTEM'S UTILIZATION OF COMMERCIAL OFF-THE-SHELF HARDWARE COMPONENTS, RATHER THAN PROPRIETARY, PURPOSE-BUILT HARDWARE COMPONENTS;

(D) THE VOTING SYSTEM'S INTEGRATION OF ITS DATA MANAGEMENT APPLICATION, IF ANY, WITH OTHER COMPONENTS OF ITS ELECTION MANAGEMENT SYSTEM, SO THAT SYSTEM USERS CAN OPERATE OR ACCESS ALL ELECTION MANAGEMENT SYSTEM COMPONENTS WITHIN A SINGLE INTERFACE ON THE SAME SERVER OR WORKSTATION;

(E) THE VOTING SYSTEM'S ABILITY TO SUPPORT EFFICIENT RISK-LIMITING AUDITS, OR THE COMMITMENT OF THE VOTING SYSTEM PROVIDER TO DEVELOP SUCH CAPABILITY, IN TIME FOR THE 2017 COORDINATED ELECTION, AS REQUIRED BY SECTION 1-7-515.5, C.R.S.;

(F) THE VOTING SYSTEM'S COMPATIBILITY, OR THE VOTING SYSTEM PROVIDER'S COMMITMENT TO DEVELOP SUCH COMPATIBILITY ON OR BEFORE DECEMBER 31, 2016, WITH DEPENDENT SYSTEMS THAT ARE NOT DIRECTLY RELATED TO THE TABULATION OF VOTES AND BALLOTS, BUT ARE NEVERTHELESS UTILIZED BY DESIGNATED ELECTION OFFICIALS IN CONDUCTING ELECTIONS IN COLORADO, INCLUDING:

(1) BALLOT-ON-DEMAND SYSTEMS,

1       (2)  ELECTION NIGHT REPORTING SYSTEMS,

2       (3)  ELECTRONIC BALLOT DELIVERY SYSTEMS, AND

3       (4)  ELECTION DEFINITION DATA EXPORTED FROM SCORE;

4   (G)  THE VOTING SYSTEM'S ABILITY TO EFFICIENTLY SUPPORT ELECTIONS
5      PRINCIPALLY CONDUCTED BY MAIL BALLOT, IN ALL POLITICAL
6      SUBDIVISIONS, REGARDLESS OF THEIR SIZE, NUMBER OF REGISTERED
7      ELECTORS, OR FISCAL RESOURCES, INCLUDING:

8     (1)  THE VOTING SYSTEM'S INCLUSION OF APPLICATIONS ENABLING
9       ELECTION JUDGES TO DIGITALLY, RATHER THAN MANUALLY,
10       ADJUDICATE, RESOLVE, AND DUPLICATE BALLOTS WITH MARGINAL
11       OR AMBIGUOUS VOTER MARKINGS, AND

12     (2)  THE VOTING SYSTEM'S USE OF BALLOT SCANNERS EQUIPPED WITH
13       AUTOMATIC DOCUMENT FEEDERS, ENABLING ELECTION JUDGES TO
14       SCAN MULTIPLE BALLOTS RATHER THAN A SINGLE BALLOT AT A
15       TIME;

16   (H)  THE VOTING SYSTEM'S ABILITY TO ENABLE VOTERS WITH DISABILITIES TO
17      VOTE INDEPENDENTLY AND PRIVATELY, AND ON THE SAME OR
18      SUBSTANTIALLY SIMILAR DEVICES THROUGHOUT COLORADO, WITHOUT
19      REGARD TO THEIR COUNTY OF RESIDENCE;

20   (I)  THE VOTING SYSTEM'S SCALABILITY AND AFFORDABILITY, ENABLING ALL
21      POLITICAL SUBDIVISIONS TO UTILIZE THE SAME OR SUBSTANTIALLY SIMILAR
22      EQUIPMENT, REGARDLESS OF THEIR SIZE, NUMBER OF REGISTERED VOTERS,
23      OR FISCAL RESOURCES;

24   (J)  THE VOTING SYSTEM'S PORTABILITY AS PROVIDED IN THE PROVIDER'S
25      HARDWARE AND SOFTWARE LICENSE AGREEMENTS, ENABLING POLITICAL
26      SUBDIVISIONS THAT PURCHASE, LEASE, OR USE THE SYSTEM TO LOAN OR
27      BORROW VOTING DEVICES AND RELATED COMPONENTS TO OR FROM ONE
28      ANOTHER WITHOUT CHARGE, AS EXIGENCIES AND OTHER CIRCUMSTANCES
29      WARRANT, AND AS APPROVED BY THE SECRETARY OF STATE;

