IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
   a Delaware limited liability company; and

**HART INTERCIVIC, INC.,**
   a Texas corporation;

   Plaintiffs,

   v.

**WAYNE W. WILLIAMS,**
   in his official capacity as Colorado Secretary of State.

   Defendant.
_____

### NOTICE OF FILING OF AMENDED COMPLAINT AND JURY DEMAND
_____

Under Fed.R.Civ.P. 15(a)(1)(B), a plaintiff may amend its pleading once within 21 days service of a motion under Fed.R.Civ.P. 12(b). Defendant served its Rule 12(b)(1) and 12(b)(6) motion to dismiss (ECF #21) 21 days ago on June 21, 2016. Accordingly, Plaintiffs Election Systems & Software, LLC ("ES&S"), and Hart InterCivic, Inc. ("Hart") give notice of today filing their Amended Complaint and Jury demand.

A summary of the few amendments is as follows:

- ¶14 now also invokes federal jurisdiction under 28 U.S.C. §1332 (diversity of citizenship).

- ¶40 now adds more detailed allegations relating to the December 22, 2015

JK00841506.1 /font=8

announcement by the Defendant Secretary of State ("Secretary") to the state's County Clerks and Recorders regarding his decision to select for future use a single statewide voting system and sole provider, Dominion.

- ¶45 now adds more detailed allegations relating to the Secretary's January 20, 2016 presentation to the Colorado County Clerks Association presenting as a *fait accompli* his adoption of a uniform voting system and selection of Dominion as the vendor.

- New ¶82.e adds further allegations why the Secretary will not certify Plaintiffs' voting systems.

- New ¶82.f adds further allegations regarding the Secretary not authorizing counties to acquire Plaintiffs' voting systems even if they were to be certified.

- New Prayer for Relief ¶A(2) omits reference to monetary damages with respect to the First (dormant Commerce Clause) claim under 42 U.S.C. §1983.

Dated: July 12, 2016.

        JONES & KELLER, P.C.
        *S/ T.P. McMahon*
        Thomas P. McMahon
        tmcmahon@joneskeller.com
        Aaron D. Goldhamer
        agoldhamer@joneskeller.com
        1999 Broadway, Ste. 3150
        Denver, Colorado 80202
        Tel. (303) 573-1600
        Fax (303) 573-8133
        Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2016, I filed a true and correct copy of the foregoing "**NOTICE OF FILING OF AMENDED COMPLAINT AND JURY DEMAND**" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

LeeAnn Morrill
LeeAnn.Morrill@coag.gov

Grant T. Sullivan
Grant.Sullivan@coag.gov

Christopher Jackson
Christopher.Jackson@coag.gov

                              *s/Renae Mesch*
                              Renae Mesch