| | |
|---|---|
| **Subject:** | UVS Contract Discussion |
| **Location:** | Blue Spruce Conference Room |
| **Start:** | 12/29/2015 8:15 PM |
| **End:** | 12/29/2015 10:15 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |
| **Meeting Status:** | Organizer |
| **Organizer:** | Gary Zimmerman |

**Required Attendees:**   Gary Zimmerman; Waldeep Singh; Mike Frontera; Linda Shubow; Suzanne Staiert; Dwight Shellman; Pam Anderson; DJ Davis

**Optional Attendees:**   Linda Shubow; Pam Anderson

Y'All,

We look forward to meeting tomorrow to discuss a master contract for statewide UVS. This is a kick-off meeting intended to get us organized. We're open to any suggested agenda topics. At present, we'd like to address the following:

Essential Contract Terms & Conditions (State of Colorado and Dominion only, county input will follow)
Key Products and Services
Implementation Process Review (presented by Implementation Lead DJ Davis)

Please note that CCCA attendance is tentative as its leadership is awaiting results of an updated survey to identify counties converting in 2016 before it assigns legal and procurement representation to these contract discussions. It is likely that Executive Director Pam Anderson will attend. Feel free to send me other agenda topics to include. We've reserved the Blue Spruce room for two hours but expect that this initial meeting will be shorter. Front-desk check-in is not necessary, enter via the public entrance on the second floor. Thx!

Best,


Gary Zimmerman
Chief of Staff
Department of State/Office of the Secretary of State
1700 Broadway, Suite 200
Denver CO 80290
303.860.6900
Gary.zimmerman@sos.state.co.us

Growing commerce and fostering political freedom... We serve the American Dream.

**EXHIBIT 11**

SEC0000002