●○○○○ AT&T 🛜     4:17 PM     ↗ ✱ 68% 🔋

‹ Messages (2) **Steven**     Details

> Thanks

Wed, Jan 13, 11:35 AM

> What is Mark Lunn's number?

> Also, we need to ensure that we get a contract in place quickly. ==Douglas and Jeffco commissioners and clerks are attacking selection and==



EXHIBIT 12

SEC0014817



**Messages (2) Steven**            Details



selection and limit to single vendor. Need your help.

+1 (805) 658-4306 mark Lunn cell

Can we talk?

Is he still clerk?

Yes County Clerk Recorder and Registrar of Voters

I'll call you in 5




SFC0014818

●○○○○ AT&T 🤖    4:17 PM    ✈ 🔵 67% 🔋

< Messages (2) **Steven**                    Details

legislative matters

Thu, Jan 14, 10:22 AM

> probably lunchtime. Do we want to meet while clerks are having their business mtg or do you want some of them their?

**Private with Waldeep and Chris Howes**

**< Messages (2) Steven**    Details

**Chris Howes**

**Also what is your Lobyist name / number? I want Chris to hook up and begin coordinate efforts**

Steve Durham. He will know him

Mon, Jan 18, 11:40 AM

If you read the text I sent, I suggested we

SEC0014821