| | |
|---|---|
| From: | Jessi Romero </O=COLORADO DEPARTMENT OF STATE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JESSI N. ROMEROCFD> |
| Sent: | Thursday, January 7, 2016 4:19 PM |
| To: | 'Jessica Bowers' <jessica.bowers@dominionvoting.com> |
| Subject: | FW: |

FYI... just in case.

**From:** Jessi Romero
**Sent:** Thursday, January 07, 2016 9:18 AM
**To:** 'Eric Coomer'
**Cc:** Waldeep Singh ; Dwight Shellman ; Danny Casias ; Jerome Lovato
**Subject:** RE:

Eric,
Thank you for providing us with the sample data. We will let you know if we have any questions as we examine these files.
Jessi

**From:** Eric Coomer [mailto:eric.coomer@dominionvoting.com]
**Sent:** Thursday, January 07, 2016 9:09 AM
**To:** Jessi Romero <Jessi.Romero@SOS.STATE.CO.US>; Dwight Shellman <Dwight.Shellman@SOS.STATE.CO.US>
**Cc:** Waldeep Singh <waldeep.singh@dominionvoting.com>; Danny Casias <Danny.Casias@SOS.STATE.CO.US>; Jerome Lovato <Jerome.Lovato@SOS.STATE.CO.US>
**Subject:** FW:

Here is the sample cvr export data we discussed yesterday, and a file format document describing the output. This export is included in 4.21. ==Regarding the proposed rule change for CVR exports, my main concern is being too "strict" in the format of the output.== The proposed change as written seems to be overly limiting useful data extracts. Regardless of the final form, which I think is likely to change over time as the RLA process is refined and experience is gained, I strongly believe that our current export format is well-suited for translation to any required format through post processing.

Our current format is all-inclusive with respect to all aspects of the voting target, and vote resolution, including instances of adjudicated ballots and resolved write-ins. This sort of information is not currently accounted for in the proposed cvr export discussed in the proposed rule change.

Again, our hope is to provide a robust extract that can be adapted to any number of auditing needs and analysis.

Let me know if you have any further questions on what the system currently supports, and we can certainly work towards a streamlined process for the counties to use this data to support the required Risk Limiting Audits.

**ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY**
**DOMINION VOTING**
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683 | DOMINIONVOTING.COM*
*720.201.1728 MOBILE*

**From:** Martijn Punt
**Sent:** Wednesday, January 06, 2016 1:10 PM
**To:** Eric Coomer
**Cc:** Ranko Stamatovic; Jessica Bowers; David Moreno
**Subject:** RE:

Hi Eric, attached are three files:

- CVR_Export_20160106203806.zip: contains an export for a demo project with around 23.000 cast vote records, with no splitting per batch
- CVR_Export_20160106204151.zip contains the same export as above, but with splitting per batch.
- CVR export file format.docx: this is a specification of the file format. I updated it to match our current export.

Note: currently does not include the id field you brought up last week (no action has been taken on that yet).
Martijn

ATTENTION: The information in this e-mail and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute or retain this message or any part of it.

**EXHIBIT 13**

SFC0008441