- - Agendas
    - Partners
    - Political Campaign School
  - Policy Research
    - Hoosier Survey
      - Past Surveys
    - Election Administration
      - VSTOP
      - Vote Centers
      - Conferences
        - New England Conference 2016
        - Seattle Conference 2015
        - Denver Conference 2014
        - Harrisburg Conference 2013
        - Indiana Conference 2012
        - Kennesaw Conference 2011
      - Disability Project
    - Additional Projects
- Contact

SEARCH      GO

## 2016 State Certification Testing of Voting Systems National Conference

**June 20-21**

**MIT Campus**

**Samberg Conference Center,**

**Building E52, 7th Floor, Salons I (letter i) and T
50 Memorial Drive, Cambridge, MA**

**AGENDA**

### Sunday, June 19, 2016

| | |
|---|---|
| 5:00p – 8:00 pm | No-Host Dinner<br>Location: Meadhall<br>http://www.themeadhall.com/<br>(4 Cambridge Center, Cambridge, MA.   Corner of Main Street and Broadway.  About 1 mile from the hotel.) |

## Monday, June 20, 2016

| Time | Session |
|---|---|
| 7:45 – 8:30 am | Check-in / Pick Up Name Tag / Continental Breakfast |
| 8:30 – 8:45 am | Welcome – Local Conference Hosts: Charles Stewart, Anthony Stevens, Alex Schwarzmann, Michelle Tassinari, Colleen Mathis |
| 8:45 – 9:00 am | Welcome – Hon. Bill Gardner, Secretary of State, New Hampshire |
| 9:00 – 9:20 am | Introduction of Attendees and Charge to the Conference – Merle King (Kennesaw State University) |
| 9:20 – 10:00 am | Anthony Stevens, Daniel Cloutier, Chris Bentzler, Colleen McCormack (NH Secretary of State) – "one4all Implementation in 2016 Presidential Primary"<br><br>Juan Gilbert (University of Florida) – "Accessible Voting Via Open Source" |
| 10:00 – 10:20 am | Merle King (Kennesaw State University), Brian Hancock (US Elections Assistance Commission) & Matt Masterson (US Election Assistance Commission, Vice Chair) – "Considerations for Implementing Voting Systems with COTS" |
| 10:20 – 10:40 am | Break |
| 10:40 – 11:00 am | Christina Adkins (Texas Secretary of State) – "Aging Voting System Laws in Texas" |
| 11:00 – 11:20 am | Jay Bagga, Joe Losco, Tyler Johnson (VSTOP, Indiana) – "Evaluating the Performance of Electronic Poll Books: A National Survey" |
| 11:20 – 11:40 am | Jessica Myers (EAC) – "Social Media and Certification" |
| 11:40 – 12:00 pm | Greg Riddlemoser (Stafford County, VA; TGDC) – "Noise In The System: Fervent Advocacy, Forests and Trees" |
| 12:00 – 1:00 pm | Lunch |
| 1:00 pm – 1:20 pm | Alex Schwarzmann, Matthew Desmarais (University of Connecticut) – "Evaluating Electronic Poll Books: Challenges and Lessons" |
| 1:20 – 1:40 pm | Ryan Macias (EAC) – "EAC and State of California Voting System Standards Mapping Project" |
| 1:40 – 2:00 pm | Stuart Holmes (Washington Secretary of State) – "MyVote and Accessibility" |
| 2:00 – 2:20 pm | Brittany Westfall (WV Secretary of State's Office) – "Testing Online Voter Registration Systems" |
| 2:20 – 2:40 pm | Katy Owens-Hubler (Democracy Research, LLC) – "Update On NCSL's 2020: Policy, Funding and the Future, Project" |
| 3:00 – 3:20 pm | Break |
| 3:20 – 3:40 pm | David Dove (GA Secretary of State's Office) "Implementing an Election Night Reporting System" |
| 3:40 – 4:00 pm | Tammy Patrick (Bipartisan Policy Center) – "Election Day Command Centers: The Vortex" |
| 4:00 – 4:20 pm | James Long (NTS) – "How To Evaluate Vendor-Provided Testing of Products" |
| 4:20 – 4:40 pm | Jerome Lovato, Danny Casias (Colorado Secretary of State's Office) – "Colorado Uniform Voting System: Lessons Learned" |
| 4:40 – 5:00 pm | Robert Zeglen, Brendan Lovullo, Charles Smith (New York State Board of Elections) – "New York State Board of Elections: Voting System Certification Program"<br><br>"New York State Board of Elections: Voting System Certification Program – 2" |

# Colorado Uniform Voting System:
## Lessons Learned

(Super Bowl Champs!)



http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Colorado Uniform Voting System: Lessons Learned

## Abstract

This presentation will cover the lessons learned with piloting and implementing a uniform voting system in Colorado. Our office learned valuable lessons in project management, risk assessment, time management, and communication that can be helpful to other states that are either purchasing a new voting system(s) or considering the move to a uniform voting system.

