STATE OF COLORADO
**Department of State**
1700 Broadway
Suite 200
Denver, CO 80290



**Wayne Williams**
Secretary of State

**Judd Choate**
Director, Elections Division

## UVS Implementation Weekly Team Status Meeting Notes
### Meeting No. 5, February 18, 2016

**Attendees:** Danny Casias, Edward Morgan, Dwight Shellman, Jessi Romero, Penelope Starr (via phone)

**Distribution:** All attendees, Judd Choate, DJ Davis, Jerome Lovato, Loree Karr

**Purpose of Meeting:** Weekly discussion of project status and issues

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| 1-3 | Updates with Dominion | **1/22:** Meeting held on 1/22/16. Discussed staffing, delivery approach, and 2 locations for trusted build.<br><br>**1/28:** Steering committee bi-weekly, run by DJ. DJ will provide update. Steering committee Judd, Jessi, Dwight, Mike (Dominion) If technical input is needed, will add Danny & Jerome to meeting(s)<br><br>**2/8:** Penelope Starr is the Project Manager. Full team to be announced this week.<br><br>**2/11:** Penelope joined the meeting via telephone. Dominion coordinated 2 kick off meetings via webinars. All Counties, along with CDOS and Dominion staff participated. Good feedback was provided. No big concerns about the implementation were encountered. Will inform attendees in future meetings that questions can be submitted via the "chat" option in the webinar software.<br><br>Dominion plans to schedule regular update calls / webinars with the counties. Will advise on frequency. | | |

1

Exhibit No.: 24
Deponent: Shellman
Date/RPR: 7/8/16
Hunter + Geist, Inc. 7A

SEC0008877

**EXHIBIT 19**

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | Monday and Thursday are the best day(s) for the counties. | | |
| | | Steven Bennett needs looped into the conversations / concerns with counties as needed / determined by Dominion / CDOS | | |
| | | Penelope will attend next two Steering Committee meetings via phone. | | |
| | | Penelope plans to be located in Denver on February 22. | | |
| | | When will SCORE data be available for mock election? Needs no later than February 26. This information is provided by the counties. CDOS met with Dominion in January to define development. Sample of export should be available early next week so Dominion can test the import. | | |
| | | When can Dominion provide input to rules? Technical team has concerns about complying with the requirements. Requested a meeting with CDOS and Dominion technical team to discuss issues and to fully understand requirements and how to best comply with them. | Jessi meeting scheduled for Tuesday, February 23rd. | |
| | | When trusted build is performed at Dominion. CDOS must begin Chain of Custody signed by two members of CDOS. | | |
| | | Reschedule training? Penelope is working on the schedule. | Dwight will provide Penelope with the CDOS regional trainings schedule along with | |
| | | Last day for User Acceptance testing must be complete no later than April 28. Ballot certification is April 29. Dwight requested the rules be provided to CDOS before sending to Counties. | | |
| | | 2/18: Dominion Staffing update. Dominion is staffed through the Mock, the initial deployment phase. It is | | |

SEC0008878

2

SEC0008879

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | possible that they will need to bring in one person from another department depending on how things go. Ultimately, they are looking to hire one more person for Colorado. | | |
| 1-4 | Technical Data Package update | 1/22: TDP submitted 1/19/16<br>This process differs from the standard process of TDP approval before writing a test plan. The TDP and test plan are an upgraded version of the system used during the Pilot in the 2015 Coordinated Election.<br><br>1/28: 50% complete. Will be looping with Dominion. | | |
| 1-6 | Certification testing | 1/22: Dominion shipped a "Build" to the test lab Testing began 1/19/16<br><br>Certification testing and TDP are running concurrently since CDOS worked closely with Dominion and the system is an upgraded version of the system used during the Pilot in the 2015 Coordinated Election<br><br>1/28: Testing in progress.<br><br>2/8/16: Testing in progress.<br><br>2/11/16: Security testing is complete. Matrices were sent to the labs. Testing is on schedule.<br><br>2/18: Testing is expected to be completed on 2/19/2016. We will receive the test report shortly thereafter (2/22?) | 1/28 Jerome to get % complete from Dominion and verify speed scanners were submitted for testing. | |
| 1-7 | Trusted Build / Chain of custody | 1/22: Tablets must have trusted build.  Jerome reported that 45 trusted builds on tablets took approximately 5 hours for the 2015 Election.<br>Networking is necessary on laptops.<br>CDOS is changing their protocol to be on site and allow Dominion to encase the laptops.<br>If seal system with trusted build certificate and receive at county, should it be marked "do not open until | Danny, Jerome & Jessi to develop a different Chain of Custody due to trusted build not performed at county. Will review the changes at the next team meeting. | |

