IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC**., a Texas corporation,

Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

Defendant.

## DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), submits this Motion to Dismiss the Amended Complaint under FED. R. CIV. P. 12(b)(1) and 12(b)(6).

Plaintiffs filed an Amended Complaint [Doc. 35] on July 12, 2016, pursuant to FED. R. CIV. P. 15(a)(1)(B). The Amended Complaint is now the operative pleading and renders the Secretary's original Motion to Dismiss [Doc. 21] "technically moot." *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006). However, the Secretary's arguments supporting dismissal "equally apply" to the Amended Complaint. *Id.* Indeed, all of the original Complaint's allegations cited in the original Motion to Dismiss

continue to appear in the Amended Complaint. The Secretary therefore filed a Reply in support of the original Motion to Dismiss on July 22 to complete fully the briefing on the motion before the upcoming July 27 hearing. *See id.* (evaluating original motions to dismiss as if they were directed at the Second Amended Complaint, even though they were technically moot). Out of an abundance of caution, the Secretary files this separate Motion to Dismiss the Amended Complaint to avoid any technical mootness issues. The Secretary incorporates by reference all arguments made in the original Motion to Dismiss and the Reply thereto. The Secretary requests that the Court dispense with any additional briefing on this separate Motion to Dismiss the Amended Complaint.

    WHEREFORE, the Secretary respectfully requests that the Court dismiss the Amended Complaint under FED. R. CIV. P. 12(b)(1) and 12(b)(6), and dispense with any additional briefing on this Motion to Dismiss the Amended Complaint.

Respectfully submitted this 22nd day of July, 2016.

          CYNTHIA H. COFFMAN
          Colorado Attorney General

          *s/ Grant T. Sullivan*
          LEEANN MORRILL, No. 38742*
          First Assistant Attorney General
          GRANT T. SULLIVAN, No. 40151*
          Assistant Solicitor General
          CHRISTOPHER JACKSON, No. 49202*
          Assistant Attorney General
          *Counsel of Record
          *Counsel for the Secretary*

          Public Officials Unit
          State Services Section
          1300 Broadway, 6th Floor
          Denver, CO 80203
          Phone:  (720) 508-6000
          Fax:  (720) 508-6041
          Email:  leeann.morrill@coag.gov
                    grant.sullivan@coag.gov
                    christopher.jackson@coag.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2016, I served a true and complete copy of the **DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

*s/ Xan Serocki*
Xan Serocki