## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  July 27, 2016                              Courtroom Deputy: Bernique Abiakam
Civil Case No.: 16-cv-01237-JLK                  Court Reporter: Julie Thomas

ELECTION SYSTEMS & SOFTWARE, LLC,              Thomas P. McMahon
a Delaware limited liability company; and       Aaron D. Goldhamer
HART INTERCIVIC, INC., a Texas
corporation,

      Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity     Grant T. Sullivan
as Colorado Secretary of State,                 LeeAnn Morrill
                                                Christopher M. Jackson
      Defendant.

---

## COURTROOM MINUTES

---

**Motion Hearing**

**1:09 p.m.      Court in session.**

Court calls case.  Appearances of present.

Preliminary remarks by the Court.

Argument heard on Doc. No. 38.

1:11 p.m.      Argument by Mr. Sullivan.  Questions and comments by the Court.

1:30 p.m.      Argument by Mr. McMahon.  Questions and comments by the Court.

1:43 p.m.      Rebuttal argument by Mr. Sullivan.

1:47 p.m.      Comments and ruling by the Court.

**ORDERED:  The Secretary's Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1) And 12(b)(6) [Filed 6/21/16; Doc. No. 21] is GRANTED.**

The Court advises counsel that its Memorandum and Opinion will follow.

**1:51 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 00:42