IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC**., a Texas corporation,

 Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

 Defendant.

## STIPULATION REGARDING DEFENDANT'S BILL OF COSTS

 Defendant Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), and Plaintiffs Elections Systems & Software, LLC and Hart Intercivic, Inc. ("Plaintiffs"), file this stipulation regarding the Secretary's Bill of Costs, as follows:

 The Court issued a written order granting the Secretary's Motion to Dismiss [Doc. 21 & 38] on August 3, 2016 [Doc. 41]. Pursuant to D.C.COLO.LCivR 54.1, counsel for both sides have conferred regarding the Secretary's Bill of Costs. The parties stipulate that the Secretary's recoverable costs total $3,849.82. The Secretary's Bill of Costs is filed simultaneously herewith, along with his invoices substantiating the Bill of Costs, attached as *Exhibit A*.

Respectfully submitted this 10th day of August, 2016.

        CYNTHIA H. COFFMAN
        Colorado Attorney General

        *s/ Grant T. Sullivan*
        LEEANN MORRILL, No. 38742*
        First Assistant Attorney General
        GRANT T. SULLIVAN, No. 40151*
        Assistant Solicitor General
        CHRISTOPHER JACKSON, No. 49202*
        Assistant Attorney General
        *Counsel of Record
        *Counsel for the Secretary*

        Public Officials Unit
        State Services Section
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Phone:  (720) 508-6000
        Fax:  (720) 508-6041
        Email:  leeann.morrill@coag.gov
                grant.sullivan@coag.gov
                christopher.jackson@coag.gov

        JONES & KELLER, P.C.

        *s/ Thomas P. McMahon*
        THOMAS P. MCMAHON
        1999 Broadway, Ste. 3150
        Denver, CO 80202
        (303) 573-1600
        tmcmahon@joneskeller.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, I served a true and complete copy of the **STIPULATION REGARDING DEFENDANT'S BILL OF COSTS** upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

/*s*/ *Xan Serocki*
Xan Serocki