

# PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 07/05/2016
Usage From: 04/01/2016   to: 06/30/2016

**Account Summary**

2016-JA-JP-108444  $12.50
1900-GXAO-000010  $.70
2016-STEL-109045  $28.10
109045

| | |
|---|---|
| **Pages:** | 413 |
| Rate: | $0.10 |
| Subtotal: | $41.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $41.30 |
| **Previous Balance:** | $0.00 |
| Current Balance: | $41.30 |



Alpha No _____
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

7/12/16    Tim Connell
(Date)     (Name)

**Total Amount Due:** ➡ **$41.30**

### Preparing for NextGen CM/ECF

Over the past year, several appellate, district, and bankruptcy courts throughout the country have implemented the next generation (NextGen) CM/ECF system. While most courts have not yet set a date for when they will switch to NextGen, you can begin preparing now by upgrading your PACER account. To learn more, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

| | |
|---|---|
| **Account #:** | 4827486 |
| **Invoice #:** | 4827486-Q22016 |
| **Due Date:** | 08/10/2016 |
| **Amount Due:** | $41.30 |

### Contact Us
San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

---

Please detach the coupon below and return with your payment.  **Thank you!**



# PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4827486 | 08/10/2016 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $41.30, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

Colorado Department of Law
Grant Sullivan
1300 Broadway
6th Floor
Denver, CO 80203

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

EXHIBIT A TO STIPULATION RE: BILL OF COSTS

CSO Billing History                                                       Page 1 of 2



**BILLING HISTORY**                                                       Close

Summary Details Transaction Report by Date
All
from 04/01/2016 to 06/30/2016

Mon Jul 11 18:37:41 CDT 2016
sullivgt

Back       New Search

### Billing Transactions

| Login | Court | Date | Client Code | Pages | Audio | Cost | |
|---|---|---|---|---|---|---|---|
| **04/05/2016** | | | | | | | |
| 4827486 | CODC | 04/05/2016 | | 50 | 0 | $5.00 | Gibson |
| Subtotal: | | | 50 pages | | | $5.00 | 2016-JDJD-108444 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $5.00 | |
| **04/11/2016** | | | | | | | |
| 4827486 | CODC | 04/11/2016 | | 1 | 0 | $0.10 | Sutton/Governor |
| Subtotal: | | | 1 pages | | | $0.10 | 1900-EXAD-000010 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.10 | |
| **04/13/2016** | | | | | | | |
| 4827486 | 00PCL | 04/13/2016 | | 1 | 0 | $0.10 | Gibson |
| 4827486 | CODC | 04/13/2016 | | 71 | 0 | $7.10 | 2016-JDJD-10844 |
| Subtotal: | | | 72 pages | | | $7.20 | |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $7.20 | |
| **04/21/2016** | | | | | | | |
| 4827486 | CODC | 04/21/2016 | | 6 | 0 | $0.60 | Governor |
| Subtotal: | | | 6 pages | | | $0.60 | 1900-EXAD-000010 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.60 | |
| **05/02/2016** | | | | | | | |
| 4827486 | CODC | 05/02/2016 | | 3 | 0 | $0.30 | Gibson |
| Subtotal: | | | 3 pages | | | $0.30 | 2016-JDJD-108444 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.30 | |
| **05/24/2016** | | | | | | | |
| 4827486 | 00PCL | 05/24/2016 | | 1 | 0 | $0.10 | ES&S |
| 4827486 | CODC | 05/24/2016 | | 169 | 0 | $16.90 | |
| Subtotal: | | | 170 pages | | | $17.00 | 2016-STEL-109045 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $17.00 | |
| Grand Total: | | | 413 pages | | | $41.30 | |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $41.30 | |

https://pacer.login.uscourts.gov/csobill-hist/billingmenu.jsf                 7/11/2016

EXHIBIT A TO STIPULATION RE: BILL OF COSTS

CSO Billing History					Page 2 of 2

| Login | Court | Date | Client Code | Pages | Audio | Cost | |
|---|---|---|---|---|---|---|---|
| 06/01/2016 | | | | | | | |
| 4827486 | CODC | 06/01/2016 | | 5 | 0 | $0.50 | ES+S |
| Subtotal: | | | 5 pages | | | $0.50 | 2016-STEL-109045 |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.50 | |
| 06/14/2016 | | | | | | | |
| 4827486 | CODC | 06/14/2016 | | 18 | 0 | $1.80 | ES+S |
| Subtotal: | | | 18 pages | | | $1.80 | " " |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.80 | |
| 06/22/2016 | | | | | | | |
| 4827486 | CODC | 06/22/2016 | | 5 | 0 | $0.50 | ES+S |
| Subtotal: | | | 5 pages | | | $0.50 | " |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.50 | |
| 06/23/2016 | | | | | | | |
| 4827486 | CODC | 06/23/2016 | EE S | 68 | 0 | $6.80 | ES+S |
| Subtotal: | | | 68 pages | | | $6.80 | " |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $6.80 | |
| 06/30/2016 | | | | | | | |
| 4827486 | CODC | 06/30/2016 | | 15 | 0 | $1.50 | ES+S |
| Subtotal: | | | 15 pages | | | $1.50 | " |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.50 | |
| Grand Total: | | | 413 pages | | | $41.30 | |
| | | | 0 audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $41.30 | |

