**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01237-JLK

ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company, and
HART INTERCIVIC, INC., a Texas corporation,

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with the Memorandum Opinion And Order (Doc. No. 41) entered by Judge John L. Kane on August 3, 2016, incorporated herein by reference, it is

    ORDERED that The Secretary's Motion To Dismiss Pursuant To Fed.R.Civ.P. 12(b)(1) And 12(b)(6) [Doc. No. 21] is GRANTED.  It is

    FURTHER ORDERED that this action is DISMISSED WITHOUT prejudice.

    Dated at Denver, Colorado this 10th day of August, 2016.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

              By:  s/   Bernique Abiakam

                            Bernique Abiakam
                            Deputy Clerk