IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC**., a Texas corporation,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK ATTORNEYS' FEES UNDER FED. R. CIV. P. 54(d)

Defendant Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), submits this unopposed Motion for a ten-day extension of time to seek attorneys' fees under FED. R. CIV. P. 54(d).

### D.C. COLO.LCivR 7.1(a) and 6.1(c) CERTIFICATION

The Secretary's counsel conferred in good faith with counsel for Plaintiffs regarding the relief requested by this Motion. Plaintiffs' counsel does not oppose the relief requested herein. Counsel for Plaintiffs and the Secretary have been, and continue to be, negotiating in good faith to attempt to resolve the issue of attorneys' fees without Court involvement. Counsel for

the Secretary certifies that he has contemporaneously served this Motion for extension of time on his client.

## MOTION

FED. R. CIV. P. 54(d)(2)(B) permits a party to seek attorneys' fees by motion no later than 14 days after the entry of judgment. Here, final judgment [Doc. 43] was entered in the Secretary's favor on August 10, 2016, rendering the deadline for seeking attorneys' fees August 24, 2016. Counsel for Plaintiffs and the Secretary have been communicating in good faith over the last several days regarding the Secretary's entitlement to attorneys' fees and the amount thereof. Although discussions are ongoing, the Secretary's counsel believes these conversations have been productive and may lead to a resolution of the attorneys' fee issue without the need for Court involvement. Extending the deadline for seeking attorneys' fees by ten days is necessary to permit counsel for Plaintiffs and the Secretary to conclude their discussions; the extension is also necessary because Plaintiffs' counsel has been away from the office during the week of August 22, causing a short delay of settlement discussions.

The U.S. Supreme Court and the Tenth Circuit both recognize and encourage the ability of parties to settle the amount of attorneys' fees without

Court involvement. *See D.A. Osguthorpe Family P'ship v. ASC Utah, Inc.*, 576 Fed. Appx. 759, 766 (10th Cir. 2014) (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983)) ("'Ideally, of course, litigants will settle the amount of a fee.'").

WHEREFORE, the Secretary respectfully requests that the Court enter an Order extending the deadline for seeking attorneys' fees by ten days, to and including September 6, 2016.[1]

Respectfully submitted this 24th day of August, 2016.

> CYNTHIA H. COFFMAN
> Colorado Attorney General
>
>  *s/ Grant T. Sullivan*
> LEEANN MORRILL, No. 38742*
> First Assistant Attorney General
> GRANT T. SULLIVAN, No. 40151*
> Assistant Solicitor General
> CHRISTOPHER JACKSON, No. 49202*
> Assistant Attorney General
> *Counsel of Record
> *Counsel for the Secretary*
>
> Public Officials Unit
> State Services Section
> 1300 Broadway, 6th Floor
> Denver, CO 80203

---

[1] A ten-day extension puts the new deadline at Saturday, September 3, 2016. The next business day falls on Tuesday, September 6, 2016. *See* FED. R. CIV. P. 6(a)(1)(C).

3

>Phone: (720) 508-6000
>Fax: (720) 508-6041
>Email: leeann.morrill@coag.gov
>grant.sullivan@coag.gov
>christopher.jackson@coag.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I served a true and complete copy of the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK ATTORNEYS' FEES UNDER F**ED**. R. C**IV**. P. 54(d)** upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

>*s/ Terri Connell*
>Terri Connell

4