IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC**., a Texas corporation,

Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

Defendant.

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK ATTORNEYS' FEES UNDER FED. R. CIV. P. 54(d)**

Defendant Wayne W. Williams, in his official capacity as the Colorado Secretary of State ("the Secretary"), submits this second unopposed Motion for a ten-day extension of time to seek attorneys' fees under FED. R. CIV. P. 54(d).

**D.C. COLO.LCivR 7.1(a) and 6.1(c) CERTIFICATION**

The Secretary's counsel conferred in good faith with counsel for Plaintiffs regarding the relief requested by this Motion. Plaintiffs' counsel does not oppose the relief requested herein. The undersigned certifies that he has served this Motion on his client.

## MOTION

FED. R. CIV. P. 54(d)(2)(B) permits a party to seek attorneys' fees by Motion no later than 14 days after the entry of judgment. Here, final judgment [Doc. 43] was entered in the Secretary's favor on August 10, 2016, rendering the deadline for seeking attorneys' fees August 24, 2016. This Court extended the deadline to September 6, 2016, to permit counsel to fully resolve settlement discussions regarding attorneys' fees. [Doc. 44].

Despite the extension of time, settlement discussions regarding attorneys' fees have not been successful between counsel for the Secretary and Plaintiffs. Plaintiffs' counsel informed the Secretary's counsel on August 31, 2016, that Plaintiffs would oppose any Motion by the Secretary seeking attorneys' fees.

Due to the Labor Day holiday, and the press of other business, the undersigned has not yet been able to complete the preparation of the Motion for attorneys' fees and supporting documentation. Specifically, the undersigned was occupied in a full-day hearing on Friday, September 1, 2016 in the Denver District Court regarding an open records request under the Colorado Criminal Justice Records Act ("CCJRA"), § 24-72-301, *et seq.*, C.R.S. (2016). *See Exoneration Project v. Coffman, et al.*, Denver Dist. Ct. No. 31325.

As well, the undersigned was out of the office much of the day on Tuesday, September 6, 2016, speaking to a seminar class at the University of Colorado Law School.

Thus, a short extension of time is necessary to permit the undersigned time to complete the Motion and to allow the Secretary time for review. Plaintiffs do not oppose the relief requested herein. No party will be prejudiced by the short extension sought by the Secretary.

WHEREFORE, the Secretary respectfully requests that the Court enter an Order extending the deadline for seeking attorneys' fees by ten days, to and including September 16, 2016.

Respectfully submitted this 6th day of September, 2016.

                                    CYNTHIA H. COFFMAN
                                    Colorado Attorney General

                                    *s/ Grant T. Sullivan*
                                    LEEANN MORRILL, No. 38742*
                                    First Assistant Attorney General
                                    GRANT T. SULLIVAN, No. 40151*
                                    Assistant Solicitor General
                                    CHRISTOPHER JACKSON, No. 49202*
                                    Assistant Attorney General
                                    *Counsel of Record
                                    *Counsel for the Secretary*

>Public Officials Unit
>State Services Section
>1300 Broadway, 6th Floor
>Denver, CO 80203
>Phone:  (720) 508-6000
>Fax:  (720) 508-6041
>Email:  leeann.morrill@coag.gov
>           grant.sullivan@coag.gov
>           christopher.jackson@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I served a true and complete copy of the **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK ATTORNEYS' FEES UNDER FED. R. CIV. P. 54(d)** upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com
*Attorneys for Plaintiffs*

>*s/ Xan Serocki*
>Xan Serocki

4