IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and

**HART INTERCIVIC, INC.,**
    a Texas corporation;

        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.

        Defendant.
_____

### NOTICE OF WITHDRAWAL OF AARON D. GOLDHAMER
_____

    Aaron D. Goldhamer, formerly of the law firm of Jones & Keller, P.C., now with Keating Wagner Polidori Free, P.C., hereby withdraws as counsel for Plaintiffs Election Systems & Software, LLC ("ES&S"), and Hart InterCivic, Inc. ("Hart"). Plaintiffs continue to be represented by counsel, Thomas P. McMahon of Jones & Keller, P.C.

    Dated: September 7, 2016

                                            JONES & KELLER, P.C.

                                            *S/ T.P. McMahon*
                                            Thomas P. McMahon
                                            tmcmahon@joneskeller.com
                                            1999 Broadway, Ste. 3150
                                            Denver, Colorado 80202
                                            Tel. (303) 573-1600
                                            Fax (303) 573-8133
                                            Attorney for Plaintiffs

JK00855631.1 /font=8

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I filed a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF AARON D. GOLDHAMER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

LeeAnn Morrill
LeeAnn.Morrill@coag.gov

Grant T. Sullivan
Grant.Sullivan@coag.gov

Christopher Jackson
Christopher.Jackson@coag.gov

*s/Renae Mesch*
Renae Mesch