IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and

**HART INTERCIVIC, INC.,**
    a Texas corporation;

       Plaintiffs,

       v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.

       Defendant.
_____

**ORDER GRANTING PLAINTIFFS' FORTHWITH MOTION
FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**
_____

Final judgment dismissing this action without prejudice was entered on August 10, 2016. Under Fed.R.Civ.P. 54(d)(2)(B), Defendant Secretary of State Wayne W. Williams (the "Secretary") would normally have had until August 24, 2016, to seek attorneys' fees under 42 U.S.C. §1988(b). Meanwhile, under Fed.R.App.P. 4(a)(1)(A), Plaintiffs Election Systems & Software, LLC ("ES&S"), and Hart InterCivic, Inc. ("Hart") would normally have had until September 9, 2016, to file a notice of appeal. The initial relationship between those two deadlines was subsequently disturbed when the Secretary twice moved for, and received, extensions totaling over a month of the time in which to seek attorneys' fees. Recently, that date was extended to September 26, 2016, well after the current date for Plaintiffs to file a

notice of appeal.

Fed.R.App.P. 4(a)(4)(A)(iii) provides that where a party such as the Secretary timely files a motion for attorneys' fees under Fed.R.Civ.P. 54, the time to file an appeal runs from the entry of the order disposing of that motion if the district court extends the time to appeal under Fed.R.Civ.P. 58.  In turn, Fed.R.Civ.P. 58(e) provides that the district court may act before a notice of appeal is filed to order that a timely-filed motion for attorneys' fees under Rule 54(d)(2) causes the time to appeal to begin to run when the fee motion is disposed of.  Accordingly, Plaintiffs ES&S and Hart have moved for entry of a forthwith order that the time for them to file a notice of appeal shall be extended until 16 days after the Secretary's motion for attorneys' fees is due.

Being fully apprised, the Court DOES HEREBY ORDER THAT the time for Plaintiffs ES&S and Hart to file a notice of appeal shall be extended to and including October 12, 2016.

Dated this ___ day of September, 2016.

BY THE COURT

_____
John L. Kane
Senior U.S. District Court Judge