IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company; and HART INTERCIVIC, INC., a Texas corporation,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State, Colorado Department of Revenue,

    Defendant.

## DECLARATION OF LEEANN MORRILL

I, LeeAnn Morrill, pursuant to 28 U.S.C. § 1746, do depose and state as follows upon personal knowledge:

1. I am a First Assistant Attorney General in the Office of the Attorney General for the State of Colorado. I have been an attorney in this office since 2007.

2. I graduated from Stanford University Law School in 2002. From 2002 to 2003, I practiced law as a litigation associate in private practice with the Chicago office of McDermott Will & Emery. In 2004, I joined the Illinois Attorney General's Office, where I practiced for over three years with a focus on defending civil rights actions against state statutes, agencies, officials, and

employees. Since 2010, my practice at the Colorado Attorney General's Office focuses on defending public officials and state agencies in federal and state court, including in actions brought under 42 U.S.C. § 1983.

3. A copy of the Colorado Attorney General's Office's Timekeeping Report for time spent on the above-captioned lawsuit by me, as well as two other attorneys, is attached as Exhibit B-4. This report contains a detailed description of the work performed during the time that was billed.

4. The fees requested herein were reasonably incurred in the defense of the above-captioned case and were reasonably necessary.

5. Based on my experience and my knowledge of the Denver legal market, I believe the market rate for my legal services is approximately $350 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of September, 2016.

LeeAnn Morrill