IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company; and HART INTERCIVIC, INC., a Texas corporation,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State, Colorado Department of Revenue,

    Defendant.

## DECLARATION OF GRANT T. SULLIVAN

    I, Grant T. Sullivan, pursuant to 28 U.S.C. § 1746, do depose and state as follows upon personal knowledge:

    1.    I am an assistant attorney general and assistant solicitor general in the Office of the Attorney General for the State of Colorado. I have been an attorney in this office since August 2011.

    2.    I graduated from the University of Colorado Law School in 2008. I severed as a judicial law clerk with the Colorado Court of Appeals from 2008 to 2009, and with the Colorado Supreme Court from 2010 to 2011. I practiced as a litigation associate in private practice with a national law firm from 2009 to 2010. My practice at the Colorado Attorney General's Office

focuses on defending public officials and state agencies in federal and state court, including in actions brought under 42 U.S.C. § 1983.

3. A copy of the Colorado Attorney General's Office's Timekeeping Report for time spent on the above-captioned lawsuit by me, as well as two other attorneys, is attached as Exhibit B-4. This report contains a detailed description of the work performed during the time that was billed.

4. The fees requested herein were reasonably incurred in the defense of the above-captioned case and were reasonably necessary.

5. Based on my experience and my knowledge of the Denver legal market, I believe the market rate for my legal services is approximately $300 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of September, 2016.

_____
Grant T. Sullivan