IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company; and HART INTERCIVIC, INC., a Texas corporation,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State, Colorado Department of Revenue,

    Defendant.

## DECLARATION OF CHRISTOPHER JACKSON

I, Christopher Jackson, pursuant to 28 U.S.C. § 1746, do depose and state as follows upon personal knowledge:

1.    I am an assistant attorney general in the Office of the Attorney General for the State of Colorado. I have been an attorney in this office since January 2016.

2.    I graduated from the University of Michigan Law School in 2011. I severed as a judicial law clerk with the U.S. Fourth Circuit Court of Appeals between 2011 and 2012. I practiced law as a litigation associate in private practice between 2012 and 2015, first with Kirkland & Ellis, LLP in Washington, D.C. and then with Sherman & Howard L.L.C. in Denver,

Colorado. My practice at the Colorado Attorney General's Office focuses on defending public officials and state agencies in federal and state court, including in actions brought under 42 U.S.C. § 1983.

3. A copy of the Colorado Attorney General's Office's Timekeeping Report for time spent on the above-captioned lawsuit by me, as well as two other attorneys, is attached as Exhibit B-4. This report contains a detailed description of the work performed during the time that was billed.

4. The fees requested herein were reasonably incurred in the defense of the above-captioned case and were reasonably necessary.

5. Based on my experience and my knowledge of the Denver legal market, I believe the market rate for my legal services is approximately $300 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of September, 2016.

_____
Christopher Jackson