# Billed between 1/1/2015 and 9/14/2016

| Matter ID | Area of Law | Client Sort | Description | Alpha | Time |
|---|---|---|---|---|---|
| 2016-STEL-109045 | SS-Public Officials | SOS-Elections | ES&S and Hart Intercivic, Inc. v, Williams, Wayne | | 512.60 |
| Christopher M. Jackson | | | Total billed by Professional: | | 191.00 |

| Transaction Date | Transaction Code | Narrative | | | Units |
|---|---|---|---|---|---|
| 5/24/2016 | 030 - Case Management | Reviewed pleadings; participated in meeting with client; met with Ms. Morrill and Mr. Sullivan; outlined potential brief regarding preliminary injunction; conducted research on various procedural issues regarding preliminary injunction. | | | 10.00 |
| 5/25/2016 | 030 - Case Management | Continued researching various issues relating to preliminary injunction and merits argument; began drafting sections of response to preliminary injunction motions; spoke with Ms. Morrill regarding case. | | | 4.00 |
| 6/1/2016 | 030 - Case Management | Participated in meeting with clients; reviewed the docket; participated in in-house meetings and telephone calls regarding case; began reviewing documents. | | | 4.00 |
| 6/2/2016 | 030 - Case Management | Search for examples and then draft one-tier protective order, making edits as requested. | | | 2.50 |
| 6/3/2016 | 030 - Case Management | Reviewed and made comments to dormant Commerce Clause argument; reviewed schedule. | | | 2.20 |
| 6/7/2016 | 190 - Legal Research/Reading | Researched whether any of the five claims are barred by a statute of limitations or are otherwise untimely; researched other points of administrative law and exhaustion of remedies as a bar to this action. | | | 4.50 |
| 6/8/2016 | 030 - Case Management | Completed resaerch on various statute-of limitations issues; edited draft protective order, and researched and wrote response to opposing counsel's objections. | | | 3.20 |
| 6/9/2016 | 030 - Case Management | Continued negotiating with opposing counsel regarding protective order; spoke with the client and Ms. Morrill regarding our position on the issues. | | | 1.20 |
| 6/10/2016 | 030 - Case Management | Researched and drafted motion to dismiss state law claims; researched and outlined and spoke with Mr. Sullivan about the market participant exception to the dormat Commerce Clause claim; continued working on negotiating a protective order. | | | 6.50 |
| 6/13/2016 | 030 - Case Management | Continued working on protection order, communicating with opposing counsel and counsel for Dominion. | | | 1.50 |
| 6/14/2016 | 030 - Case Management | Participated in Relativity training; continued working on protective order; spoke with client regarding document production. | | | 3.00 |
| 6/15/2016 | 220 - Pleadings | Edited draft motion to dismiss; drafted motion for expedited discovery; followed up with opposing counsel regarding protective order. | | | 5.80 |
| 6/16/2016 | 030 - Case Management | Incorporated edits to motion to dismiss draft and circulated to client; made edits to accompanying affidavit; drafted requests for production to Plaintiffs; contacted opposing counsel regarding protective order and discovery; incorporated edits to motion for discovery. | | | 6.50 |
| 6/17/2016 | 030 - Case Management | Continued negotiating protective order with opposing counsel; finalized discovery motion. | | | 4.50 |
| 6/22/2016 | 030 - Case Management | Reviewed recently filed pleadings and correspodnence with opposing counsel; communicated with client regarding document production. | | | 1.00 |
| 6/23/2016 | 150 - Discovery - Response | Communicated regarding document production; continued following up with relevant parties regarding protective order. | | | 1.00 |
| 6/27/2016 | 030 - Case Management | Filed appearance; continued negotiating protective order, emailing and calling all parties; edited protective order; updated file of pleadings; spoke with Mr. Sullivan regarding my taking on discovery-related issues. | | | 4.00 |
| 6/28/2016 | 030 - Case Management | Communicated with Dominion's lawyers, Plaintiffs' lawyers, and internally regarding protective order and reply in support of motion to expedited discovery; drafted and filed motion for protective order with accompanying proposed order; drafted and filed reply in support of discovery motion; reviewed Plaintiffs' filings regarding protective order. | | | 7.90 |
| 6/29/2016 | 030 - Case Management | Reviewed documents on Relativity; communicated with Secretary's office, and Relativity vendor to finalize production and begin process of making it ready; reviewed and made edits and comments to draft response to Plaintiffs' preliminary injunction motion. | | | 4.60 |
| 6/30/2016 | 150 - Discovery - Response | Worked with vendor and client to prepare tomorrow's production. | | | 1.00 |
| 7/1/2016 | 150 - Discovery - Response | Spoke to opposing counsel to get final agreement on production; worked with vendor to send production to Plaintiffs. | | | 1.50 |

| Date | Task | Description | Hours |
|---|---|---|---|
| 7/5/2016 | 030 - Case Management | Continued working on preparing second production and completing document review; spoke to Ms. Waples regarding ▮▮▮▮ ▮▮▮▮ | 0.80 |
| 7/6/2016 | 150 - Discovery - Response | Worked with client and vendor on supplemental production; conducted final review of documents and sent to opposing counsel. | 2.50 |
| 7/7/2016 | 150 - Discovery - Response | Reviewed text messages and tagged for production. | 0.50 |
| 7/8/2016 | 150 - Discovery - Response | Traveled to and attended Rule 30(b)(6) deposition of the Secretary's office; spoke to Dominion regarding production of documents. | 4.90 |
| 7/11/2016 | 030 - Case Management | Communicated with opposing counsel regarding sending Secretary's production to Dominion; reviewed court orders re deadlines; communicated with opposing counsel regarding Plaintiffs' production. | 1.00 |
| 7/12/2016 | 030 - Case Management | Met with Ms. Morrill to discuss case; conducted an initial review of Plaintiffs' production and began working on having it uploaded to the P drive and to Relativity; reviewed pleadings in the case and drafted notes for tomorrow' meeting. | 4.50 |
| 7/13/2016 | 030 - Case Management | Participated in strategy session with Ms. Morrill and Mr. Sullivan; reviewed Plaintiffs' response to motion to dismiss and amended complaint, and drafted outline of major arguments; communicated with Plaintiffs' counsel regarding production of documents to Dominion. | 6.20 |
| 7/14/2016 | 030 - Case Management | Researched and wrote outline of arguments to put into reply in support of motion to dismiss; completed document review of all ES&S documents, tagging them as needed; began drafting outline of Rule 30(b)(6) deposition, listing potentially relevant documents; communicated with Plaintiffs' counsel regarding deposition scheduling and topics. | 8.60 |
