

## CBA
2012 Economic Survey Snapshot

# The Colorado Bar Association

## 2012 Economic Survey Snapshot



**Survey report compiled by Seigneur Gustafson LLP.**

www.cpavalue.com

**Survey Supervised by Reba J. Nance** *Director of Law Practice Management & Risk Management* .

**We invite your comments and inquiries to reban@cobar.org.**





EXHIBIT C

# Table of Contents

**2011 Annual Personal Income From Law Practice** ................................................................................................ **4**

*Exhibit 1*     *2011 Attorney Personal Income by Practice Classification (All Attorneys)* .................................... 5

*Exhibit 2*     *2011 Attorney Personal Income by Practice Classification (Full-Time Attorneys Only)* .................. 5

*Exhibit 3*     *Percent Distribution of 2011 Attorney Personal Income by Practice Classification (Private Practitioners Only)* ............ 6

*Exhibit 4*     *Percent Distribution of 2011 Attorney Personal Income by Practice Classification (Non-Private Practitioners Only)* ...... 7

*Exhibit 5*     *2011 Median Attorney Personal Income by Years in Practice and Practice Classification* ............................................. 8

*Exhibit 6*     *2011 Attorney Personal Income by Primary Field of Law (All Attorneys)* .................................... 9

*Exhibit 7*     *2011 Attorney Personal Income by Primary Field of Law (Full-Time Private Practitioners Only)* ................................. 10

*Exhibit 8*     *2011 Attorney Personal Income by Years in Practice* .................................................................... 11

*Exhibit 9*     *2011 Attorney Personal Income by Size of Firm or Organization* .............................................. 12

*Exhibit 10*    *2011 Attorney Personal Income by Office Location* .................................................................... 13

**Other Aspects of Law Office Economics of Colorado Attorneys** ...................................................... **14**

*Exhibit 11*    *2011 Annual Compensation of Associates and Paralegals by Years of Experience* .................... 14

**Law Firm Billing Rates and Billing Practices** ................................................................................. **15**

*Exhibit 12*    *2011 Hourly Billing Rates by Firm Size, Years in Practice and Office Location* ........................ 15

*Exhibit 13*    *2011 Hourly Billing Rates by Primary Field of Law and Practice Classification* ........................ 16

*Exhibit 14*    *2011 Hourly Billing Rates for Associates and Paralegals by Years of Experience* ...................... 17

EXHIBIT C

# The 2012 Colorado Bar Association Snapshot Economic Survey Final Report

### Based on results from the *2012 CBA Snapshot Economic Survey*

## INTRODUCTION

During the summer of 2012, the Colorado Bar Association (CBA) surveyed the legal community on the economics of law practice to determine the following:

- Current demographics of practicing attorneys

- Attorney personal income from law practice for 2011 by practice classification/ pattern, field of law, office location, work status, years in practice, and firm size (number of attorneys)

- Associate and paralegal 2011 compensation by years of experience, firm size, and office location

- Prevailing average 2011 hourly billing rates for attorneys by a variety of indicators, and paralegals by years of experience, firm size, and office location

This information has been consolidated into this report to help guide attorneys and administrators as they plan and manage their professional lives. Attorneys can compare themselves and their firms against "norms" established by the aggregation of survey data. Norms include office location, firm size, and years of practice.

## Methods Used to Conduct the Survey

Survey results are based on a brief, confidential survey instrument (questionnaire) that was e-mailed in the summer of 2012 to all CBA members and members of the Mile High Chapter of the Association of Legal Administrators (ALA) with known e-mail addresses.  The survey also was available to non-CBA members via a link on the home page of the CBA website.

The data obtained from approximately 815 usable, returned questionnaires were tabulated and analyzed by Seigneur Gustafson, LLP of Lakewood, Colorado. These returns represent a response rate of 5%, based on the approximately 16,700 questionnaires e-mailed.

**NOTE:  A small sample size in certain categories may not yield results that are statistically significant.  Please refer to the CBA 2010 Economic Survey at** cobar.org/repository/LPM%20Dept/2010EconSurvey.pdf **for the last full survey**.

To help the reader interpret the information provided in the exhibits below, here is a brief discussion of measures of central tendency (median and mean) and dispersion (spread).

## Measures of Central Tendency

The **mean** (also called the average or arithmetic average) is calculated by adding the values of all responses, then dividing by the number of responses.

© 2012 Colorado Bar Association.  All rights reserved.

Example: Three responses – 1, 2 and 3 – are reported. The average is calculated by adding their values (1 + 2 + 3 = 6), then dividing by the number of responses (3). Thus, the average is 6 ÷ 3 = 2.

The **median** is the middle value of a series (distribution) of values, which is initially rank-ordered (from low to high or *vice versa*). By definition, half the numbers are greater and half are less than the median. Median values are used throughout this survey report to denote the measure of central tendency. Use of the median as a statistic for central tendency reduces the effect of "outliers" (extremely high or low values), while the average does not.

Example: Three responses – 1, 2 and 30 – are reported. The *median* is the middle number of the order of distribution (1, 2, and 30) or 2. The a*verage* of this same distribution is 33 divided by 3, or 11.

**Measures of Dispersion (Spread)**

The spread of data around the median generally is based on the following three values:

- 25th percentile (lower quartile): ¼ (25%) of the values are less and ¾ (75%) are more than this value

- 75th percentile (upper quartile): ¾ (75%) of the values are less and ¼ (25%) of the values are more than this value

- 95th percentile:  95% percent of the values are less and 5% are more than this value

© 2012 Colorado Bar Association.  All rights reserved.

**Geographic Areas Defined**

The survey divided Colorado into eleven geographic areas by county for aggregation and reporting key statistics generated from the data. These areas include the following:

- Downtown Denver (zip codes 80202 and 80203)
- Denver, not Downtown
- Adams, Arapahoe, Douglas, Elbert, and Jefferson (greater Denver metro area)
- Boulder and Broomfield
- El Paso
- Eagle and Pitkin
- Mesa
- Pueblo
- Larimer and Weld
- All others east of the Continental Divide*
- All others west of the Continental Divide**

*All others east of the Continental Divide — Alamosa; Baca; Bent; Chaffee; Cheyenne; Clear Creek; Conejos; Costilla; Crowley; Custer; Fremont; Gilpin; Huerfano; Jackson; Kiowa; Kit Carson; Lake; Las Animas; Lincoln; Logan; Mineral; Morgan; Otero; Park; Phillips; Prowers; Rio Grande; Saguache; Sedgwick; Teller; Washington; Yuma
** All others west of the Continental Divide — Archuleta; Delta; Dolores; Garfield; Grand; Gunnison; Hinsdale; La Plata; Moffat; Montezuma; Montrose; Ouray; Rio Blanco; Routt; San Juan, San Miguel; Summit

**Public vs. Private Areas of Practice Defined**

The survey divided attorneys by legal classification and then further into private and public practitioners.

The following legal classifications are assumed to be private practitioners:

- Solo practitioner with dedicated office outside the home
- Solo practitioner with home office only
- Solo practitioner sharing space
- Solo practitioner with 1 or more associates
- Partner in firm with 2 – 7 partners/shareholders
- Partner in firm with 8 – 29 partners/shareholders
- Partner in firm with 30 + partners/shareholders
- Of Counsel
- Associate in firm with 1 partner/shareholder
- Associate in firm with 2 – 7 partners/shareholders
- Associate in firm with 8 – 29 partners/shareholders
- Associate in firm with 30+ partners/shareholders
- Judge/Magistrate/Administrative Law Judge (ALJ) (not full-time) also in private practice
- Contract attorney

The following legal classifications are assumed to be public practitioners:

- Judge/Magistrate/ALJ (full-time)
- Arbitrator/Mediator
- City/County Government
- State Government
- Federal Government
- In-House Counsel (for profit organization)
- In-House Counsel (not for-profit organization)
- Counsel with legal aid/legal services agency
- Law Clerk
- Other

© 2012 Colorado Bar Association.  All rights reserved.

