IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company; and HART INTERCIVIC, INC., a Texas corporation,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State, Colorado Department of Revenue,

    Defendant.

## SUPPLEMENTAL DECLARATION OF CHRISTOPHER JACKSON

I, Christopher Jackson, pursuant to 28 U.S.C. § 1746, depose and state as follows upon personal knowledge:

1. I am an assistant attorney general in the Office of the Attorney General for the State of Colorado. I have been an attorney in this office since January 2016.

2. I have five-and-a-half years' experience as an attorney.

3. Before I worked at the Office of the Attorney General, I worked at Sherman & Howard, L.L.C. in its Denver office from January 2015 to December 2015. While at Sherman & Howard, I billed $325 per hour.

4.  If I had stayed at Sherman & Howard, my billable rate would have increased for the 2016-2017 year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of October, 2016.

_____
Christopher Jackson