IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC**, a Delaware limited liability company; and **HART INTERCIVIC, INC.**, a Texas corporation,

      Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State,

      Defendant.

## SECRETARY'S NOTICE OF COMPLIANCE WITH PROTECTIVE ORDER

Wayne Williams, in his official capacity as Colorado Secretary of State, states the following regarding the Court's July 5, 2016 Protective Order. [Doc. 31]:

1. The Secretary has complied with all of the terms of the Protective Order, including paragraph 16.

2. A list of individuals to whom Confidential Information was disclosed will be filed separately with the Court under seal.

3. The Secretary's attorneys in this litigation have destroyed all Confidential Information in their possession consistent with the

Protective Order, including any of counsel's work product

referencing Confidential Information.

Respectfully submitted this 11th day of November, 2016.

CYNTHIA H. COFFMAN
Colorado Attorney General

*/s/ Christopher M. Jackson*
LEEANN MORRILL, No. 38742*
First Assistant Attorney General
GRANT T. SULLIVAN, No. 40151*
Assistant Solicitor General
CHRISTOPHER JACKSON, No. 49202*
Assistant Attorney General
*Counsel of Record
*Counsel for the Secretary*

Public Officials Unit
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
Phone:  (720) 508-6000
Fax:  (720) 508-6041
Email:  leeann.morrill@coag.gov
            grant.sullivan@coag.gov
            christopher.jackson@coag.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, I served a true and complete copy of the Secretary's Notice of Compliance with Protection Order upon all parties through ECF-file and serve or as indicated below:

Thomas P. McMahon
Jones & Keller, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
tmcmahon@joneskeller.com
*Attorneys for Plaintiffs*

*/s/ Christopher M. Jackson*