IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-1237-JLK

**ELECTION SYSTEMS & SOFTWARE, LLC,**
    a Delaware limited liability company; and

**HART INTERCIVIC, INC.,**
    a Texas corporation;

        Plaintiffs,

        v.

**WAYNE W. WILLIAMS,**
    in his official capacity as Colorado Secretary of State.

        Defendant.
_____

### PLAINTIFFS' NOTICE OF COMPLIANCE WITH PROTECTIVE ORDER
_____

Election Systems & Software, LLC and Hart Intercivic, Inc. ("Plaintiffs"), state the following regarding the Court's July 5, 2016 Protective Order. [Doc. 31]:

1. Plaintiffs have complied with all of the terms of the Protective Order, including paragraph 16.

2. Plaintiffs' attorneys in this litigation have destroyed all Confidential Information in their possession consistent with the Protective Order, including any of counsel's work product referencing Confidential Information.

Dated: November 29, 2016

JK00874955 1

JONES & KELLER, P.C.

_S/ T.P. McMahon_
Thomas P. McMahon
tmcmahon@joneskeller.com
1999 Broadway, Ste. 3150
Denver, Colorado 80202
Tel. (303) 573-1600
Fax(303) 573-8133
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I filed a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF COMPLIANCE WITH PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

LeeAnn Morrill
LeeAnn.Morrill@coag.gov

Grant T. Sullivan
Grant.Sullivan@coag.gov

Christopher Jackson
Christopher.Jackson@coag.gov

_s/Renae Mesch_
Renae Mesch