30   (K)  THE VOTING SYSTEM'S ABILITY TO EASILY EXPORT IMAGES OF VOTED
31      BALLOTS, IN RESPONSE TO REQUESTS FILED UNDER SECTION 24-72-205.5(3)-
32      (4), C.R.S., OF THE COLORADO OPEN RECORDS ACT;

33   (L)  THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF SUCCESSFULLY
34      IMPLEMENTING ITS VOTING SYSTEM IN MULTIPLE JURISDICTIONS
35      SIMULTANEOUSLY;

    (M)   THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF SUCCESSFULLY TRAINING LOCAL ELECTION OFFICIALS TO USE ITS VOTING SYSTEM IN MULTIPLE JURISDICTIONS SIMULTANEOUSLY;

    (N)   THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF POST-IMPLEMENTATION CUSTOMER AND TECHNICAL SUPPORT FOR POLITICAL SUBDIVISIONS THAT ACQUIRE ITS VOTING SYSTEM;

    (O)   THE VOTING SYSTEM PROVIDER'S PAST PERFORMANCE OF COMPLIANCE WITH COLORADO LAW REGARDING VOTER ANONYMITY, AND RESPONSIVENESS TO OTHER ISSUES AND CONCERNS RAISED BY DESIGNATED ELECTION OFFICIALS AND SECRETARY OF STATE STAFF MEMBERS;

    (P)   THE VOTING SYSTEM PROVIDER'S FINANCIAL STABILITY AND SUSTAINABILITY AS AN ONGOING BUSINESS CONCERN; AND

    (Q)   THE EXTENT TO WHICH THE VOTING SYSTEM PROVIDER'S HARDWARE AND SOFTWARE LICENSE AGREEMENTS PERMIT THE SECRETARY OF STATE, OR POLITICAL SUBDIVISIONS THAT LICENSE THE HARDWARE AND SOFTWARE APPLICATIONS NECESSARY TO PROGRAM ELECTIONS AND VOTING DEVICES, TO PERFORM THOSE SERVICES WITHOUT CHARGE FOR OTHER POLITICAL SUBDIVISIONS THAT ARE LICENSED TO USE THE VOTING SYSTEM.

11.9.4 THE SECRETARY OF STATE WILL APPROVE A COUNTY'S APPLICATION FOR THE PURCHASE, LEASE, OR USE OF AN ELECTROMECHANICAL OR ELECTRONIC VOTING SYSTEM, DEVICE, OR RELATED COMPONENT, CERTIFIED ON OR AFTER JANUARY 1, 2016, ONLY IF:

    (A)   THE VOTING SYSTEM INCLUDES, AND THE COUNTY ACQUIRES, DIGITAL BALLOT RESOLUTION AND ADJUDICATION CAPABILITY;

    (B)   THE VOTING SYSTEM INCLUDES, AND THE COUNTY ACQUIRES, CENTRAL COUNT BALLOT SCANNERS EQUIPPED WITH AUTOMATIC DOCUMENT FEEDERS CAPABLE OF SCANNING MULTIPLE BALLOTS RATHER THAN A SINGLE BALLOT AT A TIME;

    (C)   THE VOTING SYSTEM INTEGRATES ALL COMPONENTS OF THE ELECTION MANAGEMENT SYSTEM, INCLUDING THE DATA MANAGEMENT APPLICATION, IF ANY, INTO A SINGLE USER INTERFACE THAT IS OPERABLE OR ACCESSIBLE FROM THE SAME SERVER OR WORKSTATION;

    (D)   THE VOTING SYSTEM IS CAPABLE OF SUPPORTING EFFICIENT RISK-LIMITING AUDITS, OR THE COMMITMENT OF THE VOTING SYSTEM PROVIDER TO DEVELOP SUCH CAPABILITY, ON OR BEFORE DECEMBER 31, 2016, IN THE MANNER REQUIRED BY RULE 21.4.14;

    (E)   THE VOTING SYSTEM IS COMPATIBLE, OR THE VOTING SYSTEM PROVIDER COMMITS TO DEVELOP SUCH COMPATIBILITY ON OR BEFORE DECEMBER 31,