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

## Overview

Colorado piloted four voting systems (Clear Ballot ClearVote 1.0, Dominion Voting Systems Democracy Suite 4.19, ES&S EVS 5.2.0.3, Hart InterCivic Verity Voting 1.0) in eight counties for the 2015 Coordinated Election. After reviewing input from the Pilot Election Review Committee (PERC), the public, advocacy groups, and the voting system providers, Secretary of State Wayne Williams selected Dominion Voting to be the single source voting system provider for the State of Colorado in December 2015.

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Timeline

- January 2013 – UVS Advisory Committee, Public Participation Panel, and Technical Advisory Committee are formed to assist the Colorado SOS with reviewing voting systems and providing a recommendation
- Spring 2013 – RFIs from voting system providers
- Summer 2013 – RFPs from voting system providers
- January 2014 – UVS recommendations from the three groups
- February 2015 – UVS kick-off meeting; Pilot Election Review Committee formed; vendor temporary certification applications received
- August 2015 – Temporary certification approval granted to vendors
- November 2015 – 2015 Coordinated Election with 8 pilot counties – 2 per vendor
- December 2015 – Dominion selected as the uniform voting system provider
- January 2016 – Permanent certification application from Dominion received
- February 2016 – Permanent certification for Dominion granted
- June 28, 2016 – Primary Election with 18 Dominion counties

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Lessons Learned

- Document Definitions and Requirements
  - Define what a uniform voting system is
    - Is it a single vendor supplying the same system?
    - Is it multiple vendors that function uniformly and provide uniform output?
  - Define the requirements of the voting system
- Funding
  - Determine how the voting system(s) will be funded
- Project Management
  - Be clear in the scope of the project
  - Set definitive bounds to the scope
  - Stick to the plan and revise as necessary
  - Assign a project manager and give him or her the authority to manage the project

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Lessons Learned

- Communication
  - Have a well-defined communication plan – within your own office and with other stakeholders
  - Have a single point of contact for each stakeholder and for specific action items
- Risk Assessment
  - Identify risks and contingencies – use a risk register
- Time Management
  - Take the time to pre-plan tasks and activities
  - Develop firm deadlines
  - Allow time to fully evaluate voting systems
- Use all levels of expertise available to make decisions

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Lessons Learned

- Vendor Management
  - "Either you manage vendors, or they manage you. Pick."
- Certification Testing
  - Define what requirements to test
  - Know who will conduct the tests
  - Define the terms of the certification – Colorado temporarily certified the four systems that were piloted
- Implementation
  - Create a plan for implementation
  - Ensure appropriate staffing is in place – State, counties, vendor(s), etc.
- Flexibility
  - Expect, and adapt, to last-second changes

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html



## Our Experiences

- Exposure to multiple modern voting systems
- Piloted voting systems during an odd-year election
- County participation and feedback
- Once-in-a-career experience
- Successfully implementing a new voting system in Colorado

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Our Experiences

- Compressed schedule
- Missed deadlines
- Testing delays
- Last-second changes
- Lack of hands-on training and experience with the systems
- Staffing deficiencies
- Additional work required to handle data exports of some voting systems



http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html

# Our Experiences

- Documentation deficiencies
- Lawsuits
  - Being sued by two counties and two vendors

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html



THE UGLY



# Colorado Voting Systems Contacts

**Jessi Romero – Voting Systems Manager**
jessi.romero@sos.state.co.us
**303-894-2200 ext. 6348**

**Jerome Lovato – Voting Systems Specialist**
jerome.lovato@sos.state.co.us
**303-894-2200 ext. 6355**

**Danny Casias – Voting Systems Specialist**
danny.casias@sos.state.co.us
**303-894-2200 ext. 6356**

**Dwight Shellman – County Support Manager**
dwight.shellman@sos.state.co.us
**303-894-2200 ext. 6313**

http://www.sos.state.co.us/pubs/elections/VotingSystems/UniformVotingSystem.html