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | installation and UAT? | | |
| | | 1/28: Currently under review. Could provide an update in couple of weeks. Dwight, wants to instruct counties that when they receive the chain of custody to record receipt of equipment and the integrity of the trusted build seal(s). | 1/28: .Voting Systems team to provide their thoughts about layout and encasing. | |
| | | 2/18: Trusted build in McKinney will have about 600 ICXs and 70 laptops. It's expected to take 30 hours to complete the trusted build. Dominion indicated that the plan is to have that take place the week of April 4th-8th. The same person will be in charge of the Denver trusted build and the Texas trusted build and Dominion would like to have 15 business days between the two to ensure that when the SOS voting system team arrives in Texas there is no waiting for setup to be completed. This timeline would give 3 weeks for acceptance testing. | 2/18: Voting systems team may need to order seals to ensure chain of custody for both Denver and Texas trusted builds. | |
| | | There was discussion about potentially doing a staggered trusted build—one for the primary and then an additional build for the remainder of the equipment required for the general—but everyone would like to get it knocked out in one shot. | | |
| | | Ballot Certification will be on the 29th of April, but ICX deployment can go passed that deadline. | | |
| | | Jessi, Danny, Jerome and potentially Dwight will be at the Denver trusted build. | | |
| 1-8 | Communication Plan | 1/22: Loree handed out the draft communication plan matrix. | | |
| | | 1/28: Dwight to schedule Dominion (UVS) User Group Conference Calls<br>- Include Pilot Counties<br>- Begin the week of February 1, 2016 | | |
| | | 1/28: Defined information for Project Updates to participating counties, added Steering Committee and | 1/28: All to review the matrix and provide input. | |

SEC0008880

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | Milestone updates for general public. Will continue at next meeting 2/3 | Decided to conduct weekly meetings on Wednesdays and conduct UVS User Group meetings on Thursday. | |
| | | 2/8: Eddie met with Lynn, and she advised Eddie to inform her of any milestone developments. She will determine what is newsworthy and what information to obtain through Eddie. | | |
| | | Updated information for Kickoff. Weekly Team Status. Steering Committee. and UVS Implementation meetings. A meeting is scheduled for Thursday, 2/11/16 with Dominion to update / add to the plan. | | |
| | | 2/18: The plan for the first "Dominion User Group" conference call is for February 29th. | 2/18: Begin organizing the call | |
| | | | 2/18: Inform the counties of changes to the rollout schedule since it has changed since last year. | |
| 1-9 | County purchase approval | 1/22: Does CDOS critique quantity? Secretary indicated counties can purchase however they want. What about recommendations from Dominion not filling county needs? | Dwight to meet with the Secretary to clarify these items. See item 1-10. | |
| | | Will Dominion present all options to the counties? | 1/28: Secretary wants SOS to review the appropriateness and pricing of a county purchase. e.g. 375 tablets is large county discretion, or 30 in a small county, apply rule of reason. | |
| | | Systems team needs pricing and equipment list | Issue, high speed vs. lower speed scanners. | |
| | | 2/11/16: Contract update: Mike is working on Exhibits. Plan to have master agreement signed by COB 2/12/16 along with acquisition agreements for counties. Will be a Push to get contracts signed by counties by end of February. Some need to have board approval and need to get on schedule. Worst case mid-March. County submission to CDOS for approval. CDOS has authorization to conditionally approve based on purchase is not final until system is certified by CDOS. | Will review for pricing compliance only | |
| | | CDOS Adopted Rules that impact approval of voting systems. Must be able to verify that county is acquiring equipment based on agreed pricing. Do not see anywhere in documents that CDOS has visibility into | Need Secretary authorization to add a condition. | |