Back    New Search

https://pacer.login.uscourts.gov/csobill-hist/billingmenu.jsf				7/11/2016

EXHIBIT A TO STIPULATION RE: BILL OF COSTS

 

**BILLING HISTORY**                                                                        [ Close ]

Summary Details Transaction Report by Date
All
from 07/01/2016 to 07/31/2016

Mon Aug 01 16:05:20 CDT 2016
sullivgt

Back    New Search

### Billing Transactions

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| 07/05/2016 | | | | | | |
| 4827486 | CODC | 07/05/2016 | | 30 | 0 | $3.00 |
| 4827486 | CODC | 07/05/2016 | 2016-STEL-109045 | 148 | 0 | $14.80 |
| Subtotal: | | | 178 pages | | $17.80 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $17.80 | |
| 07/06/2016 | | | | | | |
| 4827486 | CODC | 07/06/2016 | Gibson | 148 | 0 | $14.80 |
| Subtotal: | | | 148 pages | | $14.80 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $14.80 | |
| 07/11/2016 | | | | | | |
| 4827486 | CODC | 07/11/2016 | Gibson | 3 | 0 | $0.30 |
| Subtotal: | | | 3 pages | | $0.30 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $0.30 | |
| 07/13/2016 | | | | | | |
| 4827486 | CODC | 07/13/2016 | 2016-STEL-109045 | 4 | 0 | $0.40 |
| Subtotal: | | | 4 pages | | $0.40 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $0.40 | |
| 07/20/2016 | | | | | | |
| 4827486 | CODC | 07/20/2016 | ES S | 108 | 0 | $10.80 |
| Subtotal: | | | 108 pages | | $10.80 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $10.80 | |
| 07/25/2016 | | | | | | |
| 4827486 | CODC | 07/25/2016 | ESiS | 31 | 0 | $3.10 |
| Subtotal: | | | 31 pages | | $3.10 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $3.10 | |
| Grand Total: | | | 472 pages | | $47.20 | |
| | | | 0 audio files ($2.40 ea) | | $0.00 | |
| | | | | | $47.20 | |



# Calderwood-Mackelprang

7150 East Hampden Avenue, Ste. 303
Denver, CO 80224
calmack@calmack.com
Telephone: 303.477.3500 / Fax: 303.477.4385

| Date | Invoice No. |
|---|---|
| 7/22/2016 | 14 1684MD |

**BILL TO:**

Assistant Attorney General
Chris Jackson
1300 Broadway, 6th Floor
Denver, CO 80203

Tax ID: 84 - 1144199

072016INTERCIVIC

| DESCRIPTION | AMOUNT |
|---|---|
| Election Systems Software, LLC and Hart Interactive, INC. v. Wayne Williams<br>Deposition of Bryan Hoffman<br>July 20, 2016 | |
| Half-Day Appearance Fee (Line item 1a) | 50.00 |
| Deposition of<br>Original Transcript preparation, pgs. 1 Day turnaround @ $6.75 per page (Line item 2k) | 1,005.75 |
| Exhibits, 107 pages B&W | 32.10T |
| E-Transcript delivery | 0.00 |
| Postage/Delivery Fee - May include charge for future delivery of Original transcript | 20.00 |
| City of Denver Sales Tax | 1.17 |

NET 30 DAYS
THANK YOU!

**Total** $1,109.02

**Balance Due** $1,109.02

EXHIBIT A TO STIPULATION RE: BILL OF COSTS



# Calderwood-Mackelprang

7150 East Hampden Avenue, Ste. 303
Denver, CO 80224
calmack@calmack.com
Telephone: 303.477.3500 / Fax: 303.477.4385

| Date | Invoice No. |
|---|---|
| 7/25/2016 | 14 1693TH |

**BILL TO:**

Assistant Attorney General
Chris Jackson
1300 Broadway, 6th Floor
Denver, CO 80203

Tax ID: 84 - 1144199

th072116

| DESCRIPTION | AMOUNT |
|---|---|
| Election Systems Software, LLC and Hart Interactive, INC. v. Wayne Williams 30(b)(6) deposition of Edward Perez July 21, 2016 | |
| Full-Day Appearance Fee (Line item 1d) | 100.00 |
| Deposition of Edward Perez including Excerpts 1 + 2 Original transcript preparation, pgs. (Line item 2j - $5.95 per page) - 2 business days turnaround | 1,541.05 |
| Exhibits, 119 pages B&W | 35.70T |
| Postage/Delivery Fee - May include charge for future delivery of Original transcript | 20.00 |
| E-Transcript delivery | 0.00 |
| City of Denver Sales Tax | 1.30 |
| **Total** | $1,698.05 |
| **Balance Due** | $1,698.05 |