| 7/15/2016 | 030 - Case Management | Completed outline, reviewed all relevant documents, and prepared all exhibits for Rule 30(b)(6) deposition; continued communicating with Plaintiffs' counsel regarding deposition date and times as well as document production. | 8.50 |
| 7/18/2016 | 030 - Case Management | Drafted direct examinations of Denver and Pitkin County elections officials; finalized drafts and prepared exhibits for next week's hearing; communicated with opposing counsel regarding this week's depositions. | 5.00 |
| 7/19/2016 | 030 - Case Management | Attended presentation on Denver's Dominion voting system; re-worked direct examinations of two county clerks in light of new information; began writing opening statement for preliminary injunction hearing; reviewed Plaintiffs' reply in support of their motion for a preliminary injunction and took notes on issues to incorporate in tomorrow's deposition and at the hearing; | 7.90 |
| 7/20/2016 | 030 - Case Management | Prepared for and took Rule 30(b)(6) deposition of ES&S; continued drafting opening statement; reviewed notes regarding deposition. | 9.00 |
| 7/21/2016 | 140 - Discovery - AG Initiated | Prepared for and attended deposition of Hart's Rule 30(b)(6) representative; consolidates notes from hearing into other case documents; updated direct examinations of two county clerks. | 9.10 |
| 7/22/2016 | 030 - Case Management | Spoke with Ms. Morrill and Mr. Sullivan regarding the Wednesday hearing; updated direct examination outline; began drafting cross examination outline of ES&S; completed final draft of closing and began editing; researched federal courts' subpoena powers over out-of-state parties. | 8.10 |
| 7/24/2016 | 030 - Case Management | Reviewed ES&S's deposition and drafted cross examination; collected all necessary exhibits for cross-examination; annotated deposition and highlighted record designations; completed draft of opening statement and practiced. | 6.90 |
| 7/25/2016 | 030 - Case Management | Prepared deposition designations for ES&S's deposition, highlighting and listing out relevant portions; conducted witness prep with Amber McReynolds; worked with Mr. Sullivan to create and finalize witness and exhibit list; spoke with opposing counsel regarding Wednesday's hearing; reviewed changes to ES&S's deposition transcript made by its representative. | 8.00 |
| 7/26/2016 | 030 - Case Management | Continued preparing for tomorrow's hearing; worked with paralegal to begin creating exhibit notebooks; updated direct examination; participated in internal meetings with Ms. Morrill and Mr. Sullivan; spoke to opposing counsel on exhibit-related issues; updated deposition designations. | 6.90 |
| 7/27/2016 | 030 - Case Management | Prepared for, traveled to, and attended the motion to dismiss/preliminary injunction hearing. | 6.80 |
| 7/28/2016 | 030 - Case Management | Spoke with Ms. Morrill regarding case and the proper procedure for document destruction under the protective order. | 0.50 |
| 8/11/2016 | 030 - Case Management | Reviewed emails and documents filed in case; spoke with Ms. Morrill regarding case status. | 0.70 |
| 8/16/2016 | 030 - Case Management | Spoke with Mr. Sullivan and Ms. Morrill regarding appeals and the potential for seeking costs against Plaintiffs; participated in teleconference calls on that topic. | 1.20 |

| | | | |
|---|---|---|---|
| 8/19/2016 | 030 - Case Management | Reviewed email correspondence; spoke with Ms. Morrill and Mr. Sullivan regarding case; communicated with opposing counsel on document destruction and potential recovery of attorneys' fees | 2.00 |
| 8/25/2016 | 030 - Case Management | Reviewed correspondence regarding attorneys' fees. | 0.50 |
| 9/13/2016 | 220 - Pleadings | Reviewed and edited motion for costs and related papers. | 0.50 |

| Grant T. Sullivan | | Total billed by Professional: | 230.10 |
|---|---|---|---|
| **Transaction Date** | **Transaction Code** | **Narrative** | **Units** |
| 5/20/2016 | 220 - Pleadings | Confer with L. Morrill re: the federal Complaint and motion for TRO/preliminary injunction; review contents of same and evaluate possible defenses to claims. | 1.90 |
| 5/23/2016 | 040 - Case Review - Initial | Review Gessler v. Doty appellate decision re: unfunded state mandate, and confer with L. Morrill re: same; emails with S. Staiert re: ███. | 0.80 |
| 5/24/2016 | 110 - Consultation/Inside | Prepare for and attend meeting with W. Williams, S. Staiert, D. Shellman, T. Bratton, L. Morrill, and C. Jackson regarding Plaintiffs' Complaint, the motion for a TRO/preliminary injunction, waiver of service, and possible argument to defend the SOS's challenged rules. | 1.80 |
| 5/24/2016 | 030 - Case Management | Multiple telephone calls with opposing counsel M. McMahon to negotiate a postponement of the hearing scheduled for May 25 a 2:00 p.m., in order to give the Secretary time to respond to the motion for preliminary injunction/TRO; multiple telephone call with S. Staiert re: ███; emails with Mr. McMahon and Secretary's office re: ███████████; confer with L. Morrill re: preparation of hearing brief, in the event that the May 25 hearing moves forward, and work to prepare same, including arguments responding to Plaintiffs' contention that they will suffer irreparable harm absent a preliminary injunction/TRO; review Wright and Miller treatise re: preliminary injunction requirements; update Deputy AG M. Mirbaba regarding status of case and emergency hearing. | 5.00 |
| 5/25/2016 | 030 - Case Management | Telephone call with opposing counsel and Judge Kane's chambers re: setting a briefing schedule and hearing on the PI motion; update Secretary of State's office on ███ calendar hearing and briefing deadlines; emails with opposing counsel re: waiver of service. | 1.20 |
| 5/31/2016 | 220 - Pleadings | Receipt and review of Plaintiffs' motion for limited expedited discovery, and authorities cited therein: emails with S. Staiert and D. Shellman regarding ███████; begin to draft response in opposition to the motion for expedited discovery: emails and voicemail to M. Waples re: ████████ t; receipt and review of Court order granting motion for expedited discovery; confer with S. Staiert re: ███████████; emails with opposing counsel regarding inadequate conferral and service of discovery requests. | 6.20 |