3
EXHIBIT C

# *SUMMARY PROFILE OF THE TYPICAL COLORADO ATTORNEY AND FIRM*

This section summarizes key statistics derived from the survey. Emphasis here is on the concerns of the average attorney and the average firm with respect to personal income and hourly billing rates. The following topics are covered:

- Respondent demographics
- 2011 hourly billing rates

## Respondent Demographics

The typical respondent is 48 years of age and has been in practice for 19 years.

## 2011 Annual Personal Income From Law Practice

### Introduction

The median personal income reported by all responding attorneys for calendar 2011 is $91,572. Mean (average) 2011 personal income is $124,632. The mean personal income for attorneys working full-time is $127,994. There are many influences on attorney income levels. Clues to explain income variation can be derived from six factors addressed by questions in the survey and summarized below:

- Practice classification
- Firm size
- Field of law
- Office location
- Years in practice
- Work status

### Personal Income by Practice Classification

**Exhibit 1** summarizes 2011 personal incomes of attorneys by 25 practice classifications reported by 815 respondents (denoted by N). By convention, this and subsequent exhibits providing percentile information offer four data points - the 25th, 50th (Median), 75th and 95th percentiles - on the variable (item) of interest. For example, 25% of all Of Counsel earn less than $100,250, half earn less than $132,000; half earn more than $132,000, 25% earn more than $197,500 and 5% earn more than $376,775. This range of personal income is large – from $40,625 for attorneys who classify themselves as non-legal profession at the 25th percentile to $720,000 for partners in firms of 30+ partners at the 95th percentile level.

© 2012 Colorado Bar Association.  All rights reserved.

4
EXHIBIT C

### Exhibit 1    2011 Attorney Personal Income by Practice Classification (All Attorneys)

| Practice Classification | N | Mean (Ave.) | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| | | | 25th. | Median | 75th. | 95th. |
| Solo, office outside of home | 122 | $ 108,373 | $ 51,250 | $ 86,400 | $ 125,000 | $ 200,000 |
| Solo, home office | 57 | 92,160 | 38,700 | 60,000 | 119,000 | 265,000 |
| Solo with 1 or more associates | 32 | 175,805 | 106,914 | 150,000 | 228,750 | 322,250 |
| Space sharer | 24 | 97,750 | 60,000 | 80,000 | 107,750 | 221,750 |
| Partner in firm with 2-7 partners | 113 | 187,735 | 91,000 | 148,894 | 210,000 | 444,000 |
| Partner in firm with 8-29 partners | 33 | 192,424 | 128,500 | 152,500 | 250,000 | 338,000 |
| Partner in firm with 30+ partners | 17 | 390,588 | 265,000 | 345,000 | 480,000 | 720,000 |
| Of counsel | 26 | 157,858 | 100,250 | 132,000 | 197,500 | 376,775 |
| Associate in firm with 1 partner | 34 | 64,550 | 50,000 | 62,500 | 80,000 | 94,200 |
| Associate in firm with 2-7 partners | 77 | 77,494 | 60,000 | 70,000 | 96,000 | 132,000 |
| Associate in firm with 8-29 partners | 28 | 88,750 | 73,000 | 84,500 | 101,625 | 121,950 |
| Associate in firm with 30+ partners | 26 | 118,183 | 102,688 | 112,500 | 130,000 | 171,875 |
| Judge/Magistrate/ALJ (Full time) | 17 | 114,012 | 96,000 | 128,000 | 128,600 | 159,700 |
| Judge/Magistrate/ALJ & Private Practice | 3 | 90,000 | 60,000 | 70,000 | 110,000 | 142,000 |
| Arbitrator/Mediator | 3 | 269,667 | 200,000 | 300,000 | 354,500 | 398,100 |
| City/County Government | 44 | 86,934 | 65,000 | 84,000 | 100,250 | 140,210 |
| State Government | 41 | 75,555 | 51,000 | 65,000 | 91,000 | 125,000 |
| Federal Government | 21 | 95,824 | 67,000 | 85,000 | 133,000 | 155,000 |
| In-House Counsel (for-profit org) | 53 | 170,248 | 76,000 | 131,000 | 175,000 | 360,000 |
| In-House Counsel (not for-profit org) | 20 | 96,425 | 66,767 | 82,500 | 107,750 | 167,115 |
| Counsel with legal aid/legal services agency | 6 | 44,833 | 41,250 | 45,000 | 45,000 | 54,750 |
| Contract Attorney | 9 | 52,164 | 37,000 | 40,000 | 67,680 | 100,400 |
| Law Clerk | 1 | | | | | |
| Non-legal profession | 4 | 43,375 | 40,625 | 43,750 | 46,500 | 50,100 |
| Other | 4 | 61,950 | 55,950 | 68,500 | 74,500 | 80,500 |
| **All Attorneys** | 815 | $ 125,860 | $ 63,000 | $ 92,000 | $ 143,500 | $ 321,500 |

**Exhibit 2** includes only respondents who report working on a full-time basis.

### Exhibit 2    2011 Attorney Personal Income by Practice Classification (Full-Time Attorneys Only)

| Practice Classification | N | Mean (Ave.) | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| | | | 25th. | Median | 75th. | 95th. |
| Solo, office outside of home | 107 | $ 100,836 | $ 59,525 | $ 90,000 | $ 125,000 | $ 200,000 |
| Solo, home office | 32 | 113,762 | 50,000 | 75,000 | 136,250 | 358,750 |
| Solo with 1 or more associates | 31 | 179,670 | 114,610 | 150,000 | 232,500 | 322,500 |
| Space sharer | 24 | 97,750 | 60,000 | 80,000 | 107,750 | 221,750 |
| Partner in firm with 2-7 partners | 112 | 188,697 | 91,429 | 149,447 | 212,500 | 444,500 |
| Partner in firm with 8-29 partners | 32 | 196,563 | 129,625 | 161,250 | 250,000 | 339,000 |
| Partner in firm with 30+ partners | 16 | 409,375 | 291,250 | 347,500 | 485,000 | 737,500 |
| Of counsel | 20 | 151,535 | 104,000 | 132,000 | 167,500 | 239,785 |
| Associate in firm with 1 partner | 31 | 64,506 | 49,000 | 63,000 | 80,000 | 96,000 |
| Associate in firm with 2-7 partners | 72 | 77,501 | 60,000 | 70,000 | 96,000 | 134,500 |
| Associate in firm with 8-29 partners | 27 | 88,889 | 72,000 | 84,000 | 102,750 | 122,100 |
| Associate in firm with 30+ partners | 25 | 121,630 | 107,000 | 115,000 | 130,000 | 172,000 |
| Judge/Magistrate/ALJ (Full time) | 17 | 114,012 | 96,000 | 128,000 | 128,600 | 159,700 |
| Judge/Magistrate/ALJ & Private Practice | 1 | | | | | |
| Arbitrator/Mediator | 3 | 269,667 | 200,000 | 300,000 | 354,500 | 398,100 |
| City/County Government | 44 | 86,934 | 65,000 | 84,000 | 100,250 | 140,210 |
| State Government | 39 | 76,552 | 51,032 | 72,500 | 93,500 | 125,400 |
| Federal Government | 21 | 95,824 | 67,000 | 85,000 | 133,000 | 155,000 |
| In-House Counsel (for-profit org) | 51 | 175,944 | 79,500 | 134,000 | 177,750 | 362,500 |
| In-House Counsel (not for-profit org) | 19 | 88,342 | 66,178 | 80,000 | 96,198 | 160,275 |
| Counsel with legal aid/legal services agency | 5 | 46,600 | 45,000 | 45,000 | 45,000 | 55,400 |
| Contract Attorney | 7 | 46,497 | 38,500 | 40,000 | 58,540 | 69,824 |
| Law Clerk | 1 | | | | | |
| Non-legal profession | 4 | 43,375 | 40,625 | 43,750 | 46,500 | 50,100 |
| Other | 3 | 55,267 | 46,900 | 65,000 | 68,500 | 71,300 |
| **All Attorneys** | 744 | $ 128,632 | $ 65,000 | $ 98,565 | $ 150,000 | $ 325,000 |