1     2016, WITH DEPENDENT SYSTEMS THAT ARE NOT DIRECTLY RELATED TO THE
2     TABULATION OF VOTES AND BALLOTS, BUT ARE NEVERTHELESS UTILIZED BY
3     DESIGNATED ELECTION OFFICIALS IN CONDUCTING ELECTIONS IN
4     COLORADO, INCLUDING:

5     (1)     BALLOT-ON-DEMAND SYSTEMS,

6     (2)     ELECTION NIGHT REPORTING SYSTEMS,

7     (3)     ELECTRONIC BALLOT DELIVERY SYSTEMS, AND

8     (4)     ELECTION DEFINITION DATA EXPORTED FROM SCORE;;

9     (F)     THE VOTING SYSTEM PROVIDER'S SOFTWARE AND HARDWARE LICENSE
10     AGREEMENTS EXPRESSLY PERMIT POLITICAL SUBDIVISIONS THAT PURCHASE,
11     LEASE, OR USE THE SYSTEM TO LOAN OR BORROW VOTING DEVICES AND
12     RELATED COMPONENTS TO OR FROM ONE ANOTHER, WITHOUT CHARGE, AS
13     EXIGENCIES AND OTHER CIRCUMSTANCES WARRANT, AND AS APPROVED BY
14     THE SECRETARY OF STATE; AND

15     (H)     THE VOTING SYSTEM PROVIDER'S SOFTWARE AND HARDWARE LICENSE
16     AGREEMENTS EXPRESSLY PERMIT THE SECRETARY OF STATE, OR POLITICAL
17     SUBDIVISIONS THAT LICENSE THE HARDWARE AND SOFTWARE APPLICATIONS
18     NECESSARY TO PROGRAM ELECTIONS AND VOTING DEVICES, TO PERFORM
19     THOSE SERVICES WITHOUT CHARGE FOR OTHER POLITICAL SUBDIVISIONS
20     THAT ARE LICENSED TO USE THE VOTING SYSTEM.

21     11.9.5   DUE TO THEIR UNSUITABILITY FOR RISK-LIMITING AUDITS, THE SECRETARY OF
22     STATE WILL NOT APPROVE A COUNTY'S APPLICATION TO PURCHASE, LEASE OR USE
23     A BALLOT SCANNER CERTIFIED FOR USE ON OR AFTER JANUARY 1, 2016, THAT IS
24     NOT EQUIPPED WITH AN AUTOMATIC DOCUMENT FEEDER, WHETHER INTENDED FOR
25     USE BY VOTERS AT POLLING LOCATIONS, OR BY ELECTION JUDGES AT CENTRAL
26     COUNT LOCATIONS.

27     11.9.6   A POLITICAL SUBDIVISION'S CONTRACT TO PURCHASE OR LEASE A VOTING SYSTEM
28     UNDER RULE 11.9.1 MUST PROVIDE FOR USER TRAINING AND PREVENTATIVE
29     MAINTENANCE.

30     11.9.7   THE SECRETARY OF STATE WILL ONLY APPROVE A POLITICAL SUBDIVISION'S
31     APPLICATION TO PURCHASE OR LEASE A VOTING SYSTEM OR COMPONENT IF THE
32     VOTING SYSTEM OR COMPONENT ALLOWS THE DESIGNATED ELECTION OFFICIAL TO
33     CONDUCT ELECTIONS IN ACCORDANCE WITH COLORADO LAW, AS AMENDED.

34     ~~11.9.3~~ 11.9.8   The Secretary of State will maintain a list of all CERTIFIED ELECTROMECHANICAL
35     OR ELECTRONIC VOTING SYSTEMS, DEVICES AND RELATED components, PURCHASED,
36     LEASED, OR used ~~and purchased~~ BY COLORADO POLITICAL SUBDIVISIONS. The list will
37     include, at minimum, the name of the jurisdiction, THE NAME AND VERSION OF THE

1  VOTING SYSTEM, the date of ~~purchase~~ ACQUISITION, AND the serial number(s) of voting
2  devices. ~~and name of the voting systems that were purchased.~~

3  *Amendments to Rule 11.10:*

4  11.10    Election Night Reporting (ENR). The county must report election night results for all
5           primary, general, coordinated and recall elections.

6           11.10.1      A data entry county must program the election to support the exporting of
7                        election night results in accordance with the following upload requirements:

8                        *[Current Rules 11.10.1(a) through (h) are retained; unaltered]*

9                        (I)    FOR A PRIMARY ELECTION, CONTEST NAMES MUST INCLUDE, AT A MINIMUM,
10                              PARTY ABBREVIATION.