5

SEC0008881

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | purchase price (detailed list of items). This issue was raised with Mike.<br><br>2/18: Voting Systems has developed a purchase approval form. Our office needs to track county expenditures relating to reimbursement for HAVA audit purposes. | 2/18: Dwight needs to review the approval form and the SOS office needs to develop a reimbursement form. | |
| 1-10 | Questions for the Secretary | 1/22: Can CDOS "conditionally" approve county purchase request? Conditionally = county can place order with Dominion with the conditional that approval of purchase is not final until system is certified by CDOS. What is our purchase Approval process, pricing only or appropriate equipment for count? | 1/28: Answer was "yes" until SOS received System Certification requests from Hart & ES&S.<br>Helps compress time and move forward with acquisition of equipment. | |
| 2-1 | Equipment purchase | 2/8: Lake county is not participating. Mineral is most likely also not participating.<br><br>2:18: Mineral is on board. | 1/28: SOS to begin with purchase approval form.   Dominion will attach purchase order to approval application<br><br>Dwight to talk to Steve Bennett about managed services agreement template. | |
| 2-2 | Shipping plan | 1/28: McKinney - tablets / Denver split (laptop, servers) Perform trusted build in Remote Voting Server to load on tablets.   Still install trusted build RVS on any computer.<br><br>Coordinate with county request / approval cycle | | |
| 3-1 | Public Demonstration | | Completed 1/29 | Yes |
| 3-2 | Steering Committee | 2/8:  DJ provided updates from the last two steering committee meetings, which are held every two weeks. Print vendors, Dominion must qualify local print facilities (no more than $500 each)<br>2/11: Penelope to follow up on Dominion contacting local print facilities.<br><br>Dominion very interested in contributing to communication plan. | 2/8/16: CDOS to provide Dominion with Primary Election ballot artwork (use 2014 primary samples)<br>Danny provided the location of the sample ballots on the network J:\Voting Systems\UVS\Dominion 4.21\2014 Primary Sample Ballots<br><br>2/11:  Ballots were uploaded to | |

SEC0008882

SEC0008883

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | Legacy Equipment: county space to store, may move to other counties, some is HAVA equipment. Must have options available by March15. Danny brought up the need for 2 levels of storage due to chain of custody issues.<br><br>Dominion & County kickoff phone calls Feb 10 & 11. ICC servers & workstations and adjudication March 1 – March 4 – Denver. Perform cloning of each class of trusted build. Tablets are another process. ICX and RVS laptops on March 10 and 11- Denver Ship, receive equipment (at least 1 full VSPC) for use with Mock Election to unbox & perform mini-testing begin at (8) counties March 14- March 29. | Dominion's FTP site<br><br>CDOS to develop a plan so counties can document their disposition of equipment and comply with HAVA, contingency – should not dispose before confirmation of using new equipment, ability to allocate to other county (dependent on licensing agreement with existing vendor) - use existing list from 2015 audit.<br>Dominion proposed weekly webinars until resolved. | |
| | | 2/11: DJ will continue to schedule implementation and Steering Committee meetings.<br><br>Dominion is already receiving equipment from Dell.<br><br>CDOS has all trusted build documentation. Will plan room layout for optimum / efficient production.<br><br>Dominion plans to begin building servers next week. Will defer until February 23 for CDOS. | 2/11: Counties with Hart equipment to not send back to Hart, dependent on license agreements. If Dominion hears about a county that does not have storage space, will advise CDOS. So far, Pitkin and Weld (Premier) do not have storage. Dominion is willing to acquire the Acuvote & TSX.<br><br>Can Dominion acquire equipment from counties who currently licensed through ES&S?<br><br>CDOS will provide a process document to track for HAVA. Dominion will need to provide the counties with a document listing the equipment with serial #'s so we can close the HAVA tracking loop.<br><br>CODS is working on a HAVA compliance document. | |
| | | 2/18: Printers need to fill out applications for qualifications ASAP. In the past the best way to make this happen is to have the customer (the counties) encourage the printers to get this done. Dominion has stated that their department that handles this has | 2/18: E-mail counties asking them to encourage their printers to apply for qualification. Include in the e-mail contact info for already qualified printers just in case. | |

| Item | Description | Discussion | Action | Item Closed |
|---|---|---|---|---|
| | | made Colorado printer qualification their top priority and there should be no bandwidth issues associated with qualification from their end. | | |
| 4-1 | CDOS Newsletter? | Dominion plans to produce a newsletter biweekly. Would like CDOS information includes. Content is requested by noon on Friday. | | |
| | | CDOS will create a separate update communication channel with the counties. | Add to communication plan (as needed) | |
| 4-2 | Application updates: | Ballot on demand, can MBP printer be compatible with SCORE? Dominion felt confident this could happen without development with SCORE. | | |
| 5-1 | County Obligations for security/data backup etc. | 2/18: Some counties had questions regarding their obligations for system security. If Dominion gets any additional questions on this topic they will refer counties to the SOS rules and security plan template and should advise them to ask the SOS about their obligations if they have any questions. | 2/18: Danny: Send Penelope a copy of the security plan template.<br><br>Voting Systems: review security plan template and make sure that it is up-to-date with the UVS. | |
| 5-2 | Training | 2/18: Next week Dominion will provide an update on the EMS training scheduled for April.<br><br>The remaining training will take place in mid/late May and early June. This could run up against election judge training. Counties are permitted to train election judges starting May 14th. Larger counties may opt to train judges sooner rather than later because they have a larger group to train. | 2/18: During the user group call ask counties when they plan to do their election judge training so that Dominion can get a better idea of when each county needs to have their training complete. | |

SEC0008884

8