EXHIBIT A TO STIPULATION RE: BILL OF COSTS

**Hunter + Geist, Inc.**
1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: 160708TM
Job Date: 07/08/16
Order Date: 07/08/16
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Wayne W. Williams

# Invoice

Invoice #: 135173
Inv.Date: 07/15/16
Balance: $305.95

**Bill To:**
Grant T. Sullivan, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

Action: Election Systems & Software, LLC, et al.
vs
Williams, Wayne W.
Action #: 16-cv-1237-JLK-MJW
Rep: Tracy C. Masuga
Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Staiert, Esq., Suzanne M. | Certified Transcript | $96.80 |
| 2 | Staiert, Esq., Suzanne M. | Electronic Transcript Files | $15.00 |
| 3 | Staiert, Esq., Suzanne M. | Scanned Exhibits | $24.85 |
| 4 | Staiert, Esq., Suzanne M. | Word Index - NO CHARGE | $0.00 |
| 5 | Shellman, III, Esq., Dwight | Certified Transcript | $145.20 |
| 6 | Shellman, III, Esq., Dwight | Electronic Transcript Files | $15.00 |
| 7 | Shellman, III, Esq., Dwight | Scanned Exhibits | $9.10 |
| 8 | Shellman, III, Esq., Dwight | Word Index - NO CHARGE | $0.00 |

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $305.95 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $305.95 |
| Payment | $0.00 |
| **Balance Due** | $305.95 |

Federal Tax I.D.: 84-0835207   Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Grant T. Sullivan, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

**Deliver To:**
Grant T. Sullivan, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

# Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 135173
Inv.Date: 07/15/16
Balance: $305.95
Job #: 160708TM
Job Date: 07/08/16
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Wayne W. Williams

EXHIBIT A TO STIPULATION RE: BILL OF COSTS



**Credence**
An LDiscovery Company

3215 NW 10th Terrace, Suite 210
Fort Lauderdale, FL 33309

# Invoice

| | |
|---|---|
| Page | 1/1 |
| Invoice | 020479 |
| Date | 6/30/2016 |

Phone # (954)462-0855

EIN: 30-0889050

| | | | |
|---|---|---|---|
| Bill To: | State of Colorado-Jen (Waters)<br>1300 Broadway<br>2nd Floor<br>Denver CO   80203 | Ship To: | State of Colorado-Jen (Waters)<br>Jen Waters<br>1300 Broadway<br>2nd Floor<br>Denver CO   80203 |

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| ESSES & HART V. WANE | STA1002_100859 | DH | ELECTRONIC | NET 30 |

| Item Number | Description | Quantity | Rate | Ext. Price |
|---|---|---|---|---|
| HOST_DATA104 | Monthly Hosting-Relativity | 3.94 | $15.00 | $59.10 |
| HOST_SUP104 | Project Management Time | 2.00 | $175.00 | $350.00 |

Please make your check payable to:
LDiscovery, LLC
8201 Greensboro Drive Suite 717
McLean, VA 22102-3810

| | |
|---|---|
| Subtotal | $409.10 |
| Tax | $0.00 |
| Trade Discount | $0.00 |
| Total | $409.10 |

SCC15-4
10 90 45

Alpha No.  2016-STEL-10595

"I hereby certify that the goods or services shown on the invoices or other supporting documents properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

7/18/16       _(signature)_
(Date)              (Name)

EXHIBIT A TO STIPULATION RE: BILL OF COSTS



6/30/2016

## Project Management Time - Details

Matter: SOC/ESS&S & Hart v. Wane Williams

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 6/30/2016 | Prod001 - consisting of 2,545 documents | 2 | $ 175.00 | $ 350.00 |
| | | | | |
| | | | | |
| | Total | 2 | | $ 350.00 |



The LDiscovery Companies
AlphaLit | FlashData | RenewData
Turnstone | Credence | CopySecure

*PROJECT COST ESTIMATE*

MATTER NAME :           ESS&S & Hart v Williams (Goldfish-22)

| Service | Units | Cost (per unit) | Total |
| --- | --- | --- | --- |
| 7/1/2016: Data Received via FTP (3FTP) | 0.1 | $25.00 | $2.50 |
| 7/6/2016: Prod002 (240 documents) | 1.5 | $175.00 | $262.50 |
| 7/7/2016: Data Received via FTP (5FTP) | 0.1 | $25.00 | $2.50 |
| | | Total | $267.50 |

*Relativity*

*COLORADO
DEPARTMENT OF LAW

LDiscovery.com

PLEASE CONTACT
litigation.support@coag.gov
FOR FURTHER
ASSISTANCE*

*The calculations are based on industry estimates. Actual project volumes and costs may fluctuate.

This document is CONFIDENTIAL and is for the exclusive use of the Colorado Department of Law
FOR AFTER HOURS SUPPORT PLEASE CONTACT SUPPORT@LDISCOVERY.COM
EXHIBIT A TO STIPULATION RE: BILL OF COSTS