| 6/1/2016 | 030 - Case Management | Meet with L. Morrill and C. Jackson to discuss division of duties for the response to the preliminary injunction, the motion to dismiss the state law claims, the motion to modify the discovery and briefing schedule, and the motion for protective order; telephone call with opposing counsel to discuss same; locate prior briefing on third-party standing and prior protection orders; draft shell affidavit for use in obtaining affidavit support from county clerks; telephone call with M. Waples re: ███████████; telephone call with H. Rudy re: ███████████. | 3.40 |
| 6/1/2016 | 100 - Conference/Outside | Prepare for and attend meeting with S. Staiert, D. Shellman, M. Waples, L. Morrill, and C. Jackson re: ███████████ | 2.00 |
| 6/2/2016 | 220 - Pleadings | Research and analyze federal case law regarding HAVA and its provision authorizing states to enact legislation and rules governing voting systems; analyze case law under the Commerce Clause that indicates that certain categories of state laws are exempt from Commerce Clause scrutiny; draft portion of motion to dismiss/response to the preliminary injunction motion that argues that the Secretary's new rules are exempt from Commerce Clause scrutiny; review Secretary's new rules to argue that they do not conflict with HAVA and actually further HAVA's objectives; confer with L. Morrill and C. Jackson re: same. | 6.20 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 6/2/2016 | 030 - Case Management | Telephone call with M. Waples regarding ███████████████████; telephone call with S. Staiert re: ████████████████████████; review protective order draft prepared by C. Jackson and provide comment to same; and emails with D. Shellman regarding ███████████████████████; review letter from Secretary's office to Clear Ballot re: preliminary approval. | 2.50 |
| 6/3/2016 | 030 - Case Management | Telephone call and emails with opposing counsel re: whether his clients will oppose moving discovery and briefing schedule back by 21 days to allow the Secretary's office more time to conduct the Primary Election and gather relevant documents; assist L. Morrill in drafting and editing the motion for protective order for relief from the upcoming discovery deadlines, and prepare exhibits to same; review motion for protective order to protect confidential documents prepared by C. Jackson, and give edits to same; confer with M. Waples re: █████████████████████████. | 4.20 |
| 6/6/2016 | 030 - Case Management | Calendar new deadlines following Judge Kane's order granting extension of time for all discovery and briefing deadlines; review protective order prepared by C. Jackson; confer with IT staff re: set up of responsive discovery documents in the relativity database. | 1.00 |
| 6/7/2016 | 110 - Consultation/Inside | Confer with D. Gall (IT staff) regarding setting up relativity database for review and production of documents in discovery. | 0.40 |
| 6/8/2016 | 150 - Discovery - Response | Meeting with administrative staff (Xan Serocki and Terri Connell) regarding upcoming administrative assistance needed to comply with discovery deadlines; gain access to Relativity electronic database for document review and production. | 0.80 |
| 6/9/2016 | 030 - Case Management | Confer internally with L. Morrill, C. Jackson, and X. Serocki, re: training on electronic Relativity document database; telephone call. S. Staiert re: ██████████████████████; voicemails to Ms. Ortega (Denver) and Ms. Atencio (Mesa) re: same. | 1.20 |
| 6/10/2016 | 100 - Conference/Outside | Telephone call with V. Ortega (Denver City Attorney's Office) re: supporting affidavit. | 0.50 |
| 6/13/2016 | 220 - Pleadings | Draft additional argument for motion to dismiss based on the market participant exception to the dormant Commerce Clause; research and analyze case law re: same; review allegations in the Complaint that support the market participant exception; search for Colorado or Tenth Circuit cases applying the market participant exception, including in cases where the government is the sole customer buying the vendor's product. | 5.50 |
| 6/13/2016 | 100 - Conference/Outside | Telephone call with V. Ortega re: affidavit from Amber McReynolds; emails with T. Bratton and S. Staiert re: ████. | 0.40 |
| 6/13/2016 | 130 - Correspondence | Emails with opposing counsel re: a possible stipulation to not assert specified claims at the Preliminary Injunction Hearing, in order to narrow issues for hearing. | 0.30 |
| 6/14/2016 | 150 - Discovery - Response | Prepare for and attend meeting with A. McReynolds (Denver Elections Director) regarding her personal knowledge about the benefits of the Secretary's new rules, in order to prepare supporting affidavit. | 1.60 |
| 6/14/2016 | 220 - Pleadings | Continue to draft portions of Motion to Dismiss, including argument under the market participant exception to the dormant Commerce Clause, Statement of Facts, and edits to the arguments that the State law claims must be dismissed; research the Erie doctrine, and whether it applies when the case is based on federal question jurisdiction rather than diversity jurisdiction; cite cases on same; emails with C. Jackson and L. Morrill on same. | 6.20 |
| 6/14/2016 | 100 - Conference/Outside | Telephone call with N. Atencio (Mesa County Attorney's Office) regarding supporting affidavit from the Mesa County Clerk and Recorder, and scheduling a meeting with the Clerk to discuss her personal knowledge; telephone voicemail to S. Staiert re: ████. | 0.70 |
| 6/14/2016 | 150 - Discovery - Response | Attend electronic document managment system (Relativity) training, in order to review, code and prepare documents for production. | 1.20 |
| 6/15/2016 | 030 - Case Management | Review draft motion to dismiss and provide comments and edits to same, including 11th Amendment argument; confer with L. Morrill re: same, including framing arguments in a manner so that the motion is not converted to a motion for summary judgment; draft supporting declaration (likely from S. Staiert) regarding dates that application for certication were received from Plaintiffs; review motion for limited expedited discovery prepared by C. Jackson, and provide comments to same; confer with L. Morrill re: same. | 4.00 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 6/15/2016 | 030 - Case Management | Begin to draft Affidavit of A. McReynolds to support the Response to the Preliminary Injunction; telephone call with S. Reiner (Mesa County Clerk) regarding her personal knowledge of the use of voting machines and experience with the Secretary's new rules, in order to gain information for drafting her supporting affidavit; telephone call with S. Staiert re: ████████████; review statement from D. Shellman re: ████████████. | 4.20 |
| 6/16/2016 | 190 - Legal Research/Reading | Review and analyze recent Colorado Court of Appeals decision regarding the dormant Commerce Clause. | 0.40 |