© 2012 Colorado Bar Association.  All rights reserved.

**Exhibits 3 and 4** reveal income clustering among 23 practice classifications. There is a large spread of income within most categories, reflecting many different forms and styles of practice. The various classifications may not add up to 100 percent in some cases due to rounding issues.

*Exhibit 3*    *Percent Distribution of 2011 Attorney Personal Income by Practice Classification (Private Practitioners Only)*

| | | | | Column Percents | | | |
|---|---|---|---|---|---|---|---|
| Personal Income | N | Solo, office outside of home | Solo, home office | Solo with 1 or more associates | Space sharer | Of Counsel | Contract Attorney |
| <40K | 44 | 10% | 25% | | 8% | 4% | 33% |
| $40-54.9K | 63 | 16% | 16% | 9% | 12% | 4% | 33% |
| $55-69.9K | 79 | 14% | 11% | 3% | 15% | 4% | 11% |
| $70-84.9K | 66 | 10% | 8% | 9% | 15% | 7% | 11% |
| $85-99.9K | 42 | 7% | 5% | | 8% | 4% | |
| 100-114.9K | 58 | 11% | 5% | 9% | 12% | 15% | |
| 115-129.9K | 48 | 9% | 7% | 6% | 12% | 15% | 11% |
| $130-144.9K | 33 | 7% | 5% | 6% | 4% | 4% | |
| $145-159.9K | 38 | 6% | 5% | 15% | 4% | 11% | |
| $160-174.9K | 14 | 2% | | | | 4% | |
| $175-189.9K | 16 | 2% | 5% | 6% | 4% | | |
| $190-204.9K | 16 | 2% | | 9% | | 11% | |
| $205-219.9K | 8 | 1% | | | | | |
| $220-234.9K | 14 | 1% | 2% | 3% | 4% | 11% | |
| $235-249.9K | 7 | | | 3% | | | |
| 250K or More | 58 | 2% | 7% | 21% | 4% | 7% | |
| **Total** | **604** | **100%** | **101%** | **99%** | **102%** | **101%** | **99%** |

| | | | | Column Percents | | | |
|---|---|---|---|---|---|---|---|
| Personal Income | N | Partner in firm with 2-7 partners | Partner in firm with 8-29 partners | Partner in firm with 30+ partners | Associate in firm with 1 partner | Associate in firm with 2-7 partners | Associate in firm with 8-29 partners | Associate in firm with 30+ partners |
| <40K | 44 | 1% | 0% | | 9% | 8% | 0% | 4% |
| $40-54.9K | 63 | 5% | 3% | | 26% | 10% | 0% | |
| $55-69.9K | 79 | 7% | 3% | | 26% | 29% | 21% | 8% |
| $70-84.9K | 66 | 7% | 3% | | 18% | 21% | 29% | |
| $85-99.9K | 42 | 5% | 3% | 6% | 15% | 10% | 14% | 8% |
| 100-114.9K | 58 | 5% | 6% | | 6% | 9% | 21% | 31% |
| 115-129.9K | 48 | 6% | 9% | | | 6% | 11% | 19% |
| $130-144.9K | 33 | 7% | 12% | | | 3% | 0% | 15% |
| $145-159.9K | 38 | 12% | 12% | | | 3% | 0% | |
| $160-174.9K | 14 | 4% | 9% | | | | 4% | 12% |
| $175-189.9K | 16 | 4% | 3% | 6% | | 1% | 0% | |
| $190-204.9K | 16 | 6% | 0% | | | | 0% | |
| $205-219.9K | 8 | 5% | 3% | | | | 0% | 4% |
| $220-234.9K | 14 | 5% | 0% | 12% | | | 0% | |
| $235-249.9K | 7 | 4% | 6% | | | | 0% | |
| 250K or More | 58 | 17% | 27% | 76% | | | 0% | |
| **Total** | **604** | **100%** | **99%** | **100%** | **100%** | **100%** | **100%** | **101%** |

© 2012 Colorado Bar Association.  All rights reserved.

**Exhibit 4     Percent Distribution of 2011 Attorney Personal Income by Practice Classification (Non-Private Practitioners Only)**

| | | Column Percents | | | | |
| Personal Income | N | Judge/Magistrate/ALJ (Full Time) | Arbitrator/Mediator | City/County Gov. | State Gov. | Federal Gov. |
|---|---|---|---|---|---|---|
| <40K | 12 | | | 2% | 7% | 10% |
| $40-54.9K | 30 | 12% | | 7% | 29% | |
| $55-69.9K | 32 | 6% | | 25% | 14% | 19% |
| $70-84.9K | 29 | | | 18% | 19% | 19% |
| $85-99.9K | 27 | 12% | | 20% | 12% | 10% |
| 100-114.9K | 14 | 6% | 33% | 9% | 7% | 10% |
| 115-129.9K | 16 | 47% | | 5% | 10% | |
| $130-144.9K | 17 | 6% | | 11% | | 14% |
| $145-159.9K | 5 | 6% | | | | 14% |
| $160-174.9K | 10 | 6% | | 2% | | 5% |
| $175-189.9K | 4 | | | | 2% | |
| $190-204.9K | 1 | | | | | |
| $205-219.9K | 2 | | | | 2% | |
| $220-234.9K | 0 | | | | | |
| $235-249.9K | 1 | | | | | |
| 250K or More | 12 | | 67% | | | |
| **Total** | **212** | **101%** | **100%** | **99%** | **102%** | **101%** |

| | | Column Percents | | | | |
| Personal Income | N | In-House Counsel (for-profit org.) | In-House Counsel (not-for-profit org.) | Counsel with legal aid/legal services agency | Law Clerk | Non-legal profession |
|---|---|---|---|---|---|---|
| <40K | 12 | 4% | 5% | 17% | 100% | 25% |
| $40-54.9K | 30 | 8% | 10% | 67% | | 75% |
| $55-69.9K | 32 | 9% | 20% | 17% | | |
| $70-84.9K | 29 | 11% | 15% | | | |
| $85-99.9K | 27 | 8% | 25% | | | |
| 100-114.9K | 14 | 6% | | | | |
| 115-129.9K | 16 | 4% | | | | |
| $130-144.9K | 17 | 11% | 10% | | | |
| $145-159.9K | 5 | 2% | | | | |
| $160-174.9K | 10 | 9% | 10% | | | |
| $175-189.9K | 4 | 6% | | | | |
| $190-204.9K | 1 | 2% | | | | |
| $205-219.9K | 2 | 2% | | | | |
| $220-234.9K | 0 | | | | | |
| $235-249.9K | 1 | 2% | | | | |
| 250K or More | 12 | 17% | 5% | | | |
| **Total** | **212** | **101%** | **100%** | **101%** | **100%** | **100%** |

© 2012 Colorado Bar Association.  All rights reserved.