11          11.10.2      No later than ~~14~~ 21 days before the election, a county must ~~send~~ PROVIDE
12                       the following information to the Secretary of State ~~, at the address in Rule 11.6~~:

13                       (a)    A data entry county must email a sample or "zero" file. EXCEPT IN THE
14                              CASE OF WITHDRAWN OR DECEASED CANDIDATES, A DATA ENTRY COUNTY
15                              MAY NOT CHANGE OR ALTER THE ELECTION DATABASE OR EXPORT FILE
16                              AFTER SUBMITTING ITS ZERO FILE.

17                       (b)    A manual entry county must send a list of all ballot content.

18          11.10.3      NO LATER THAN 14 DAYS BEFORE THE ELECTION, A DATA ENTRY COUNTY
19                       MUST UPLOAD THE LAT RESULTS FILE TO ENR.

20          ~~11.10.3~~ 11.10.4      ELECTION NIGHT UPLOADS. Manual entry counties must produce
21                       preliminary election results and upload them to the ENR system once counting is
22                       completed. All other counties must export or produce preliminary election results
23                       and upload them to the ENR system a minimum of three times on election night:

24                       (a)    After the close of polls but no later than 8:00 p.m.

25                       (b)    At or around 9:00 p.m.

26                       (c)    The county must indicate that ELECTION NIGHT reporting is complete in the
27                              ENR system ~~for election day~~ after the county uploads the last results on
28                              election night.

29          ~~11.10.4~~ 11.10.5      CANVASS UPLOAD. The county must export or produce official
30                       election results, and check the appropriate box in the ENR system to indicate that
31                       the canvass upload is complete, not later than close of business of the first
32                       business day after the statutory deadline for completing the canvass.

33  *Amendments to Rule 20.3.1 concerning physical locking mechanisms and seals:*

1    20.3.1  DREs, ~~ballot marking devices~~BMDs, and Judge's Booth Controllers (JBCs)

2    *[The remainder of Rule 20.3.1 is retained; unaltered]*

3    *Amendments to Rule 20.6:*

4    20.6  ~~Temperature controlled storage.~~ The county must ~~maintain~~KEEP all components of the
5          voting system, ~~and~~ ballots, SERVERS, WORKSTATIONS, DREs, OPTICAL SCANNERS, BMDs,
6          VVPAT RECORDS, AND VIDEO DATA RECORDS in a temperature-controlled storage
7          environment THAT MAINTAINS A MINIMUM TEMPERATURE OF 50 DEGREES FAHRENHEIT
8          AND A MAXIMUM TEMPERATURE OF 90 DEGREES FAHRENHEIT. THE STORAGE
9          ENVIRONMENT MUST BE DRY WITH STORAGE AT LEAST FOUR INCHES ABOVE THE FLOOR.
10         The county must ~~attest to the temperature control settings used with the following~~
11         ~~components of a voting system. Information submitted to the Secretary of State must~~
12         ~~indicate the specifics for each type of component, as well as~~PROVIDE THE SECRETARY OF
13         STATE WITH A DESCRIPTION OF the specific environment used FOR EACH TYPE OF
14         COMPONENT.~~, which may include, but is not limited to controlled offices, controlled~~
15         ~~vaults, and controlled warehouses. The county must maintain the following required~~
16         ~~temperature settings:~~

17         ~~20.6.1  Servers, and~~workstations. The county must maintain the temperature so that the
18                 maximum temperature at no time exceeds 90 degrees Fahrenheit.~~

19         ~~20.6.2  DREs and optical scanners. The county must maintain the temperature at a
20                 minimum of 50 degrees Fahrenheit and a maximum of 90 degrees Fahrenheit.~~

21         ~~20.6.3  VVPAT records, paper ballots, and video data records. In addition to the
22                 requirements set forth in Rule 11, the county must maintain a dry environment
23                 and a temperature at a minimum of 50 degrees Fahrenheit and a maximum of 90
24                 degrees Fahrenheit, with storage at least four inches above the finished floor, for a
25                 period of 25 months following the election.~~

26   *Amendments to Rule 21.4.2 concerning voting system standards:*

27   21.4.2  All voting systems must meet the REQUIREMENTS OF THE 2002 Voting Systems
28           Standards, PARTS 5 – 7 OF ARTICLE 5 OF TITLE 1, C.R.S., AS AMENDED, AND THIS
29           RULE 21.