| 6/16/2016 | 140 - Discovery - AG Initiated | Confer with L. Morrill and C. Jackson on a motion for limited discovery to seek information on whether plaintiffs have attempted to comply with the Secretary's new election rules; review draft motion, as well as draft requests for production; telephone call and emails with M. Waples re: ████████████; also confer with Ms. Waples on ████████████. | 1.50 |
| 6/16/2016 | 030 - Case Management | Draft affidavit of S. Reiner (Mesa County clerk) to support the response to the preliminary injunction motion, and email same to T. Bratton and S. Staiert for review; telephone call with D. Shellman re: ████████████; revise affidavit of A. McReynolds to include biographical information. | 2.20 |
| 6/17/2016 | 100 - Conference/Outside | Telephone interview with Pitkin County Clerk (Ms. Vos Caudill) regarding the vendors' lawsuit to challenge the new election rules, and whether she would be willing to sign a supporting affidavit regarding her opinions about the benefits of the new election rules. | 1.10 |
| 6/17/2016 | 030 - Case Management | Confer with C. Jackson and L. Morrill re: status of the motion for limited discovery; emails with S. Staiert and T. Bratton re: same; emails with M. Waples re: ████████████; review spreadsheet from J. Choate re: other states where a single voting systems vendor operates. | 1.90 |
| 6/17/2016 | 220 - Pleadings | Continue to draft response to the preliminary injunction motion, including argument sections on lack of irreparable injury (including subsections on loss of goodwill and customers being inadequate to satisfy the irreparable injury requirement) and the balance of the equities; research and analyze federal case law on both requirements, including the Wright and Miller treatise. | 3.20 |
| 6/23/2016 | 030 - Case Management | Telephone call with K. Brown (Teller County clerk) regarding her view of the new election rules and whether she is willing to provide a supporting affidavit; draft supporting affidavit, and email to D. Shellman re: ████. | 2.50 |
| 6/23/2016 | 220 - Pleadings | Continue to draft response to preliminary injunction motion, including argument section that a preliminary injunction would disserve the public interest; review cases on the public interest cited by Plaintiffs and evaluate how to distinguish; review case law regarding the states' interests in administering elections accurately and smoothly, and analyze same in the response pleading. | 2.30 |
| 6/23/2016 | 150 - Discovery - Response | Confer with M. Waples, C. Jackson, and DOL IT staff (D. Gall) regarding ████████████. | 0.50 |
| 6/24/2016 | 030 - Case Management | Continue drafting affidavit of K. Brown, and email same to Ms. Brown for review. | 0.50 |
| 6/24/2016 | 030 - Case Management | Telephone conference with S. Reiner and Mesa County Attorney re: requested affidavit edits; revise affidavit and email same to Ms. Reiner for signature. | 1.00 |
| 6/24/2016 | 130 - Correspondence | Emails with J. Vos Caudill (Pitkin clerk) regarding requested affidavit edits. | 0.30 |
| 6/24/2016 | 220 - Pleadings | Continue to draft response to Preliminary Injunction motion, including sub-arguments on likelihood of success on the merits; continue to review and analyze relevant dormant Commerce Clause cases, including the Davis and United Haulers cases re: legitimate state functions being exempt from the Commerce Clause analysis scrutiny; evaluate what facts and procedural history will need to be discussed, including declaration of the county clerks. | 2.50 |
| 6/24/2016 | 150 - Discovery - Response | Several emails with M. Wapels, C. Jackson, and D. Gall regarding ████████████. | 0.60 |
| 6/27/2016 | 030 - Case Management | ████████████; telephone call with H. Rudy re: ████; emails with S. Reiner re: requested edits to the Mesa County affidavit; confer with C. Jackson re: preparing discovery responses and document production; coordinate entry of appearance with legal assistant X. Serocki. | 2.30 |
| 6/27/2016 | 220 - Pleadings | Continue drafting response to the motion for preliminary injunction; review and analyze United Haulers and Davis decision from US Supreme Court, to evaluate whether a separate argument should be made that the SOS' rules are exempt from Commerce Clause scrutiny; draft statement of facts and procedural history for the response; review ES&S and Hart's websites to accomplish same. | 2.50 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 6/28/2016 | 220 - Pleadings | Telephone call with Pitkin County clerk, J. Caudill, regarding edits to supporting affidavit to the Response to the Preliminary Injunction Motion; draft revisions to same; draft and send email to A. McReynolds regarding scheduling of meeting to discuss her supporting affidavit. | 2.00 |
| 6/28/2016 | 220 - Pleadings | Coninue to draft Response to the Motion for Preliminary Injunction, including statement of facts and procedural background that incorporates statements and facts outlined in the clerk affidavits, and section responding to Plaintiffs' argument that they satisfy the alternative standards for a preliminary injunction; research and analyze case law re: the alternative standards and evaluate ways to distinguish those cases. | 5.20 |
| 6/29/2016 | 220 - Pleadings | Continue to draft Response to Preliminary Injunction Motion, including sections on balancing of the hardships to the parties, argument section based on the Colorado River doctrine; Introduction section; and section on the adverse impact to the public interest; research and analyze case law re: same, in particular cases saying that private economic harm cannot outweigh adverse impacts on the public's interest; receipt and review of proposed edits to pleading from AAG Chris Jackson. | 4.50 |
| 6/29/2016 | 030 - Case Management | Receipt and review of edits to supporting affidavit from A. McReynolds; telephone call with Ms. McReynolds re: same; revise affidavit and forward to her for signature. | 1.80 |
| 6/30/2016 | 030 - Case Management | Receipt and review of A. McReynolds signed affidavit; continue to review edits and comments to draft Response to the Preliminary Injunction Motion from C. Jackson; draft supporting affidavit or S. Staiert, including sections on important state interests of the Voting Systems Rules (off-the-shelf components, digital adjudication, automatic document feeders, comma separated value formats, and a single user interface); confer with C. Jackson re: same; emails with C. Jackson and M. Waples re: ███████ | 5.50 |
| 7/1/2016 | 220 - Pleadings | Confer with L. Morrill regarding suggested changes to the Response to the Preliminary Injunction Motion, including making additional arguments on why Plaintiffs are not likely to succeed on the merits of their state law claims; draft additional arguments based on statutory analysis and forward same to S. Staiert and T. Bratton for review. | 2.90 |