**Exhibit 5** displays median 2011 attorney personal income for 22 practice classifications by years in practice of the respondent.

## Exhibit 5    2011 Median Attorney Personal Income by Years in Practice and Practice Classification

| Years in Practice | All Attorneys | Solo, office outside of home | Solo, home office | Solo with 1 or more associates | Space sharer | Associate in firm with 1 partner | Associate in firm with 2-7 partners | Associate in firm with 8-29 partners | Associate in firm with 30+ partners |
|---|---|---|---|---|---|---|---|---|---|
| 5 or < | $ 62,500 | $ 48,500 | $ 44,000 | $ 41,000 | $ 62,000 | 56,000 | 65,000 | $ 75,000 | 115,000 |
| 6 to 10 | 86,000 | 57,500 | 95,000 | 100,000 | 182,000 | 65,000 | 85,000 | 100,000 | 127,500 |
| 11 to 15 | 100,000 | 70,000 | 70,000 | 276,000 | 50,000 | 82,500 | 98,000 | 115,000 | 32,000 |
| 16 to 25 | 110,000 | 70,000 | 110,000 | 150,000 | 187,500 | 65,000 | 105,500 | 89,000 | - |
| >25 | 125,000 | 100,000 | 56,000 | 150,000 | 98,000 | | 115,000 | - | - |
| All Attorneys | $ 91,572 | $ 86,400 | $ 65,000 | $ 150,000 | $ 89,000 | $ 62,500 | $ 70,000 | $ 84,500 | $ 112,500 |

| Years in Practice | Partner in firm with 2-7 partners | Partner in firm with 8-29 partners | Partner in firm with 30+ partners | Of Counsel | In-House Counsel (for-profit org.) | In-House Counsel (not-for-profit org.) | City/County Govt. | State Govt. | Federal Govt. |
|---|---|---|---|---|---|---|---|---|---|
| 5 or < | $ 48,000 | $ - | $ - | | $ 65,000 | 55,000 | 57,500 | $ 50,032 | 72,000 |
| 6 to 10 | 110,000 | 130,000 | - | 79,000 | 105,000 | 68,678 | 73,750 | 70,500 | 120,000 |
| 11 to 15 | 175,000 | 141,250 | 265,000 | 162,500 | 135,000 | 160,000 | 88,000 | 82,000 | 155,000 |
| 16 to 25 | 112,500 | 212,000 | 313,500 | 112,500 | 140,000 | 85,000 | 85,000 | 86,000 | 132,000 |
| >25 | 158,000 | 207,500 | 490,000 | 150,000 | 195,750 | 116,000 | 120,000 | 94,500 | 150,000 |
| All Attorneys | $ 146,000 | $ 152,500 | $ 345,000 | $ 120,000 | $ 131,000 | $ 82,500 | $ 84,000 | $ 65,000 | $ 85,000 |

| Years in Practice | Judge/Magistrate/ALJ (Full-time) | Arbitrator/Mediator | Counsel with legal aid/legal services agency | Contract Attorney | Law Clerk |
|---|---|---|---|---|---|
| 5 or < | $ 52,000 | $ - | $ 45,000 | $ 38,500 | 38,000 |
| 6 to 10 | - | - | - | 85,000 | - |
| 11 to 15 | - | - | 36,000 | - | - |
| 16 to 25 | 126,500 | - | - | 71,000 | - |
| >25 | 128,299 | 300,000 | 58,000 | - | - |
| All Attorneys | $ 128,000 | $ 300,000 | $ 45,000 | $ 40,000 | $ 38,000 |

© 2012 Colorado Bar Association.  All rights reserved.

Attorneys were asked to select from a list of various fields of law that provided their highest sources of income. **Exhibit 6** distributes 2011 personal incomes of all respondents by their reported primary source of income. **Exhibit 7** considers full-time private practitioners only.

### Exhibit 6   2011 Attorney Personal Income by Primary Field of Law (All Attorneys)

| Primary Field of Law | N | Mean (Ave.) | Value by Percentile | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 25th. | Median | 75th. | 95th. |
| Administrative Law | 11 | $ 88,591 | $ 63,750 | $ 82,000 | $ 101,000 | $ 137,500 |
| Arbitration/Mediation/ADR | 6 | 164,500 | 69,500 | 99,000 | 250,000 | 381,750 |
| Appellate Practice | 11 | 94,360 | 50,032 | 64,000 | 123,500 | 192,500 |
| Banking | 6 | 180,512 | 82,143 | 145,786 | 215,000 | 392,500 |
| Bankruptcy/Receivership | 21 | 100,048 | 50,000 | 100,000 | 144,000 | 156,000 |
| Business/Corporate Law | 56 | 132,171 | 60,500 | 115,000 | 159,500 | 312,500 |
| Civil Rights Law | 5 | 87,500 | 62,500 | 66,000 | 70,000 | 162,000 |
| Construction Law | 11 | 132,561 | 96,088 | 120,000 | 159,500 | 228,500 |
| Collections | 12 | 85,672 | 60,000 | 72,000 | 88,805 | 170,815 |
| Communications/Technology | 5 | 157,900 | 40,000 | 160,000 | 180,500 | 336,100 |
| Criminal Defense - public | 6 | 71,500 | 46,250 | 51,000 | 61,750 | 145,250 |
| Criminal Defense - private | 20 | 114,895 | 63,750 | 117,500 | 150,000 | 183,150 |
| Criminal Prosecution | 15 | 74,467 | 54,000 | 68,500 | 87,000 | 134,000 |
| Domestic Relations/Family/Juvenile Law | 94 | 106,104 | 55,250 | 85,000 | 129,650 | 233,500 |
| Elder Law | 11 | 92,045 | 37,750 | 48,000 | 105,000 | 260,000 |
| Employment/Labor - defense | 21 | 184,690 | 92,000 | 130,000 | 205,000 | 398,000 |
| Employment/Labor - plaintiff | 13 | 119,969 | 45,000 | 65,000 | 78,000 | 398,220 |
| Entertainment/Sports/Gaming Law | 2 | | | | | |
| Environmental Law | 15 | 119,317 | 72,000 | 100,500 | 130,000 | 270,000 |
| Estate Planning/Estate Administration | 70 | 95,098 | 50,000 | 81,700 | 119,829 | 205,500 |
| General Practice | 24 | 124,667 | 46,000 | 100,000 | 121,250 | 212,250 |
| Health and Hospital Law | 11 | 223,909 | 95,500 | 200,000 | 275,000 | 490,000 |
| Immigration and Naturalization | 8 | 102,338 | 38,025 | 43,500 | 78,500 | 331,750 |
| Indian Law | 5 | 97,480 | 68,000 | 89,000 | 110,000 | 182,000 |
| Insurance Law (not torts) | 11 | 123,818 | 72,500 | 101,000 | 137,000 | 272,500 |
| Intellectual Property | 18 | 186,694 | 111,250 | 153,000 | 200,250 | 470,250 |
| Litigation (civil/commercial) | 102 | 134,771 | 75,750 | 103,500 | 150,000 | 342,750 |
| Municipal/Public Entity | 41 | 98,712 | 70,000 | 95,000 | 127,500 | 158,000 |
| Natural Resources (oil and gas/mining) | 20 | 185,052 | 80,250 | 147,500 | 235,660 | 452,000 |
| Pensions/Profit Sharing/ERISA | 3 | 129,167 | 78,750 | 128,500 | 179,250 | 219,850 |
| Personal Injury/Malpractice - defense | 9 | 120,444 | 145,000 | 84,000 | 145,000 | 252,000 |
| Personal Injury/Malpractice - plaintiff | 19 | 217,368 | 262,500 | 120,000 | 262,500 | 452,500 |
| Public Utilities/Regulated Industries | 5 | 163,180 | 75,000 | 103,200 | 140,000 | 368,560 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 1 | | | | | |
| Real Property | 55 | 132,047 | 65,000 | 90,000 | 140,000 | 336,000 |
| Securities | 4 | 268,750 | 201,250 | 245,000 | 312,500 | 462,500 |
| Taxation - corporate | 4 | 80,500 | 45,750 | 56,000 | 90,750 | 162,150 |
| Taxation - individual/small business | 8 | 128,302 | 59,000 | 84,000 | 146,314 | 304,250 |
| Water | 14 | 109,829 | 63,500 | 76,000 | 160,000 | 221,400 |
| Workers' Compensation | 15 | 143,300 | 94,000 | 128,000 | 147,500 | 310,100 |
| **All Attorneys** | **788** | **$ 126,600** | **$ 64,000** | **$ 96,000** | **$ 150,000** | **$ 323,500** |