30   *Amendments to Rule 21.4.5(f) concerning voting system functional requirements:*

31   (f)     The election management system must ensure that an election setup
32           RECORD may not be changed once ballots are printed and/or election
33           media devices are downloaded without proper authorization and
34           acknowledgement by the application administrative account. The
35           application and database audit transaction logs must accurately reflect the
36           name of the system operator making the change(s)~~,~~ AND the date and time
37           of the change(s)~~, and~~. THE APPLICATION AND DATABASE AUDIT

1    TRANSACTION LOGS MUST SUPPORT USER'S ABILITY TO EXAMINE the "old"
2    and "new" values of the change(s).

3    *Amended Rule 21.4.7(d), and New Rule 21.4.7(e), and Amended Rule 21.4.7(f), concerning*
4        *ballot definition subsystem requirements:*

5    (d)    The ballot definition subsystem must:

6        (1)    Provide a facility for the definition of the ballot, including the
7            definition of the number of allowable choices for each office and
8            contest and for special voting options such as write-in candidates;
9            ~~and~~

10        (2)    Generate all required masters and distributed copies of the ballot
11            definition files~~.~~; AND

12        (3)    PERMIT A USER TO PROGRAM THE ELECTION, BUILD THE ELECTION
13            DATABASE, GENERATE AND LAYOUT BALLOTS, AND REPORT
14            RESULTS, BY BALLOT STYLE OR PRECINCT, AS PERMITTED OR
15            REQUIRED BY SECTION 1-7.5-208, C.R.S.

16    (E)    DATA MANAGEMENT APPLICATIONS THAT COLLECT, CONVERT, MANAGE OR
17        EXPORT ELECTION DEFINITION INFORMATION IN ONE OR MORE FORMAT(S)
18        SUITABLE FOR IMPORT INTO THE ELECTION MANAGEMENTSYSTEM , ARE AN
19        ESSENTIAL COMPONENT OF, AND MUST BE INTEGRATED WITH AND OPERATE
20        IN THE SAME USER INTERFACE AND ON THE SAME SERVER OR WORKSTATION,
21        AS THE ELECTION MANAGEMENT SYSTEM.

22    (F)    THE VOTING SYSTEM MAY NOT ADD ANY CAPTION OR ENDORSEMENT TO
23        BALLOT ARTWORK GENERATED BY THE VOTING SYSTEM, INCLUDING
24        WITHOUT LIMITATION COPYRIGHT NOTICES OR THE NAME OF THE VOTING
25        SYSTEM PROVIDER. THE COUNTY MUST HAVE THE ABILITY TO SUPPRESS ANY
26        CAPTIONS AND ENDORSEMENTS GENERATED BY THE VOTING SYSTEM THAT
27        ARE NOT AUTHORIZED BY SECTION 1-5-407(1), C.R.S.

28    *Repeal of duplicate Rule 21.4.8 from publication:*

29    ~~21.4.8  Trusted Build. The voting system must allow the operating system administrative~~
30        ~~account to verify that the software installed is the certified software by comparing~~
31        ~~it to the trusted build or other reference information.~~

32    *Amendments to Rule 21.4.10(g):*

33    (g)    All voting systems must meet the following minimum requirements for
34        removable storage media with data controls:

(1)     All ~~voting~~ data stored that includes~~,~~ ballot images, tally data, and cast vote records must be authenticated, ENCRYPTED OR SECURED AGAINST TAMPERING, and validated.

~~(2)~~     ~~All non voting data stored must be authenticated, encrypted, and validated.~~

~~(3)~~(2) All removable media, upon insertion on server and~~/or~~ workstations hosting the elections management software, must automatically be scanned by antivirus software OR SECURED AGAINST EXECUTION OF UNAUTHORIZED SOFTWARE.

*Amendments to Rule 21.4.11:*

21.4.11      Telecommunications requirements

(a)     Telecommunications includes all components of the system that transmit data outside of the closed network as defined in this Rule.

(b)     All electronic transmissions from a voting system must meet the 2002 Voting System Standards.

~~(c)~~     ~~Modems from remote devices must be programmed to be "dial only" and not receive a call;~~

~~(d)~~     ~~Any modem that fails to meet the requirements of this Rule may not be used by any voting system.~~

~~(e)~~ (C) Line of sight infrared technology may only be used in a closed environment where the transmission and reception is shielded from external infrared signals and can only accept infrared signals generated from within the system.

~~(f)~~ (D) All systems that transmit data over public telecommunications networks must maintain an audit trail when election results are transmitted.