| 7/1/2016 | 220 - Pleadings | Continue to draft affidavit of S. Staiert in support of the Response to the Preliminary Injunction Motion, and forward same to Ms. Staiert and T. Bratton for review; telephone call with D. Shellman regarding ██████████████ | 1.50 |
| 7/1/2016 | 150 - Discovery - Response | Confer with C. Jackson, D. Gall, and M. Waples regarding ████████████ . | 0.50 |
| 7/5/2016 | 220 - Pleadings | Make final preparations to file the Response in Opposition to the Motion for Preliminary Injunction, including: telephone call with K. Brown (Teller clerk) regarding revisions to her affidavit; multiple telephone calls with S. Staiert and D. Shellman re: ██████ ██████████████████ work to make revisions; prepare exhibits, including unpublished cases cited in response, and the redlined version of the rules that are under challenge; revise responsive pleading in order to accurately cited Ms. Brown's and Ms. Staiert's affidavits; coordinate filing with administrative support staff. | 5.90 |
| 7/6/2016 | 150 - Discovery - Response | Emails with opposing counsel regarding Rule 30(b)(6) deposition witnesses; confer with C. Jackson, D. Gall, and Relativity staff regarding supplemental production; confer with C. Jackson regarding possibility that Dominion may seek to modify the protective order. | 0.60 |
| 7/6/2016 | 150 - Discovery - Response | Attend deposition preparation session with D. Shellman, S. Staiert, T. Bratton, and M. Waples; telephone calls with S. Staiert regarding ██████████████ . | 1.60 |
| 7/7/2016 | 150 - Discovery - Response | Telephone calls with D. Shellman regarding ██████████████████ ; telephone call with M. Waples regarding ██████████████████ ; telephone call with S. Staiert regarding ██████ . | 2.50 |
| 7/8/2016 | 150 - Discovery - Response | Make final preparations for, and attend depositions of S. Staiert and D. Shelleman. | 4.60 |
| 7/8/2016 | 030 - Case Management | Confer with AAG L. Shubow regarding SOS making direct payments to Dominion, in order to bolster the marketplace exception argument in the motion to dismiss; confer with M. Waples and C. Jackson re: documents that were requested by Plaintiffs' counsel in deposition; confer with S. Staiert and Secretary W. Williams regarding ██████████████ . | 1.70 |
| 7/11/2016 | 150 - Discovery - Response | Telephone calls with M. Waples regarding ████████████████████ ; emails and telephone call with S. Staiert and D. Shellman regarding ████████████████████ ; voicemail to Dominion general counsel regarding same; emails with opposing counsel regarding documents requested during the Secretary's Rule 30(b)(6) depositions. | 2.60 |

| Date | Task | Description | Hours |
|---|---|---|---|
| 7/12/2016 | 030 - Case Management | Telephone call with M. Frontera regarding county invoices and accounting; ███████████ ███████████, and telephone call with M. Waples regarding ████; review Response to the Motion to Dismiss and the amended Complaint; and confer with L. Morrill regarding same. | 2.20 |
| 7/13/2016 | 110 - Consultation/Inside | Attend litigation strategy meeting with L. Morrill and C. Jackson to discuss upcoming depositions and PI hearing; telephone calls with Pitkin clerk regarding PI hearing; draft list of topics for Plaintiffs' Rule 30(b)(6) deposition and confer with C. Jackson regarding same. | 2.90 |
| 7/14/2016 | 030 - Case Management | Continue to review Plaintiffs' response to the motion to dismiss, and develop reply arguments; review Marks decision from the Colorado Court of Appeals regarding HAVA and how no rights enforceable under section 1983 are contained in specified HAVA sections; emails with opposing counsel regarding supplemental discovery and documents. | 3.30 |
| 7/15/2016 | 150 - Discovery - Response | Review deposition transcripts of D. Shellman and S. Staiert, and review invoice for same; emails with both about ███████████ ███████████; emails with opposing counsel and C. Jackson regarding scheduling of depositions of Plaintiffs. | 1.70 |
| 7/15/2016 | 220 - Pleadings | Continue drafting Reply in support of Motion to Dismiss; review and analyze circuit court case law regarding no distinction existing between state and local entities for purposes of the market participant exception; draft argument under HAVA, explaining why Congress intended states to continue to regulate under HAVA; begin to draft argument that the 11th Amendment and Pullman applying, urging the court to reject Plaintiffs' argument that compliance with Colorado state law is a federal duty. | 4.20 |
| 7/18/2016 | 220 - Pleadings | Email to opposing counsel regarding informal exchange of exhibits and witness lists; emails with opposing counsel and C. Jackson regarding deposition notices and scheduling for Plaintiffs' Rule 30(b)(6) witnesses; continue to draft Reply in support Motion to Dismiss, including arguments under Pullman abstention, HAVA and the National Voter Registration Act, the dormant Commerce Clause's market participant exception, and how no federal duty to comply with state law exists under HAVA or the NVRA. | 4.60 |
| 7/19/2016 | 100 - Conference/Outside | Telephone call with D. Shellman regarding ███████████; email response to Motion to Dismiss to S. Staiert, D. Shellman, and T. Bratton for review. | 0.40 |
| 7/19/2016 | 030 - Case Management | Continue to draft Reply in support of motion to dismiss, including arguments about lack of ripeness, and exclusivity of the APA review process; confer with L. Morrill and C. Jackson regarding Judge Kane's practice standards and requirements for exhibit lists; review Reply in support of Preliminary Injunction Motion, and develop arguments to rebut; begin to draft testimony outline for S. Staiert and D. Shellman, in preparation for the July 27 hearing. | 5.50 |
| 7/19/2016 | 100 - Conference/Outside | Attend meeting at Denver Elections Division to see demonstration of the Dominion System. | 1.90 |
| 7/20/2016 | 100 - Conference/Outside | Prepare for and attend testimony preparation session with D. Shellman and S. Staiert. | 2.20 |
| 7/20/2016 | 220 - Pleadings | Continue to revise and edit the Reply in support of the motion to dismiss, including review of bullet points suggested by L. Morrill for replying to the Pullman abstention argument, the damages issue, and whether HAVA and NVRA create a federal duty to comply with state law. | 3.80 |
| 7/20/2016 | 140 - Discovery - AG Initiated | Attend portion of Rule 30(b)(6) deposition of ES&S representative; confer with L. Morrill and C. Jackson regarding same during breaks and after deposition. | 1.50 |