© 2012 Colorado Bar Association.  All rights reserved.

### Exhibit 7    2011 Attorney Personal Income by Primary Field of Law (Full-Time Private Practitioners Only)

| Primary Field of Law | N | Mean (Ave.) | Value by Percentile 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Administrative Law | 10 | $ 91,450 | $ 67,500 | $ 86,500 | $ 104,500 | $ 140,250 |
| Appellate Practice | 11 | 94,360 | 50,032 | 64,000 | 123,500 | 192,500 |
| Banking | 6 | 180,512 | 82,143 | 145,786 | 215,000 | 392,500 |
| Bankruptcy/Receivership | 19 | 101,105 | 52,500 | 100,000 | 142,000 | 165,000 |
| Business/Corporate Law | 47 | 136,225 | 67,500 | 120,000 | 171,000 | 288,000 |
| Civil Rights Law | 4 | 92,875 | 60,375 | 66,250 | 98,750 | 167,750 |
| Construction Law | 10 | 133,818 | 94,632 | 112,500 | 162,250 | 230,850 |
| Collections | 10 | 91,807 | 61,250 | 72,000 | 102,414 | 177,031 |
| Communications/Technology | 4 | 188,875 | 130,000 | 170,250 | 229,125 | 345,825 |
| Criminal Defense - private | 20 | 114,895 | 63,750 | 117,500 | 150,000 | 183,150 |
| Domestic Relations/Family/Juvenile Law | 88 | 106,930 | 55,750 | 85,000 | 128,949 | 236,500 |
| Elder Law | 10 | 97,550 | 40,125 | 53,000 | 127,500 | 266,000 |
| Employment/Labor - defense | 19 | 186,237 | 96,000 | 130,000 | 192,500 | 458,200 |
| Employment/Labor - plaintiff | 11 | 134,691 | 60,500 | 67,000 | 120,377 | 415,275 |
| Entertainment/Sports/Gaming Law | 2 | | | | | |
| Environmental Law | 14 | 126,411 | 81,500 | 100,875 | 132,500 | 280,000 |
| Estate Planning/Estate Administration | 61 | 102,858 | 60,000 | 98,000 | 125,000 | 210,000 |
| General Practice | 19 | 138,158 | 55,500 | 100,000 | 117,500 | 302,500 |
| Health and Hospital Law | 10 | 221,300 | 94,250 | 180,000 | 281,250 | 491,000 |
| Immigration and Naturalization | 7 | 111,429 | 38,000 | 47,000 | 99,000 | 346,500 |
| Indian Law | 4 | 71,850 | 56,100 | 78,500 | 94,250 | 106,850 |
| Insurance Law (not torts) | 11 | 123,818 | 72,500 | 101,000 | 137,000 | 272,500 |
| Intellectual Property | 18 | 186,694 | 111,250 | 153,000 | 200,250 | 470,250 |
| Litigation (civil/commercial) | 94 | 138,581 | 75,750 | 109,000 | 158,125 | 346,750 |
| Municipal/Public Entity | 37 | 102,222 | 79,000 | 95,000 | 128,600 | 159,800 |
| Natural Resources (oil and gas/mining) | 20 | 185,052 | 80,250 | 147,500 | 235,660 | 452,000 |
| Pensions/Profit Sharing/ERISA | 2 | | | | | |
| Personal Injury/Malpractice - defense | 9 | 120,444 | 145,000 | 84,000 | 145,000 | 252,000 |
| Personal Injury/Malpractice - plaintiff | 19 | 217,368 | 262,500 | 120,000 | 262,500 | 452,500 |
| Public Utilities/Regulated Industries | 5 | 163,180 | 75,000 | 103,200 | 140,000 | 368,560 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 1 | | | | | |
| Real Property | 50 | 139,332 | 67,250 | 100,000 | 140,000 | 341,000 |
| Securities | 4 | 268,750 | 201,250 | 245,000 | 312,500 | 462,500 |
| Taxation - corporate | 3 | 97,333 | 56,000 | 61,000 | 120,500 | 168,100 |
| Taxation - individual/small business | 8 | 128,302 | 59,000 | 84,000 | 146,314 | 304,250 |
| Water | 12 | 118,667 | 64,500 | 79,000 | 177,500 | 225,800 |
| Workers' Compensation | 15 | 143,300 | 94,000 | 128,000 | 147,500 | 310,100 |
| **All Attorneys** | **694** | **$ 130,295** | **$ 65,000** | **$ 100,000** | **$ 150,000** | **$ 325,000** |

© 2012 Colorado Bar Association.  All rights reserved.

Attorney income increases with tenure as displayed in **Exhibit 8.**

### *Exhibit 8     2011 Attorney Personal Income by Years in Practice*

**All Attorneys**

|  |  |  | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 5 or < | 198 | $ 66,176 | $ 45,250 | $ 62,500 | $ 75,000 | $ 125,450 |
| 6 to 10 | 115 | 100,501 | 69,250 | 86,000 | 121,500 | 182,500 |
| 11 to 15 | 77 | 131,571 | 75,000 | 100,000 | 160,000 | 304,000 |
| 16 to 25 | 133 | 134,085 | 71,000 | 110,000 | 165,300 | 325,800 |
| >25 | 293 | 167,754 | 80,000 | 125,000 | 175,000 | 450,000 |
| **All Attorneys** | **816** | **$ 124,632** | **$ 62,000** | **$ 91,572** | **$ 143,000** | **$ 322,000** |

**Full-Time Attorneys**

|  |  |  | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 5 or < | 190 | $ 67,710 | $ 48,000 | $ 63,000 | $ 77,500 | $ 126,650 |
| 6 to 10 | 105 | 102,529 | 70,000 | 89,000 | 127,500 | 195,000 |
| 11 to 15 | 65 | 146,877 | 85,000 | 115,000 | 185,000 | 316,000 |
| 16 to 25 | 123 | 138,165 | 78,000 | 110,000 | 173,000 | 326,800 |
| >25 | 253 | 176,185 | 91,572 | 130,000 | 190,000 | 450,000 |
| **All Attorneys** | **736** | **$ 127,994** | **$ 65,000** | **$ 98,000** | **$ 148,894** | **$ 325,000** |