~~(g)~~ (E) Voting systems that transmit data through any telecommunications medium must be able to recover, either automatically or with manual intervention, from incomplete or failed transmission sessions and resume transmissions when telecommunications are reestablished.

(1)     Recovery of transmissions must include notations of the interrupted transmission session and the resumed transmission session in the system and application transaction logs.

(2)     Failure and recovery of transmissions must not cause any error in data transmitted from the voter service and polling centers to the central election site during a recovered transmission session.

1    *Amendments to Rule 21.4.12(b)(1) concerning VVPAT component requirements:*

2    (1)   A paper audit trail writer or printer that must be attached, built into
3          or used in conjunction with the DRE OR BMD, and must duplicate
4          a voter's selections from the DRE OR BMD onto a paper record;

5    *Amendments to Rule 21.4.12(c)(7) concerning VVPAT functional requirements:*

6    (7)   ~~Upon spoiling, the voter must be able~~ ALLOW A VOTER to modify
7          and verify selections on the DRE OR BMD without having to
8          reselect all of his or her choices.

9    *Amendments to Rule 21.4.12(d)(3) concerning VVPAT design requirements:*

10   (3)   Allow each voter to verify his or her vote on a paper record in the
11         same language that they voted in on the DRE OR BMD.

12   *Amendments to Rule 21.4.13(l)through (r) concerning documentation requirements:*

13   (l)   ~~The voting system provider must publish and specify processing standards~~
14         ~~for each component of the voting system as part of the documentation~~
15         ~~required for certification.~~

16   ~~(m)~~ (L) For the purpose of evaluating software, the voting system provider must
17         provide detailed information as to the type of hardware required to execute
18         the software.

19   ~~(n)~~ (M) The documentation supplied by the voting system must include a
20         statement of all requirements and restrictions regarding environmental
21         protection, electrical service, telecommunications service and any other
22         facility or resource required for the installation, operation and storage of
23         the voting system.

24   ~~(o)~~ (N) The voting system provider must provide any available data on problems
25         caused for persons who experience epileptic seizures due to the DRE
26         voting device's screen refresh rate.

27   ~~(p)~~ (O) The voting system provider must deliver to the Secretary of State
28         documentation detailing estimated time of battery operation for each type
29         of device submitted for certification, assuming continuous use of the
30         devices by voters during an interruption of normal electrical power.

31   ~~(q)~~ (P) The voting system provider must deliver to the Secretary of State
32         documentation specifying the steps and times required for charging
33         batteries for each type of device submitted for certification.

(r) (Q)   The voting system provider must submit documentation containing a list of minimum EQUIPMENT, services, and executables required to run the election management system.

*New Rules 21.4.14, 21.4.15, and 21.4.16:*

21.4.14     BALLOT-LEVEL CAST VOTE RECORDS AND EXPORTS. ALL VOTING SYSTEMS CERTIFIED BY THE SECRETARY OF STATE FOR USE IN COLORADO ON OR AFTER JANUARY 1, 2016 MUST MEET THE FOLLOWING REQUIREMENTS FOR BALLOT-LEVEL CAST VOTE RECORDS AND EXPORTS ON OR BEFORE DECEMBER 31, 2016:

(A)     THE VOTING SYSTEM MUST CAPTURE A BALLOT-LEVEL CAST VOTE RECORD (CVR) CONSISTING OF A SINGLE RECORD FOR EACH BALLOT TABULATED, SHOWING THE MANNER IN WHICH THE VOTING SYSTEM INTERPRETED AND TABULATED THE VOTER'S MARKINGS ON THE BALLOT, AS ADJUDICATED AND RESOLVED BY ELECTION JUDGES, IF APPLICABLE.

(B)     THE VOTING SYSTEM MUST BE ABLE TO AGGREGATE IN A SINGLE FILE AND EXPORT ALL CVRS IN COMMA-SEPARATED VALUE (CSV) TEXT FORMAT.

(C)     THE CVR EXPORT MUST CONTAIN THE FOLLOWING FIELDS, WITH VALUES OR DATA POPULATED BY THE VOTING SYSTEM:

(1)     CVR NUMBER. A SEQUENTIAL NUMBER FROM ONE TO THE NUMBER OF CVRS IN THE EXPORT FILE. THIS CAN BE USED AS AN ALTERNATE METHOD TO IDENTIFY EACH CVR.

(2)     BATCH ID. IDENTIFIES THE BATCH IN WHICH THE PAPER BALLOT CORRESPONDING TO THE CVR IS LOCATED.