| 7/21/2016 | 220 - Pleadings | Revise Reply in support of the Motion to Dismiss to incorporate arguments proposed by L. Morrill, including arguments under the National Voters Right Act, Twombly, Pullman abstention, and others; email Reply to S. Staiert and T. Bratton for review. | 1.60 |
| 7/21/2016 | 140 - Discovery - AG Initiated | Attend deposition of Hart witness, Mr. Perez; confer with L. Morrill and C. Jackson re: same. | 4.80 |
| 7/22/2016 | 220 - Pleadings | Telephone call with T. Bratton regarding ███████████; edit Reply and coordinate the filing of same with administrative staff. | 2.10 |
| 7/22/2016 | 230 - Preparation for Appearance | Continue to prepare for hearing on preliminary injunction motion, including emails with opposing counsel regarding exhibit and witness lists; telephone call with Mesa County Elections Director, Amanda Polson; coordinate with IT staff regarding preparation of video for presentation to Court; emails with S. Staiert and D. Shellman regarding ███████████; confer with L. Morrill and C. Jackson re: whether the government's purpose or intent is relevant in a dormant Commerce Clause challenge. | 6.10 |

| Date | Category | Description | Hours |
|---|---|---|---|
| 7/25/2016 | 230 - Preparation for Appearance | Continue to prepare for hearing on the preliminary injunction motion, including telephone calls with court clerk and opposing counsel regarding exhibits and possible oral argument, review deposition designations of ES&S representative B. Hoffman, review Plaintiffs' exhibit and witness lists, telephone calls with B. Lang and D. Shellman regarding █████████████, telephone call with H. Rudy regarding ███████████████████████, review B. Hoffman deposition corrections, and confer with L. Morrill and C. Jackson regarding Plaintiffs' Notice of Withdrawal of Request for Evidentiary Hearing. | 6.70 |
| 7/25/2016 | 230 - Preparation for | Prepare for and attend testimony preparation session with A. McReynolds and C. Jackson. | 2.10 |
| 7/26/2016 | 230 - Preparation for Appearance | Continue to prepare for hearing on preliminary injunction, including conferral with B. Long and K. Dostart re: █████████████████████ and review of same; telephone call with J. Vos Caudill regarding testimony preparation; telephone call with A. McReynolds re: hearing: emails with Judge Kane's chambers and opposing counsel regarding exhibit and witness lists; prepare S. Staiert signature page and amendments for deposition; and continue to prepare for oral argument on motion to dismiss, including reviewing relevant case law (Williams, Smith, and Davis cases): and work with X. Serocki and C. Jackson to finalize and prepare hearing notebooks. | 9.10 |
| 7/26/2016 | 230 - Preparation for | Testimony preparation with S. Staiert and D. Shellman, to prepare for hearing on preliminary injunction. | 3.20 |
| 7/27/2016 | 020 - Appearance | Attend hearing on motion to dismiss and preliminary injunction; confer with S. Staiert, M. Waples, T. Bratton, and D. Shellman regarding █████. | 1.70 |
| 7/27/2016 | 230 - Preparation for Appearance | Continue to make final preparation for hearing on motion to dismiss and preliminary injunction hearing, including telephone call with S. Staiert regarding ████████████████████████████████████████████; also confer with Ms. Staiert regarding █████████████████████████████████; and continue to prepare oral argument on the motion to dismiss; and confer with court staff regarding playing Mesa County video on court equipment. | 3.60 |
| 7/28/2016 | 130 - Correspondence | Emails with opposing counsel regarding pending CORA request and status, and his request the Secretary's staff no issue a decision on the pending voting systems applications; emails with Pitkin and Mesa county election officials regarding federal court hearing, as well as Secretary's staff. | 0.60 |
| 8/1/2016 | 030 - Case Management | Email to S. Staiert, D. Shellman, T. Bratton, and M. Waples regarding ████████████████████████████; work to prepare Bill of Costs with administrative help from T. Connell. | 0.70 |
| 8/2/2016 | 130 - Correspondence | Email with S. Staiert regarding ███████████████████████. | 0.10 |
| 8/3/2016 | 220 - Pleadings | Review Judge Kane's written order granting the motion to dismiss; forward same to Secretary of State's office; also complete Bill of Costs and forward same to Secretary's staff for review. | 0.90 |
| 8/4/2016 | 110 - Consultation/Inside | Confer with L. Morrill and AAG Allison Ailer regarding bill of costs and possible motion for attorney fees. | 0.50 |
| 8/5/2016 | 110 - Consultation/Inside | Confer with administrative staff regarding necessary costs incurred for Relativity document database, and whether to keep database active. | 0.40 |
| 8/8/2016 | 130 - Correspondence | Emails with S. Staiert regarding ████████████████████████████; coordinate finalizing the Bill of Costs with administrative staff, and confer with L. Morrill re same. | 0.40 |
| 8/9/2016 | 130 - Correspondence | Emails with opposing counsel regarding bill of costs and continuing the temporary "Stay" on the pending certification applications; emails with S. Staiert and T. Bratton regarding ████████████████. | 0.70 |
| 8/10/2016 | 030 - Case Management | Confer with F. Haines regarding likelihood of success at obtaining attorney fees; telephone call with S. Staiert regarding same, and confer with L. Morrill regarding same; several emails with opposing counsel regarding stipulation on Bill of Costs and the Secretary's evaluation of whether to seek attorney fees; telephone call with court clerk regarding issuance of final judgment to trigger deadline for attorney fees motion; coordinate filing of the Bill of Costs, stipulation, and supporting invoices. | 3.20 |
| 8/11/2016 | 130 - Correspondence | Emails with opposing counsel regarding possible attorney fees motion and appeal. | 0.30 |
| 8/12/2016 | 130 - Correspondence | Several emails with opposing counsel regarding abandonment of appeal and possible attorney fees motion; confer with C. Jackson re: same; update S. Staiert regarding █████. | 0.50 |
| 8/15/2016 | 130 - Correspondence | Email with opposing counsel and C. Jackson regarding destruction of confidential documents and attorney eyes only documents. | 0.10 |

| | | | |
|---|---|---|---|
| 8/15/2016 | 030 - Case Management | Confer with Risk Management attorney, A. Ailer, regarding likelihood of success at obtaining attorney fee award, and whether the Secretary would be entitled to keep the fees; confer with C. Olgeirson regarding fees billed to date on matter. | 0.60 |
| 8/16/2016 | 030 - Case Management | Telephone call with opposing counsel regarding ES&S' withdrawal of their pending certification application; telephone call with S. Staiert regarding ███████████████████████████████; confer with L. Morrill and C. Jackson re: same; review prior motions for attorney fees from Risk Management section; emails with opposing counsel regarding ES&S withdrawal of their certification application. | 2.50 |