**Private Practitioners**

|  |  |  | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 5 or < | 142 | $ 69,657 | $ 50,000 | $ 65,000 | $ 81,800 | $ 128,475 |
| 6 to 10 | 92 | 103,771 | 70,000 | 90,000 | 127,625 | 186,250 |
| 11 to 15 | 64 | 135,664 | 72,500 | 106,500 | 175,000 | 317,000 |
| 16 to 25 | 100 | 141,140 | 68,000 | 113,000 | 180,000 | 330,750 |
| >25 | 235 | 173,965 | 79,500 | 130,000 | 200,000 | 486,000 |
| **All Attorneys** | **633** | **$ 130,751** | **$ 63,000** | **$ 100,000** | **$ 150,000** | **$ 330,000** |

**Full-Time Private Practitioners**

|  |  |  | Value by Percentile | | | |
|---|---|---|---|---|---|---|
| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 5 or < | 136 | $ 71,259 | $ 50,000 | $ 65,500 | $ 83,500 | $ 128,875 |
| 6 to 10 | 84 | 105,808 | 70,938 | 97,000 | 130,000 | 196,250 |
| 11 to 15 | 52 | 155,740 | 88,750 | 125,000 | 190,750 | 324,500 |
| 16 to 25 | 92 | 146,576 | 77,950 | 120,000 | 185,000 | 336,750 |
| >25 | 201 | 189,711 | 91,000 | 143,000 | 210,000 | 500,000 |
| **All Attorneys** | **565** | **$ 137,843** | **$ 66,125** | **$ 101,125** | **$ 153,750** | **$ 350,000** |

© 2012 Colorado Bar Association.  All rights reserved.

## Attorney Personal Income by Size of Firm or Organization

**Exhibit 9** displays 2011 attorney personal income by firm or organization size (measured by the total number of attorneys in the firm or organization). Within the larger firm categories, lower percentile values generally represent associates, while higher percentile values generally represent partners. Median levels, in this exhibit, represent a mix of both categories.

### *Exhibit 9      2011 Attorney Personal Income by Size of Firm or Organization*

| Size of Organization | | All Attorneys | | | | |
|---|---|---|---|---|---|---|
| | | | Value by Percentile | | | |
| (# of Attorneys) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 1 | 250 | $ 104,691 | $ 50,000 | $ 80,000 | $ 124,777 | $ 231,401 |
| 2 | 91 | 115,295 | 51,500 | 85,000 | 150,000 | 276,000 |
| 3-6 | 173 | 132,127 | 61,000 | 85,000 | 156,000 | 322,000 |
| 7-10 | 83 | 133,929 | 76,500 | 103,000 | 145,000 | 296,000 |
| 11-20 | 63 | 128,551 | 72,000 | 102,000 | 141,500 | 390,000 |
| 21-50 | 80 | 137,631 | 72,250 | 108,500 | 161,250 | 350,000 |
| >50 | 61 | 163,072 | 72,000 | 101,250 | 210,000 | 425,700 |
| **All Attorneys** | **801** | **$ 124,687** | **$ 62,000** | **$ 92,000** | **$ 144,500** | **$ 321,800** |

| Size of Organization | | Full-Time Private Practitioners | | | | |
|---|---|---|---|---|---|---|
| | | | Value by Percentile | | | |
| (# of Attorneys) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
| 1 | 167 | $ 107,072 | $ 60,000 | $ 90,000 | $ 125,000 | $ 219,000 |
| 2 | 80 | 123,023 | 55,500 | 97,198 | 150,750 | 300,000 |
| 3-6 | 132 | 144,461 | 63,000 | 92,088 | 162,815 | 350,000 |
| 7-10 | 65 | 143,569 | 80,000 | 110,000 | 175,000 | 316,000 |
| 11-20 | 39 | 152,536 | 93,000 | 115,000 | 150,000 | 413,000 |
| 21-50 | 52 | 155,135 | 78,000 | 121,500 | 175,625 | 350,000 |
| >50 | 35 | 210,155 | 100,500 | 137,500 | 270,000 | 531,000 |
| **All Attorneys** | **570** | **$ 136,459** | **$ 66,000** | **$ 101,000** | **$ 154,284** | **$ 350,000** |

© 2012 Colorado Bar Association.  All rights reserved.

## Attorney Income by Office Location

**Exhibit 10** displays the 2011 personal income of Colorado attorneys within each of eleven geographic locations by various work status combinations.

### *Exhibit 10    2011 Attorney Personal Income by Office Location*

| | | | All Attorneys | | | |
| | | | Value by Percentile | | | |
| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
|---|---|---|---|---|---|---|
| Downtown Denver (80202 and 80203) | 241 | $ 149,840 | $ 71,000 | $ 105,000 | $ 155,000 | $ 440,000 |
| Denver, Not Downtown | 144 | 120,138 | 53,561 | 81,500 | 140,000 | 300,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 181 | 118,793 | 59,050 | 80,000 | 140,000 | 260,000 |
| Boulder and Broomfield | 68 | 111,699 | 67,000 | 100,000 | 137,750 | 219,500 |
| Eagle and Pitkin | 9 | 98,000 | 50,000 | 65,000 | 125,000 | 206,000 |
| El Paso | 32 | 106,882 | 61,800 | 80,000 | 148,250 | 225,948 |
| Mesa | 12 | 132,683 | 84,429 | 138,447 | 160,750 | 225,101 |
| Pueblo | 4 | 151,750 | 137,250 | 143,500 | 158,000 | 191,600 |
| Larimer and Weld | 44 | 122,710 | 53,500 | 83,000 | 138,750 | 329,250 |
| All Others East of the Divide | 31 | 74,441 | 52,500 | 65,000 | 90,000 | 146,800 |
| All Others West of the Divide | 54 | 94,626 | 50,500 | 84,500 | 119,000 | 221,550 |
| **All Attorneys** | **820** | **$ 128,214** | **$ 65,000** | **$ 98,000** | **$ 148,894** | **$ 325,000** |

| | | | Full-time Attorneys | | | |
| | | | Value by Percentile | | | |
| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
|---|---|---|---|---|---|---|
| Downtown Denver (80202 and 80203) | 232 | $ 150,771 | $ 72,125 | $ 105,000 | $ 157,000 | $ 432,135 |
| Denver, Not Downtown | 117 | 118,712 | 55,000 | 88,000 | 140,600 | 304,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 158 | 128,360 | 65,000 | 89,500 | 150,000 | 300,000 |
| Boulder and Broomfield | 63 | 117,469 | 73,000 | 100,000 | 140,000 | 227,000 |
| Eagle and Pitkin | 8 | 105,250 | 54,500 | 80,500 | 136,250 | 209,000 |
| El Paso | 26 | 116,155 | 73,000 | 85,000 | 152,750 | 236,579 |
| Mesa | 12 | 132,683 | 84,429 | 138,447 | 160,750 | 225,101 |
| Pueblo | 4 | 151,750 | 137,250 | 143,500 | 158,000 | 191,600 |
| Larimer and Weld | 42 | 124,458 | 55,250 | 88,000 | 146,250 | 329,750 |
| All Others East of the Divide | 31 | 74,441 | 52,500 | 65,000 | 90,000 | 146,800 |
| All Others West of the Divide | 48 | 95,433 | 51,500 | 84,500 | 107,000 | 231,450 |
| **All Attorneys** | **741** | **$ 128,223** | **$ 65,000** | **$ 98,000** | **$ 149,447** | **$ 325,000** |