(3)     BALLOT POSITION. IDENTIFIES THE POSITION OF THE PAPER BALLOT CORRESPONDING TO THE CVR WITHIN THE BATCH. TARGET CARDS SCANNED TO IDENTIFY THE BATCH MUST NOT BE INCLUDED IN THIS COUNT.

(4)     IMPRINTED ID. IF THE SCANNER MODEL SUPPORTS IMPRINTING A UNIQUE CHARACTER STRING ON THE BALLOT DURING THE SCANNING PROCESS, THE VOTING SYSTEM MUST POPULATE THIS FIELD WITH THE UNIQUE CHARACTER STRING.

(5)     BALLOT STYLE. INDICATES THE BALLOT STYLE OF THE PAPER BALLOT CORRESPONDING TO THE CVR.

(6)     DEVICE ID. IDENTIFIES THE SCANNING DEVICE BY MODEL, SERIAL NUMBER, AND/OR SCANNING STATION IDENTIFIER.

(7)     CONTEST AND CHOICE NAMES. EACH CONTEST AND CHOICE ON ANY BALLOT IN THE ELECTION MUST HAVE ITS OWN FIELD SO THAT

1                                             VOTERS' CHOICES IN ALL CONTESTS CAN BE EASILY AND

2 INDEPENDENTLY TABULATED AFTER THE CVR EXPORT IS IMPORTED

3 INTO A SPREADSHEET APPLICATION.

4 (A) THE HEADER OR FIELD NAMES IN THE CVR EXPORT MUST UNAMBIGUOUSLY

5 CORRESPOND TO NAMES OF THE CONTESTS AND CHOICES ON THE PAPER

6 BALLOTS. THE USE OF CHOICE ID AND CONTEST ID TO IDENTIFY EACH

7 CHOICE MUST BE AVOIDED BECAUSE THEY REQUIRE CROSS-REFERENCING TO

8 OTHER SOURCES TO DETERMINE THE CHOICE AND CONTEST NAMES.

9 (B) THE CONTESTS AND CHOICES MUST BE LISTED IN THE SAME ORDER AS THEY

10 APPEAR ON THE BALLOTS.

11 (C) A VOTE FOR A CHOICE MUST BE INDICATED BY A "1". NO VOTE FOR A

12 CHOICE OR AN OVERVOTED CONDITION MUST BE INDICATED BY A "0".

13 CHOICES THAT ARE NOT APPLICABLE TO THE CVR MUST BE LEFT BLANK.

14 21.4.15 ELECTION NIGHT REPORTING DATA AND EXPORTS. ALL VOTING SYSTEMS

15 CERTIFIED BY THE SECRETARY OF STATE FOR USE IN COLORADO ON OR AFTER

16 JANUARY 1, 2016 MUST MEET THE FOLLOWING REQUIREMENTS FOR ELECTION

17 NIGHT REPORTING DATA AND EXPORTS BY DECEMBER 31, 2016:

18 (A) THE VOTING SYSTEM MUST BE ABLE TO GENERATE AND EXPORT RESULTS

19 DATA SUITABLE FOR USE IN THE SECRETARY OF STATE'S ELECTION NIGHT

20 REPORTING (ENR) SYSTEM, AS SPECIFIED IN THE REMAINING SUBSECTIONS

21 OF THIS RULE.

22 (B) THE ENR EXPORT FILE MUST BE IN A TABULAR FORMAT THAT USES COMMA-

23 SEPARATED VALUE (CSV) FORMAT, OR A FORMAT BASED ON A RANGE OF

24 CHARACTER POSITIONS WITHIN A LINE.

25 (C) THE ENR EXPORT FILE MUST CONTAIN A HEADER LINE THAT DEFINES ALL

26 OF THE FIELDS CONTAINED IN THE EXPORT FILE.

27 (1) THE HEADER NAMES NEED NOT EXACTLY CORRESPOND TO THE FIELD

28 NAMES SPECIFIED SUBSECTION (D) OF THIS RULE, BUT MUST

29 UNAMBIGUOUSLY IDENTIFY THE CONTENT OF EACH FIELD.

30 (2) THE ORDER OF THE FIELDS WITHIN THE EXPORT FILE MAY DEVIATE

31 FROM THE ORDER SPECIFIED IN SUBSECTION (D) OF THIS RULE.

32 (3) ADDITIONAL FIELDS CONTAINED IN THE ENR EXPORT FILE BUT NOT

33 SPECIFIED OR ADDRESSED IN SUBSECTION (D) OF THIS RULE MUST

34 NOT CONTAIN ONLY ALPHANUMERIC CHARACTERS.

35 (D) THE ENR EXPORT FILE MUST INCLUDE THE FOLLOWING ITEMS OR FIELDS:

(1)  PRECINCT NAME. IF THE COUNTY DEFINES THE ELECTION TO REPORT RESULTS BY PRECINCT, AN ALPHANUMERIC STRING CONSISTING OF A 10-DIGIT PRECINCT CODE.