| 8/22/2016 | 130 - Correspondence | Telephone call with opposing counsel regarding outstanding attorney fees issues; update C. Jackson regarding same. | 0.30 |
| 8/23/2016 | 130 - Correspondence | Emails with S. Staiert and T. Bratton to ███████████████████████████. | 0.30 |
| 8/24/2016 | 220 - Pleadings | Draft and coordinate the filing of the motion for extension of time to seek attorneys' fees; emails with opposing counsel regarding same. | 0.60 |
| 8/30/2016 | 130 - Correspondence | Email to opposing counsel regarding status of attorney fee settlement proposal. | 0.10 |
| 8/31/2016 | 130 - Correspondence | Emails with opposing counsel regarding attorney fee settlement proposal; emails to T. Bratton and S. Staiert re: same; confer with L. Morrill re: same. | 0.50 |
| 9/2/2016 | 030 - Case Management | Voicemails to T. Bratton and S. Staiert regarding ████████████████. | 0.10 |
| 9/6/2016 | 220 - Pleadings | Confer with T. Bratton regarding ███████████████████████████; draft motion for extension of time, and confer with opposing counsel regarding same; coordinate filing of same; review court order granting same. | 1.20 |
| 9/7/2016 | 130 - Correspondence | Emails with M. Waples regarding ████████████████████████████. | 0.20 |
| 9/7/2016 | 030 - Case Management | Telephone call with opposing counsel regarding extension of time to seek appeal; confer with L. Morrill and C. Jackson re: same; email to S. Staiert and T. Bratton re: ████. | 0.80 |
| 9/8/2016 | 220 - Pleadings | Continue drafting motion for attorneys' fees, including research federal case law where fees were awarded because the plaintiff filed in federal court when he was barred from doing so in state court; several emails with opposing counsel regarding his request for an extension of time to file the notice of appeal. | 1.90 |
| 9/12/2016 | 130 - Correspondence | Email to opposing counsel regarding unused CORA deposit and transmittal of payment to satisfy Bill of Costs. | 0.20 |
| 9/12/2016 | 220 - Pleadings | Continue to draft Motion for attorneys' fees, including legal argument that both the state law claims and dormant Commerce Clause claims satisfy the unreasonable and frivolous standard; argument regarding the three-step process for calculating the fee amount: (1) determining the reasonable hours spent on the matter; (2) determining a reasonable hourly rate; and (3) calculating the lodestar amount; research federal case law in Colorado regarding market rate for attorneys of comparable skill sets and experience; draft supporting declarations of Ms. Morrill, Mr. Jackson and Mr. Sullivan; confer with attorney K. Starnella, who recently won a fee award in federal court in Colorado; review CBA's 2012 Economic Survey regarding average rates in Colorado by geography, office size, and practice area; review timekeeping report regarding this matter. | 4.90 |
| 9/13/2016 | 220 - Pleadings | Emails with L. Morrill and C. Jackson regarding motion for attorneys' fees and supporting declarations; make edits suggested by Mr. Jackson to motion. | 0.40 |

LeeAnn Morrill                                        Total billed by Professional:                                                    91.50

| Transaction Date | Transaction Code | Narrative | Units |
|---|---|---|---|
| 5/24/2016 | 030 - Case Management | Review complaint and motion for preliminary injunction: Meeting with Secretary Williams, Deputy Secretary Staiert, T. Bratton, D. Shellman, G. Sullivan, and C. Jackson regarding ████████████; Review emails from T. McMahon regarding hearing on PI motion; Meeting with G. Sullivan and C. Jackson to discuss defense strategy for same; Prepare for same; Telephone calls to/from T. McMahon regarding postponement of same; Exchange emails with T. McMahon regarding postponement of same. | 4.00 |
| 5/25/2016 | 030 - Case Management | Prepare for hearing on motion for preliminary injunction; Telephone call to Judge Kane's chambers regarding rescheduling of same (with G. Sullivan and opposing counsel also present); Exchange emails with Deputy Secretary Staiert and D. Shellman regarding ████████████████████; Review emails from F. Haines regarding qualified immunity defense, including attached documents related to same. | 3.00 |

| Date | Category | Description | Hours |
|---|---|---|---|
| 6/1/2016 | 030 - Case Management | Meeting with Deputy Secretary Staiert, D. Shellman, M. Waples, G. Sullivan, and C. Jackson to discuss ▮▮▮▮ Discuss same with G. Sullivan; Telephone call from Deputy Staiert regarding assistance from H. Rudy; Meeting with G. Sullivan and C. Jackson to discuss defense strategy; Telephone call to H. Rudy regarding ▮▮▮ Telephone call to T. McMahon regarding modification of discovery, PI briefing, and PI hearing schedules; Meeting with M. Mirbaba to discuss case status and defense strategy. | 4.50 |
| 6/2/2016 | 130 - Correspondence | Review emails from G. Sullivan regarding conferral attempts on motion to modify discovery, PI briefing, and PI hearing schedule; Review emails exchanged between G. Sullivan and C. Jackson regarding whether to move to dismiss commerce cause claim for failure to state a claim. | 0.10 |
| 6/3/2016 | 220 - Pleadings | Draft, review, and revise motion for protective order; Search for and review cases related to same; Coordinate review of same with G. Sullivan and C. Jackson; Further revise draft of same; Prepare exhibits to same; Email draft of same to Deputy Secretary Staiert, T. Bratton, J. Choate, H. Rudy, and D. Shellman for review and approval. | 7.50 |
| 6/5/2016 | 220 - Pleadings | Review client edits to draft motion for protective order; Review, revise, finalize, file, and serve motion for protective order. | 2.00 |
| 6/6/2016 | 030 - Case Management | Exchange emails with T. McMahon regarding motion for protective order; Review order granting same; Forward order granting same to Deputy Secretary Staiert, T. Bratton, J. Choate, H. Rudy, D. Shellman, and M. Waples; Review and calendar new case deadlines. | 0.50 |
| 6/7/2016 | 150 - Discovery - Response | Review emails from M. Mirbaba and D. Gall regarding use of Relativity for e-discovery review and production; Review emails from C. Jackson and G. Sullivan regarding draft motion for protective order for confidential and trade secret information, including attached draft of same. | 0.30 |
| 6/9/2016 | 150 - Discovery - Response | Coordinate Relativity training with X. Serocki, G. Sullivan, and C. Jackson. | 0.20 |