| | | | Private Practitioners | | | |
| | | | Value by Percentile | | | |
| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
|---|---|---|---|---|---|---|
| Downtown Denver (80202 and 80203) | 179 | $ 171,953 | $ 80,000 | $ 110,000 | $ 200,000 | $ 491,000 |
| Denver, Not Downtown | 134 | 121,498 | 52,250 | 82,700 | 138,750 | 307,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 152 | 124,857 | 59,763 | 87,000 | 150,000 | 278,000 |
| Boulder and Broomfield | 59 | 113,856 | 66,000 | 100,000 | 140,000 | 230,000 |
| Eagle and Pitkin | 7 | 83,857 | 50,000 | 56,000 | 110,500 | 156,500 |
| El Paso | 27 | 104,890 | 61,000 | 79,600 | 143,000 | 234,807 |
| Mesa | 12 | 132,683 | 84,429 | 138,447 | 160,750 | 225,101 |
| Pueblo | 3 | 154,667 | 132,000 | 144,000 | 172,000 | 194,400 |
| Larimer and Weld | 35 | 133,750 | 51,000 | 90,000 | 161,500 | 336,000 |
| All Others East of the Divide | 26 | 68,907 | 43,500 | 65,000 | 78,750 | 119,500 |
| All Others West of the Divide | 41 | 100,263 | 50,000 | 85,000 | 140,000 | 243,000 |
| **All Attorneys** | **675** | **$ 137,154** | **$ 65,500** | **$ 100,000** | **$ 155,000** | **$ 350,000** |

| | | | Full-time Private Practitioners | | | |
| | | | Value by Percentile | | | |
| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th | 95th |
|---|---|---|---|---|---|---|
| Downtown Denver (80202 and 80203) | 171 | $ 173,672 | $ 80,000 | $ 111,000 | $ 202,500 | $ 485,000 |
| Denver, Not Downtown | 108 | 119,928 | 58,675 | 100,000 | 141,250 | 313,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 129 | 137,656 | 65,000 | 100,000 | 154,000 | 300,000 |
| Boulder and Broomfield | 54 | 120,787 | 72,500 | 107,500 | 147,500 | 230,000 |
| Eagle and Pitkin | 6 | 91,167 | 51,500 | 76,000 | 117,750 | 158,750 |
| El Paso | 23 | 115,350 | 71,000 | 80,000 | 160,500 | 241,895 |
| Mesa | 12 | 132,683 | 84,429 | 138,447 | 160,750 | 225,101 |
| Pueblo | 3 | 154,667 | 132,000 | 144,000 | 172,000 | 194,400 |
| Larimer and Weld | 33 | 140,462 | 55,000 | 91,000 | 165,000 | 338,000 |
| All Others East of the Divide | 24 | 70,649 | 44,500 | 65,750 | 82,500 | 121,700 |
| All Others West of the Divide | 36 | 101,900 | 51,500 | 84,000 | 132,500 | 244,750 |
| **All Attorneys** | **599** | **$ 137,154** | **$ 65,500** | **$ 100,000** | **$ 155,000** | **$ 350,000** |

© 2012 Colorado Bar Association.  All rights reserved.

# Other Aspects of Law Office Economics of Colorado Attorneys

This section summarizes the salary levels for associates and paralegals.

***Exhibit 11    2011 Annual Compensation of Associates and Paralegals by Years of Experience***

| Associates | N | Mean (Ave.) | Value by Percentile | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 25th. | Median | 75th. | 95th. |
| Associates w/o exp | 73 | $ 67,658 | $ 50,000 | $ 60,000 | $ 75,000 | $ 121,000 |
| Associates wi 1-3 yrs exp | 134 | 71,559 | 55,000 | 69,000 | 80,000 | 120,000 |
| Associates wi 4-5 yrs exp | 97 | 86,650 | 65,000 | 80,000 | 92,000 | 148,000 |
| Associates wi 6-9 yrs exp | 81 | 104,245 | 80,000 | 90,000 | 114,000 | 200,000 |
| Associates wi 10+ yrs exp | 63 | 112,963 | 90,000 | 105,000 | 120,000 | 197,000 |
| **Paralegals** | | | | | | |
| Paralegals w/o exp | 27 | $ 34,822 | $ 30,000 | $ 38,000 | $ 40,000 | $ 43,500 |
| Paralegals wi 1-3 yrs exp | 68 | 38,416 | 31,150 | 39,000 | 45,000 | 59,300 |
| Paralegals wi 4-5 yrs exp | 56 | 51,018 | 34,500 | 42,000 | 50,000 | 70,000 |
| Paralegals wi 6-9 yrs exp | 68 | 54,050 | 45,000 | 55,000 | 60,000 | 78,250 |
| Paralegals wi 10+ yrs exp | 114 | 55,955 | 45,000 | 57,055 | 64,950 | 86,750 |

© 2012 Colorado Bar Association.  All rights reserved.

# Law Firm Billing Rates and Billing Practices

## Attorney Hourly Billing Rates

The reported 2011 median hourly billing rate is $225. The average is $235. While several interacting factors affect the setting and application of hourly billing rates, Exhibit 12 includes three discrete factors: respondents' size of firm, years in practice and office location, while Exhibit 13 identifies respondents' primary source of income, and practice classification or legal occupation.

## *Exhibit 12     2011 Hourly Billing Rates by Firm Size, Years in Practice and Office Location*

| Size of Firm (# of Attorneys) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 1 | 233 $ | 222 $ | 175 $ | 225 $ | 250 $ | 350 |
| 2 | 74 | 234 | 191 | 225 | 279 | 347 |
| 3 to 6 | 133 | 227 | 175 | 225 | 280 | 350 |
| 7 to 10 | 65 | 234 | 175 | 215 | 295 | 350 |
| 11 to 20 | 46 | 228 | 175 | 225 | 290 | 360 |
| 21 to 50 | 63 | 281 | 183 | 250 | 333 | 491 |
| 50+ | 40 | 272 | 186 | 278 | 356 | 453 |
| **Years in Practice** | | | | | | |
| 5 or less | 144 $ | 182 $ | 150 $ | 175 $ | 200 $ | 269 |
| 6 to 10 | 94 | 206 | 175 | 200 | 250 | 292 |
| 11 to 15 | 63 | 224 | 175 | 225 | 258 | 373 |
| 16 to 25 | 108 | 245 | 200 | 250 | 300 | 382 |
| 25+ | 250 | 273 | 225 | 255 | 320 | 423 |
| **Office Location** | | | | | | |
| Downtown Denver (80202 and 80203) | 173 $ | 262 $ | 185 $ | 250 $ | 325 $ | 447 |
| Denver, Not Downtown | 126 | 224 | 175 | 225 | 275 | 350 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 139 | 235 | 175 | 215 | 275 | 350 |
| Boulder and Broomfield | 54 | 242 | 200 | 250 | 296 | 354 |
| Eagle and Pitken | 9 | 258 | 205 | 250 | 290 | 385 |
| El Paso | 26 | 249 | 225 | 250 | 293 | 344 |
| Mesa | 11 | 218 | 200 | 225 | 235 | 270 |
| Pueblo | 3 | 202 | 200 | 200 | 203 | 205 |
| Larimer and Weld | 33 | 195 | 150 | 200 | 225 | 260 |
| All Others East of the Divide | 29 | 177 | 135 | 195 | 225 | 271 |
| All Others West of the Divide | 55 | 212 | 175 | 200 | 250 | 300 |
| **All Attorneys** | **661 $** | **235 $** | **175 $** | **225 $** | **285 $** | **390** |

© 2012 Colorado Bar Association.  All rights reserved.