(2)  BALLOT STYLE NAME. IF THE COUNTY DEFINES THE ELECTION TO REPORT RESULTS BY BALLOT STYLE OR DISTRICT, A UNIQUE, ALPHANUMERIC STRING FOR EACH BALLOT STYLE.

(2)  PRECINCT ID. IF THE COUNTY DEFINES THE ELECTION TO REPORT RESULTS BY PRECINCT, A UNIQUE INTEGER FOR EACH PRECINCT OR PRECINCT SPLIT.

(3)  REGISTERED VOTERS. THE NUMBER OF REGISTERED VOTERS ELIGIBLE TO VOTE EACH UNIQUE BALLOT STYLE, OR IN EACH PRECINCT OR PRECINCT SPLIT, AS APPLICABLE.

(4)  BALLOTS CAST. THE NUMBER OF BALLOTS CAST OF EACH UNIQUE BALLOT STYLE, OR IN EACH PRECINCT OR PRECINCT SPLIT, AS APPLICABLE.

(5)  CONTEST NAME. THE CONTEST NAME AS IT APPEARS ON THE BALLOTS. IF THE CONTEST NAME CONTAINS CARRIAGE RETURN(S) FOR BALLOT FORMATTING PURPOSES, THEN THE CARRIAGE RETURN(S) MUST NOT APPEAR IN THE EXPORT.

(6)  CONTEST ID. A UNIQUE INTEGER FOR EACH CONTEST.

(7)  CONTEST SEQUENCE NUMBER. A UNIQUE INTEGER THAT DEFINES THE SEQUENCE OF CONTESTS AS THEY APPEAR ON THE BALLOTS.

(8)  VOTES ALLOWED. THE MAXIMUM NUMBER OF CHOICES THAT A VOTER MAY SELECT IN EACH CONTEST (E.G., "VOTE FOR 2").

(9)  CHOICE NAME. THE CHOICE NAME AS IT APPEARS ON THE BALLOTS. PARTY AFFILIATION MAY NOT BE INCLUDED IN THE CHOICE NAME.

10)  CHOICE ID. A UNIQUE INTEGER FOR EACH CHOICE WITHIN A CONTEST.

(11)  PARTY CODE. AN INDICATOR OF PARTY AFFILIATION FOR EACH CHOICE, IF APPLICABLE.

(12)  VOTE COUNT. THE TOTAL NUMBER OF VOTES CAST FOR EACH CHOICE.

(13)  REPORTING FLAG. THE REPORTING FLAG FIELD MUST CONTAIN A VALUE OF "0".

1      21.4.16      CENTRAL BALLOT COUNTING FUNCTIONALITY. ALL VOTING SYSTEMS
2               CERTIFIED FOR USE IN COLORADO BY THE SECRETARY OF STATE ON OR AFTER
3               JANUARY 1, 2016, MUST MEET THE FOLLOWING FUNCTIONAL REQUIREMENTS FOR
4               CENTRALLY COUNTING BALLOTS:

5        (A)      DIGITAL BALLOT ADJUDICATION: THE VOTING SYSTEM MUST INCLUDE A
6               DIGITAL BALLOT ADJUDICATION SOFTWARE APPLICATION, ENABLING
7               ELECTION JUDGES TO RESOLVE, ADJUDICATE, AND DUPLICATE BALLOTS
8               WITH MARGINAL OR AMBIGUOUS VOTER MARKINGS DIGITALLY RATHER
9               THAN MANUALLY.

10      (B)      BALLOT SCANNERS. THE VOTING SYSTEM MUST INCLUDE CENTRAL COUNT
11               BALLOT SCANNERS EQUIPPED WITH AUTOMATIC DOCUMENT FEEDERS,
12               ENABLING ELECTION JUDGES TO SCAN MULTIPLE BALLOTS RATHER THAN A
13               SINGLE BALLOT AT A TIME.

14     *Amendments to Rule 21.5.2(e)(2):*

15            (2)      Polling location / DRE OR BMD = 500;