| 6/13/2016 | 030 - Case Management | Exchange emails with T. McMahon regarding the Secretary's motion to dismiss; Discuss same with G. Sullivan; Coordinate Relativity training with X. Serocki, G. Sullivan, D. Gall; Review email from G. Sullivan regarding affidavits of county clerks. | 0.50 |
| 6/14/2016 | 220 - Pleadings | Work on Eleventh Amendment and Pullman abstention sections of motion to dismiss; | 1.50 |
| 6/14/2016 | 150 - Discovery - Response | Attend Relativity training with M. Waples, G. Sullivan, C. Jackson, X. Serocki, and T. Connell. | 1.00 |
| 6/15/2016 | 220 - Pleadings | Draft Eleventh Amendment and Pullman abstention sections of motion to dismiss; Review and revise other portions of draft motion to dismiss; Email revised draft of same to G. Sullivan and C. Jackson. | 3.50 |
| 6/20/2016 | 220 - Pleadings | Revise declaration of Deputy Secretary S. Staiert in support of motion to dismiss; Email revised draft of same to Deputy Staiert for review and signature; Telephone calls from/to Deputy Staiert regarding ▮▮▮; Telephone call from T. McMahon regarding position on motion for discovery; Exchange emails with C. Jackson regarding same; Review D. Shellman's ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮; Review, revise, finalize, file, and serve motion for limited expedited discovery. | 2.50 |
| 6/21/2016 | 220 - Pleadings | Review, revise, finalize, file, and serve motion to dismiss. | 2.00 |
| 7/1/2016 | 220 - Pleadings | Review and revise draft response to motion for preliminary injunction; Email revised draft of same to G. Sullivan; Discuss revisions to same with G. Sullivan; Review declarations of Deputy Secretary Staiert and certain County Clerks in support of response to motion for preliminary injunction; Discuss production of discovery responses in the absence of an order regarding the Secretary's motion for protective order with C. Jackson; Review emails between C. Jackson and T. McMahon regarding same. | 4.00 |
| 7/13/2016 | 030 - Case Management | Review litigation files in preparation for defense strategy meeting; Meeting with G. Sullivan and C. Jackson to discuss defense strategy and division of labor for preliminary injunction hearing. | 4.00 |
| 7/15/2016 | 150 - Discovery - Response | Review Rule 30(b)(6) deposition transcripts of Deputy Secretary Staiert and D. Shellman for the Secretary; Review emails from C. Jackson and G. Sullivan regarding discovery matters. | 1.50 |
| 7/18/2016 | 140 - Discovery - AG Initiated | Review documents produced by plaintiffs; Prepare to conduct Rule 30(b)(6) deposition of E. Perez for Hart InterCivic, Inc. | 4.00 |
| 7/19/2016 | 140 - Discovery - AG Initiated | Review documents produced by plaintiffs; Prepare to conduct Rule 30(b)(6) deposition of E. Perez for Hart InterCivic, Inc.; Review reply in support of plaintiffs' motion for preliminary injunction. | 5.80 |

| | | | |
|---|---|---|---|
| 7/20/2016 | 140 - Discovery - AG Initiated | Attend Rule 30(b)(6) deposition of B. Hoffman for ES&S; Prepare to conduct Rule 30(b)(6) deposition of E. Perez for Hart InterCivic, Inc. | 6.00 |
| 7/20/2016 | 220 - Pleadings | Research and draft outline for reply brief arguments related to Eleventh Amendment and Pullman abstention defenses; Email draft of same to G. Sullivan. | 3.50 |
| 7/21/2016 | 140 - Discovery - AG Initiated | Prepare exhibits for Rule 30(b)(6) deposition of E. Perez for Hart InterCivic, Inc.; Conduct Rule 30(b)(6) deposition of same. | 8.00 |
| 7/22/2016 | 030 - Case Management | Review draft reply in support of motion to dismiss; Discuss same with G. Sullivan; Review transcript of deposition of B. Hoffman; Review litigation files in preparation for preliminary injunction hearing. | 4.00 |
| 7/26/2016 | 230 - Preparation for Appearance | Review deposition transcript of E. Perez, and affidavits and declarations of E. Perez and P. Lichtenheld in preparation to cross-examine same; Review case files in preparation for preliminary injunction hearing; Meeting with G. Sullivan and C. Jackson to discuss defense strategy for same. | 5.50 |
| 7/27/2016 | 020 - Appearance | Appear at preliminary injunction hearing. | 2.50 |
| 7/27/2016 | 230 - Preparation for Appearance | Draft, review, revise, and finalize designations of E. Perez's deposition testimony; Review case files in preparation for preliminary injunction hearing. | 4.50 |
| 7/29/2016 | 030 - Case Management | Organize and maintain litigation files. | 1.00 |
| 8/1/2016 | 030 - Case Management | Review emails from G. Sullivan and T. Connell regarding preparation of draft bill of costs; Review calendar entries for filing deadlines. | 0.20 |
| 8/3/2016 | 030 - Case Management | Review order granting the Secretary's motion to dismiss; Discuss same with C. Jackson and G. Sullivan; Discuss same with M. Mirbaba; Review draft bill of costs; Review email from G. Sullivan to Deputy Secretary Staiert, T. Bratton, M. Waples, and D. Shellman regarding ▮▮▮▮▮▮. | 1.00 |
| 8/4/2016 | 030 - Case Management | Discuss whether to seek attorneys' fees with G. Sullivan; Email A. Ailer regarding same. | 0.30 |
| 8/9/2016 | 030 - Case Management | Review email exchanged between G. Sullivan and T. McMahon regarding filing of bill of costs and scheduling hearing date for consideration of same; Review email from G. Sullivan to Deputy Secretary Staiert and T. Bratton regarding same. | 0.10 |
| 8/10/2016 | 030 - Case Management | Discuss deadline to file motion for attorneys' fees with G. Sullivan, as well as issuance of final judgment by the district court; Review federal rules governing same; Review emails exchanged between G. Sullivan and F. Haines regarding whether to seek attorneys' fees; Discuss filing motion for enlargement of time to file attorneys' fees motion with G. Sullivan; Review emails from G. Sullivan to T. McMahon regarding same; Review entry of final judgment by the district court. | 1.00 |
| 8/12/2016 | 030 - Case Management | Review emails from G. Sullivan regarding scheduling of conference call with opposing counsel to discuss potential appeal, motion for attorneys' fees, and outstanding CORA request. | 0.10 |
| 8/15/2016 | 030 - Case Management | Organize and maintain litigation files. | 1.00 |
| 8/15/2016 | 030 - Case Management | Review emails exchange between T. McMahon and C. Jackson regarding handling of confidential and attorneys' eyes only documents. | 0.10 |
| 8/16/2016 | 030 - Case Management | Review email from G. Sullivan to Deputy Secretary Staiert and T. Bratton regarding ▮▮▮▮▮▮▮▮▮▮▮. | 0.10 |
| 8/31/2016 | 030 - Case Management | Review emails from G. Sullivan and T. McMahon regarding potential motion for attorneys' fees; Discuss same with G. Sullivan; Review email from G. Sullivan to Deputy Secretary Staiert and T. Bratton regarding ▮▮▮. | 0.20 |
| Total Billed: | | | 512.60 |