***Exhibit 13    2011 Hourly Billing Rates by Primary Field of Law and Practice Classification***

| Primary Field of Law | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| | | | | Value by Percentile | | |
| Administrative Law | 6 | $ 220 | $ 169 | $ 238 | $ 273 | $ 321 |
| Arbitration/Mediation/ADR | 7 | 245 | 238 | 250 | 310 | 341 |
| Appellate Practice | 3 | 317 | 300 | 300 | 325 | 345 |
| Banking | 5 | 204 | 200 | 200 | 250 | 330 |
| Bankruptcy/Receivership | 18 | 239 | 196 | 233 | 298 | 365 |
| Business/Corporate Law | 44 | 262 | 199 | 270 | 303 | 424 |
| Civil Rights Law | 3 | 310 | 265 | 345 | 373 | 395 |
| Construction Law | 10 | 212 | 176 | 200 | 248 | 294 |
| Collections | 10 | 228 | 200 | 200 | 233 | 328 |
| Communications/Technology | 2 | | | | | |
| Criminal Defense - public | 4 | 101 | 65 | 95 | 131 | 146 |
| Criminal Defense - private | 21 | 198 | 175 | 200 | 250 | 285 |
| Criminal Prosecution | 3 | 203 | 155 | 160 | 230 | 286 |
| Domestic Relations/Family/Juvenile Law | 87 | 223 | 178 | 235 | 255 | 347 |
| Elder Law | 10 | 201 | 180 | 203 | 225 | 298 |
| Employment/Labor - defense | 15 | 274 | 238 | 275 | 293 | 403 |
| Employment/Labor - plaintiff | 13 | 267 | 200 | 300 | 325 | 354 |
| Environmental Law | 10 | 209 | 150 | 180 | 270 | 405 |
| Estate Planning/Estate Administration | 55 | 231 | 195 | 225 | 250 | 347 |
| General Practice | 21 | 201 | 175 | 200 | 240 | 300 |
| Health and Hospital Law | 7 | 272 | 215 | 300 | 313 | 448 |
| Immigration and Naturalization | 6 | 179 | 113 | 175 | 219 | 281 |
| Indian Law | 2 | | | | | |
| Insurance Law (not torts) | 7 | 233 | 173 | 250 | 275 | 335 |
| Intellectual Property | 13 | 284 | 225 | 250 | 340 | 423 |
| Litigation (civil/commercial) | 100 | 261 | 175 | 243 | 295 | 406 |
| Municipal/Public Entity | 18 | 213 | 189 | 205 | 240 | 291 |
| Natural Resources (oil and gas/mining) | 17 | 254 | 200 | 250 | 320 | 368 |
| Pensions/Profit Sharing/ERISA | 4 | 331 | 238 | 288 | 381 | 516 |
| Personal Injury/Malpractice - defense | 10 | 159 | 150 | 150 | 169 | 178 |
| Personal Injury/Malpractice - plaintiff | 13 | 235 | 195 | 250 | 250 | 320 |
| Public Utilities/Regulated Industries | 4 | 193 | 146 | 173 | 219 | 324 |
| Real Property | 51 | 256 | 195 | 250 | 293 | 413 |
| Securities | 2 | | | | | |
| Taxation - corporate | 3 | 275 | 200 | 200 | 313 | 403 |
| Taxation - individual/small business | 7 | 211 | 188 | 200 | 245 | 261 |
| Water | 14 | 191 | 170 | 183 | 250 | 277 |
| Workers' Compensation | 9 | 167 | 130 | 135 | 150 | 302 |
| **All Fields** | **634** | **$ 237** | **$ 175** | **$ 225** | **$ 285** | **$ 390** |
| | | | | | | |
| **Time-Keepers** | | | | | | |
| Solo, office outside of home | 130 | $ 231 | $ 200 | $ 235 | $ 265 | $ 325 |
| Solo, home office | 67 | 206 | 150 | 200 | 250 | 350 |
| Solo with 1 or more associates | 30 | 252 | 250 | 250 | 300 | 318 |
| Space sharer | 24 | 230 | 175 | 225 | 250 | 300 |
| Partner in firm with 2-7 partners | 118 | 254 | 200 | 250 | 300 | 377 |
| Partner in firm with 8-29 partners | 35 | 288 | 196 | 300 | 350 | 483 |
| Partner in firm with 30+ partners | 19 | 398 | 378 | 400 | 450 | 508 |
| Of counsel | 28 | 288 | 196 | 300 | 350 | 483 |
| Associate in firm with 1 partner | 32 | 201 | 175 | 195 | 225 | 277 |
| Associate in firm with 2-7 partners | 74 | 193 | 150 | 190 | 219 | 284 |
| Associate in firm with 8-29 partners | 27 | 259 | 155 | 200 | 230 | 318 |
| Associate in firm with 30+ partners | 26 | 242 | 214 | 245 | 281 | 329 |
| Judge/Magistrate/ALJ & Private Practice | 3 | 172 | 133 | 200 | 225 | 245 |
| Arbitrator/Mediator | 3 | 307 | 285 | 320 | 335 | 347 |
| In-House Counsel (for-profit org) | 9 | 168 | 75 | 175 | 195 | 355 |
| In-House Counsel (not for-profit org) | 5 | 216 | 190 | 195 | 305 | 337 |
| Contract Attorney | 6 | 106 | 75 | 88 | 138 | 188 |
| **All Time Keepers** | **636** | **$ 238** | **$ 180** | **$ 225** | **$ 285** | **$ 390** |

© 2012 Colorado Bar Association.  All rights reserved.

**Hourly Billing Rates for Associates and Paralegals**

The distribution of hourly billing rates for associates and paralegals is summarized by years of experience in **Exhibit 14**.

*Exhibit 14*    *2011 Hourly Billing Rates for Associates and Paralegals by Years of Experience*

| | | | | Value by Percentile | | | |
|---|---|---|---|---|---|---|---|
| **Associates** | **N** | **Mean (Ave.)** | | **25th.** | **Median** | **75th.** | **95th.** |
| Associates w/o exp | 63 | $ 166 | $ | 140 | $ 165 | $ 200 | $ 248 |
| Associates wi 1-3 yrs exp | 133 | 181 | | 155 | 175 | 200 | 275 |
| Associates wi 4-5 yrs exp | 98 | 202 | | 175 | 200 | 229 | 281 |
| Associates wi 6-9 yrs exp | 85 | 218 | | 180 | 210 | 250 | 300 |
| Associates wi 10+ yrs exp | 73 | 235 | | 185 | 240 | 275 | 338 |
| **Paralegals** | | | | | | | |
| Paralegals w/o exp | 40 | $ 79 | $ | 64 | $ 76 | $ 100 | $ 116 |
| Paralegals wi 1-3 yrs exp | 77 | 85 | | 65 | 80 | 100 | 132 |
| Paralegals wi 4-5 yrs exp | 69 | 95 | | 75 | 90 | 100 | 152 |
| Paralegals wi 6-9 yrs exp | 75 | 99 | | 80 | 100 | 115 | 152 |
| Paralegals wi 10+ yrs exp | 115 | 117 | | 89 | 110 | 140 | 197 |

© 2012 Colorado Bar Association.  All rights reserved.